IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| City of Port Isabel and Sierra Club, )<br>)<br>   Petitioners, )<br>)<br> v. )<br>)<br>Federal Energy Regulatory )<br>Commission, )<br>)<br>   Respondent. )<br>)<br>_____ ) | No. 23-1175 |

**PETITION FOR REVIEW**

Pursuant to Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), Federal Rule of Appellate Procedure 15, and Circuit Rule 15, City of Port Isabel and Sierra Club hereby petition the United States Court of Appeals for the District of Columbia Circuit for review of the following order of the Federal Energy Regulatory Commission ("Commission"):

1. Order on Remand, *Texas LNG Brownsville LLC*, 183 FERC ¶ 61,047 (Apr. 21, 2023).

A copy of the order is attached.

  All of the petitioners were intervenors in the Commission proceedings

below. Petitioners timely filed a request for rehearing of the Order on Remand, which was denied by operation of law. Thus, this Court has jurisdiction to review the Order on Remand pursuant to 15 U.S.C. § 717r(b).

This petition for review is timely filed within 60 days of the Commission's denial of rehearing in accordance with 15 U.S.C. § 717r(b).

Dated: July 10, 2023

                                              Respectfully submitted,

                                              */s/ Thomas Gosselin*
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78765
(424) 346-3276
tom.gosselin@sierraclub.org

Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
Nathan.matthews@sierraclub.org

*Attorneys for Sierra Club*

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520

(956) 544-4218
ghinojosa@ghinojosalaw.net
*Attorney for City of Port Isabel*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| City of Port Isabel and Sierra Club | ) |
| | ) |
| Petitioners, | ) |
| | ) No. _____ |
| v. | ) |
| | ) |
| Federal Energy Regulatory Commission, | ) |
| | ) |
| Respondent. | ) |

**PETITIONERS' RULE 26.1 STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Petitioners make the following disclosures:

**Sierra Club:** Sierra Club has no parent companies, and there are no publicly held companies that have a 10 percent or greater ownership interest in Sierra Club.

Sierra Club, a corporation organized and existing under the laws of the State of California, is a nonprofit organization dedicated to the protection and enjoyment of the environment.

Dated: July 10, 2023

Respectfully submitted,

*/s/ Thomas Gosselin*
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78765
(424) 346-3276
tom.gosselin@sierraclub.org
*Attorney for Sierra Club*

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 10, 2023, I served a copy of the foregoing Petition for Review and Corporate Disclosure Statement by email on the following parties, including all members of the service list in FERC Docket Nos. CP16-116.

Matthew Christiansen
General Counsel
Federal Energy Regulatory Commission
888 First St. NE,
Washington, DC 20426
matthew.christiansen@ferc.gov

Michael L O'Neill
Attorney for Texas LNG Brownsville LLC
K&L Gates LLP
1601 K Street NW
Washington, District of Columbia 20006
mike.oneill@klgates.com

Adam Prestidge
Glenfarne Energy Transition, LLC
9950 Woodloch Forest, Suite 1500
The Woodlands, Texas 77380
adam.prestidge@glenfarnecompanies.com

Paul Korman
Attorney for Texas LNG Brownsville LLC
Van Ness Feldman, LLP
1050 Thomas Jefferson Street, 7th Floor
Washington, D.C. 20007
pik@vnf.com

Michael R. Pincus
Attorney for Texas LNG Brownsville LLC
Van Ness Feldman, LLP
1050 Thomas Jefferson Street, 7th Floor
Washington, D.C. 20007
mrp@vnf.com

Mosby Perrow
Attorney for Texas LNG Brownsville LLC
Van Ness Feldman, LLP
1050 Thomas Jefferson Street, 7th Floor
Washington, D.C. 20007
mperrow@vnf.com

Diane Teter
519 S. 4th Ave., Unit D4
Edinburg, Texas 78539
dteterus@yahoo.com

Jim Chapman
200 East 11th St.
Weslaco, Texas 78596
jchapmanrgv@gmail.com

Terence Garrett
81 Torrey Pines Dr.
Laguna Vista, Texas 78578
terrygarrett50@gmail.com

Victoria Scharen
729 North Shore Dr.
Port Isabel, Texas 78578
scharenva@gmail.com

2

Madeline Sandefur
48 Golf House Rd.
Laguna Vista, Texas 78578
madi.s44@att.net


Joyce Hamilton
1617 Sunnyside Drive
Harlingen, Texas 78552
jhamgo64@gmail.com

Patrick Anderson
107 E Resaca Drive
Los Fresnos, Texas 78566
patricktanderson@yahoo.com

