# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1175**                                                 **September Term, 2022**

**FERC-183FR61047**

**Filed On: July 12, 2023** [2007588]

City of Port Isabel and Sierra Club,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

## N O T I C E

    This case was docketed on July 10, 2023. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on July 10, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                                     **FOR THE COURT:**
                                                                     Mark J. Langer, Clerk

                                            BY:    /s/
                                                                Lynda M. Flippin
                                                                Deputy Clerk

Attachment:
    Certified Copy of Petition for Review