UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CITY OF PORT ISABEL AND SIERRA CLUB, ) | |
| ) | |
| ) | Case No. 23-1175 |
| *Petitioners*, ) | FERC Docket Nos. |
| ) | CP16-116-002 |
| v. ) | |
| ) | |
| FEDERAL ENERGY REGULATORY COMMISSION, ) | |
| ) | |
| ) | |
| *Respondent*. ) | |

**MOTION FOR LEAVE TO INTERVENE
OF TEXAS LNG BROWNSVILLE, LLC
IN SUPPORT OF RESPONDENT**

Pursuant to Rules 15(d) and 27 of the Federal Rules of Appellate Procedure and Circuit Rules 15(b) and 27, Texas LNG Brownsville, LLC ("Texas LNG") hereby moves for leave to intervene in the above-captioned proceeding. In support of this motion, Texas LNG respectfully states as follows:

**I.　　IDENTITY OF INTERVENOR AND PROJECT**

　　**A.　　Identity of Texas LNG**

Texas LNG is currently engaged in the business of developing to own and operate a liquefied natural gas ("LNG") export facility located in the Port of Brownsville, Texas, as authorized by the Federal Energy Regulatory Commission

("FERC" or "Commission") under Section 3 of the Natural Gas Act ("NGA").[1] Texas LNG is a limited liability company organized and existing under the laws of the State of Delaware. The principal place of business of Texas LNG is 1001 McKinney Street, Suite 600, Houston, Texas, 77002. Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Texas LNG has attached its Corporate Disclosure Statement to this Motion for Leave to Intervene as Attachment A.

B.  **Texas LNG Project**

Texas LNG filed an application for authorization under Section 3 of the NGA with the Commission in FERC Docket No. CP16-116-000 for authorization to site, construct, and operate facilities for the liquefaction and export of domestically produced natural gas at a proposed LNG terminal on the north side of the Brownsville Shipping Channel in Cameron County, Texas ("Texas LNG Project" or "Project"). The Texas LNG Project is designed to export approximately four million metric tonnes per annum ("MTPA") of LNG. The Project facilities will occupy 625 acres of land and include two full-containment LNG storage tanks with a capacity of approximately 210,000 cubic meters of LNG each; two liquefaction trains, each

---

[1] 15 U.S.C. § 717b; *Tex. Brownville LNG LLC*, 169 FERC ¶ 61,130 (2019), *order on rehearing and stay*, 170 FERC ¶ 61,139 (2020), *pets. granted in part and dismissed in part; remanded sub nom.*, *Vecinos Para el Bienestar De La Comunidad Costera* v. FERC, 6 4th 1321 (D.C. Cir. 2021), *order on remand*, 183 FERC ¶ 61,017 (2023) ("Order on Remand").

2

with a capacity of 2.0 MTPA of LNG; a single LNG carrier berth; mooring and loading facilities; and other appurtenant facilities. The Texas LNG Project will receive natural gas via an approximately 10.2-mile-long non-jurisdictional intrastate natural gas pipeline that interconnects with the intrastate Valley Crossing Pipeline.

### III. MOTION TO INTERVENE

The City of Port Isabel and Sierra Club filed a petition on July 10, 2023, seeking review by this Court of the following order issued by the Commission:

- *Texas LNG Brownsville LLC*, FERC Docket No. CP16-116-002, Order on Remand, 183 FERC ¶ 61,047 (Apr. 21, 2023).

Texas LNG was the applicant seeking approval from the Commission for the Texas LNG Project, is the authorization holder of this Project, participated in all phases of the proceeding below, and was an Intervenor before this Court in *Vecinos Para el Bienestar* (Nos. 20-1045, 20-1093).

Consequently, Texas LNG has a direct and substantial interest in this case and its interests may be directly affected by the decisions of this Court. For these reasons, Texas LNG submits that it has the required standing to be a party to this proceeding and thus respectfully requests that the Court grant it leave to intervene. Without limiting the positions it may advance, Texas LNG advises the Court that it intends to support Respondent.

## IV. CONCLUSION

WHEREFORE, Texas LNG respectfully moves the Court (a) for leave to intervene in the above-captioned proceeding, and (b) to be granted all rights as a party thereto.

Respectfully submitted,

*/s/ Paul Korman*
Paul Korman
Michael R. Pincus
Mosby Perrow
Van Ness Feldman, LLP
1050 Thomas Jefferson St., N.W.
Washington, D.C. 20007
Phone:  (202) 298-1800
Fax:  (202) 338-2416
Email:  pik@vnf.com
Email:  mrp@vnf.com
Email:  mperrow@vnf.com

Dated:  August 9, 2023

*Attorneys for Intervenor Texas LNG Brownsville LLC*

**ATTACHMENT A**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CITY OF PORT ISABEL AND SIERRA CLUB,** <br><br> *Petitioners,* <br><br> v. <br><br> **FEDERAL ENERGY REGULATORY COMMISSION,** <br><br> *Respondent.* | Case No. 23-1175 <br> FERC Docket Nos. <br> CP16-116-002 |

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT OF
TEXAS LNG BROWNSVILLE LLC**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1 of the Rules of this Court, Texas LNG Brownsville LLC ("Texas LNG") submits the following required Disclosure Statement:

Texas LNG is a limited liability company of which Brownsville LNG OpCo, LLC ("Brownsville LNG") is the managing member of Texas LNG. Brownsville LNG is a Delaware limited liability company with its principal place of business in The Woodlands, Texas. Brownsville LNG is wholly owned by Brownsville LNG Holdings, LLC, which is also a Delaware limited liability company with its principal place of business in The Woodlands, Texas. No public company owns more than 10% of its stock.

Pursuant to the requirement of Circuit Rule 26.1(b) that movants provide a statement of general nature and purpose relevant to the litigation, Texas LNG hereby states as follows: Texas LNG is a Delaware limited liability company with its principal place of business in Houston, Texas. It is a liquefied natural gas company developing a liquefied natural gas export facility to be located in Brownsville, Cameron County, Texas.

Respectfully submitted,

*/s/ Paul Korman*
Paul Korman
Michael R. Pincus
Mosby Perrow
Van Ness Feldman, LLP
1050 Thomas Jefferson St., N.W.
Washington, D.C. 20007
Phone: (202) 298-1800
Fax: (202) 338-2416
Email: pik@vnf.com
Email: mrp@vnf.com
Email: mperrow@vnf.com

Dated: August 9, 2023

*Attorneys for Intervenor Texas LNG Brownsville LLC*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 593 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman.

        Respectfully submitted,

        */s/ Paul Korman*
        Paul Korman
        Van Ness Feldman, LLP
        1050 Thomas Jefferson St., N.W.
        Washington, D.C. 20007
        Phone: (202) 298-1800
        Fax: (202) 338-2416
        Email: pik@vnf.com

        *Attorney for Intervenor Texas LNG Brownsville LLC*

Dated: August 9, 2023

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, Rule 25(c) of the Circuit Rules, I hereby certify that I have on this 9th day of August 2023, served the foregoing documents upon parties in this case via email through the Court's CM/ECF system.

                Respectfully submitted,

                */s/ Paul Korman*
                Paul Korman
                Van Ness Feldman, LLP
                1050 Thomas Jefferson St., N.W.
                Washington, D.C. 20007
                Phone: (202) 298-1800
                Fax: (202) 338-2416
                Email: pik@vnf.com

                *Attorney for Intervenor Texas LNG Brownsville LLC*