**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CITY OF PORT ISABEL AND ) <br> SIERRA CLUB ) <br>       Petitioners, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ENERGY REGULATORY ) <br> COMMISSION, ) <br>       Respondent. ) <br> _____) | No. 23-1175 |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Parties and Amici

Pursuant to Circuit Rule 28(a)(1)(A), Petitioners City of Port Isabel and Sierra Club hereby state that as of the date of filing the Docketing Statement, the following entities are parties, movant-intervenors, or amici in this Court:

*Petitioners:*          City of Port Isabel and Sierra Club

*Respondent:*          Federal Energy Regulatory Commission

*Movant-Intervenor:*    Texas LNG Brownsville, LLC

## Ruling Under Review

Pursuant to Circuit Rule 28(a)(1)(B), the undersigned certify that the ruling under review in this case is:

- Order on Remand, 183 FERC ¶ 61,047, FERC Docket No. CP16-116 (Apr. 21, 2023), FERC Accession No. 20230421-3057.

## Related Case

Pursuant to Circuit Rule 28(a)(1)(C), the undersigned certify that the following case is related to this case:

- *City of Port Isabel v. FERC*, D.C. Circuit Case No. 23-1174 (concerning Texas LNG Brownsville, LLC, FERC Docket Nos. CP16-454, CP16-455, and CP20-481).

Respectfully submitted on August 14, 2023.

**/s/ Thomas Gosselin**
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78765
424-346-3276
tom.gosselin@@sierraclub.org

*Attorney for Sierra Club*

***/s/ Gilberto Hinojosa***
Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, TX 78520
956-544-4218
ghinojosa@ghinojosalaw.com

*Attorney for City of Port Isabel*

# CERTIFICATE OF SERVICE

I, Thomas Gosselin, hereby certify under the penalty of perjury that on August 14, 2023, I filed the original of 1) The Agency Docketing Statement, 2) The Certificate as to Parties, Rulings, and Contested Cases, 3) Petitioner's Non-Binding Statement of Issues to be Raised, 4) The Decisions from which Appeal Arises, and 5) The Statement of Intent to Utilize Deferred Joint Appendix, via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in this case via electronic noticing.

August 14, 2023.                                  **/s/ Thomas Gosselin**
                                                  Thomas Gosselin