# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** City of Port Isabel, et al.

v.

Federal Energy Regulatory Commission

**Case No:** 23-1175

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Energy Regulatory Commmission

### Counsel Information

**Lead Counsel:** Robert M. Kennedy
**Direct Phone:** (202) 502-8904   Fax: (___) _____   **Email:** robert.kennedy@ferc.gov

**2nd Counsel:** Robert H. Solomon
**Direct Phone:** (202) 502-8257   Fax: (___) _____   **Email:** robert.solomon@ferc.gov

**3rd Counsel:**
**Direct Phone:** (___) _____   Fax: (___) _____   **Email:**

**Firm Name:** Federal Energy Regulatory Commission
**Firm Address:** 888 First Street NE, Washington DC 20002
**Firm Phone:** (___) _____   Fax: (___) _____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# **CERTIFICATE OF SERVICE**

I hereby certify that, on August 14, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Robert M. Kennedy*
                                              Robert M. Kennedy
                                              Senior Attorney