# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1222**  **September Term, 2022**

FERC-CP16-116-002

**Filed On: August 18, 2023** [2013140]

Vecinos para el Bienestar de la Comunidad Costera,

      Petitioner

      v.

Federal Energy Regulatory Commission,

      Respondent

## **N O T I C E**

    This case was docketed on August 17, 2023. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on August 17, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Laura M. Morgan
Deputy Clerk

Attachment:
    Certified Copy of Petition for Review