# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-1175**                                            **September Term, 2022**

**FERC-CP16-116-002**

**Filed On: August 18, 2023** [2013141]

City of Port Isabel and Sierra Club,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Consolidated with 23-1222

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 23-1222 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | September 18, 2023 |
| Statement of Issues to be Raised | September 18, 2023 |

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
              Laura M. Morgan
              Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form