# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 23-1222    2. DATE DOCKETED: 08/17/2023
3. CASE NAME (lead parties only) Vecinos para el Bienestar ... v. Federal Energy Regulatory Commission
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes  ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission
   b. Give agency docket or order number(s): 183 FERC 61,047
   c. Give date(s) of order(s): April 21, 2023
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes  ☐ No
      If so, when was it filled? May 22, 2023    By whom? City of Port Isabel, et al.
      Has the agency acted? ☐ Yes  ☒ No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attached

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes  ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      City of Port Isabel, et al. v. FERC, No. 23-1175, D.C. Circuit
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes  ☐ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      City of Port Isabel v. FERC, Nos. 23-1174 (L), 23-1221 (D.C. Cir.)
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature /s/ Thomas Gosselin    Date 09/14/2023
Name of Counsel for Appellant/Petitioner Thomas Gosselin
Address P.O. Box 4998, Austin, TX 78765
E-Mail tom.gosselin@sierraclub.org    Phone ( 424 ) 346-3276    Fax (    ) -

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)