## CERTIFICATE OF SERVICE

I, Thomas Gosselin, hereby certify under the penalty of perjury that on September 14, 2023, I filed the original of The Agency Docketing Statement and Petitioner's Non-Binding Statement of Issues to be Raised via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in this case via electronic noticing.

September 14, 2023.                                          **/s/ Thomas Gosselin**
                                                            Thomas Gosselin