# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1175** | **September Term, 2023** |
| | FERC-CP16-116-002 |
| | **Filed On:** October 19, 2023 |

City of Port Isabel and Sierra Club,

      Petitioners

      v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Texas LNG Brownsville, LLC,
      Intervenor

------------------------------

Consolidated with 23-1222

      **BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

### O R D E R

Upon consideration of the motion to extend time to file the certified index, the opposition thereto, and the reply; and the motion concerning briefing format, it is

**ORDERED** that the respondent file the certified index to the record by October 27, 2023. It is

**FURTHER ORDERED**, on the court's own motion, that the parties show cause by November 3, 2023, why the following briefing format and schedule should not apply in these cases:

| | |
|---|---|
| Joint brief for petitioners<br>(not to exceed 13,000 words) | December 6, 2023 |
| Brief for respondent<br>(not to exceed 13,000 words) | February 5, 2024 |

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1175**  **September Term, 2023**

| | |
|---|---|
| Brief for respondent-intervenor (not to exceed 9,100 words) | February 12, 2024 |
| Joint reply brief for petitioners (not to exceed 6,500 words) | March 4, 2024 |
| Deferred appendix | March 11, 2024 |
| Final briefs | March 25, 2024 |

    The parties may suggest an alternative briefing format to reduce the number of pages submitted to the court.  In so doing, the parties should keep in mind that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief.  Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment.  Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**<u>Per Curiam</u>**