# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** City of Port Isabel, et al.

v.

Federal Energy Regulatory Commission

**Case No:** 23-1175

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained   ○ Pro Bono   ○ Appointed (CJA/FPD)   ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Sierra Club

### Counsel Information

**Lead Counsel:** Thomas Gosselin
**Direct Phone:** (424) 346-3276   Fax: (   )    **Email:** tom.gosselin@sierraclub.org

**2nd Counsel:** Nathan Matthews
**Direct Phone:** (415) 977-5695   Fax: (   )    **Email:** nathan.matthews@sierraclub.org

**3rd Counsel:** Lisa M. Diaz
**Direct Phone:** (305) 336-2258   Fax: (   )    **Email:** lisa.diaz@sierraclub.org

**Firm Name:** Sierra Club
**Firm Address:** 2101 Webster Street, Suite 1300, Oakland CA 94612
**Firm Phone:** (415) 977-5695   Fax: (510) 206-3140   **Email:** environmental.law@sierraclub.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)