Theresa Rudolph
220 A West Hibiscus
South Padre Island, Texas 78597
islandtheresa@hotmail.com

Eileen Conway
823 West Oyster Drive
Port Isabel, Texas 78578
eileen@rconway.net

Paul Durr
33840 S. Garcia, 354
Port Isabel, Texas 78578
durrpaul@msn.com

Charlotte Barker-Stanton
416 Saunders Street
Laguna Vista, Texas 78578
cbarker@rgv.rr.com

Nicole Ekstrom
222 Palm Blvd
Laguna Vista, Texas 78578
nicoleekstrom@gmail.com

Judith Boris
1844 Oklahoma Avenue
Port Isabel, Texas 78578
tx78578@gmail.com

Flora Gunderson
33580 So.Garcia
#385
Port Isabel, Texas 78578
gunderga@gmail.com

Edna Goette
622 1st Street
Port Isabel, Texas 78578
egoette@sbcglobal.net

William Berg
613 W Saint Charles St
Brownsville, Texas 78520
billberg@outlook.com

Bradley Willis
224 West Oleander
South Padre Island, Texas 78597
yeldarb2k@aol.com

4

Sara Stephens
224A West Oleander
PO Box 40170
South Padre Island, Texas 78597
snmis@aol.com

John Laferty
701 Orange Lane
Laguna Vista, Texas 78578
michael@jmlaferty.com

Bebe Jowell
23402 S Reynolds
Rio Hondo, Texas 78583
bebejowell@gmail.com

Cathy Laferty
702 Orange Lane
Laguna Vista, Texas 78578
jmlaferty@aol.com

Jodi Burch
2216 Gulf Blvd
South Padre Island, Texas 78957
ferc@jodiburch.com

Patricia Celaya
112 E. Coronado, #104
South Padre Island, Texas 78597
patricia.celaya@retiree.utrgv.edu

5

Jennifer Mendoza
1221 Upas Avenue
Apt 5
Mcallen, Texas 78501
jenmenmarie@gmail.com

Grace Soderberg
Senior Counsel
American Petroleum Institute
200 Massachusetts Ave NW
Washington, District of Columbia 20001
soderbergg@api.org

Jason Rylander
Senior Attorney
Center for Biological Diversity
1411 K St. NW Ste 1300
Washington, District of Columbia 20005
jrylander@biologicaldiversity.org

Natural Gas Supply Association
900 17th Street NW
Suite 500
Washington, District of Columbia 20002
intervenor@ngsa.org

Susan Hill
City Secretary
City of South Padre Island, Texas
4601 Padre Boulevard
South Padre Island, Texas 78597
shill@myspi.org

Timothy Estep
Staff Attorney
Defenders of Wildlife
600 17th Street
Suite 450N
Denver, Colorado 80202
testep@defenders.org

Moneen Nasmith
Earthjustice
48 Wall St. FL 15
New York, New York 10005
mnasmith@earthjustice.org

Ann Jaworski
Counsel
Earthjustice
311 S. Wacker Drive
Suite 1400
Chicago, Illinois 60606
ajaworski@earthjustice.org

Debralee Rodriguez
President, Friends of the Wildlife Corridor
3325 Green Jay Rd.
Alamo, Texas 78516
info@friendsofthewildlifecorridor.org

Kevin Downey
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, District of Columbia 20004
kevin.downey@hoganlovells.com

7

Alexander Gregory Junge
Hogan Lovells US LLP
555 Thirteen Street, N.W.
Washington, District of Columbia 20004
greg.junge@hoganlovells.com

Joan Dreskin
General Counsel
Interstate Natural Gas Assn. of America
20 F Street, NW
Suite 450
Washington, District of Columbia 20001
jdreskin@ingaa.org

Christopher Smith
Interstate Natural Gas Association of America
20 F Street, NW
Suite 450
Washington, District of Columbia 20001
csmith@ingaa.org

Rolando Vela
City Manager
Town of Laguna Vista
Laguna Vista, Texas 78578
cm@lvtexas.us

Morgan Johnson
Staff Attorney
Natural Resources Defense Council
1152 15th Street NW
Suite 300
Washington, District of Columbia 20005
majohnson@nrdc.org

Martin Olivarez
Pfizer, Inc.
4500 State Highway 107
McAllen, Texas 78504
mgilberto.olivarez@pfizer.com

*/s/ Thomas Gosselin*
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, Texas 78765
(424) 346-3276
tom.gosselin@sierraclub.org

9