## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| City of Port Isabel *et al.*, | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 23-1175, *et al.* |
| | ) | (consolidated) |
| Federal Energy Regulatory | | |
| Commission, | ) | |
| Respondent. | ) | |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the order complained of, "Order on Remand," 183 FERC ¶ 61,047, issued April 21, 2023, in *Texas LNG Brownsville LLC*, FERC Docket No. CP16-116; and (2) the complete record upon which such order was entered.

The materials listed below are the record of Commission proceedings following the Commission's filing of the Certified Index to the Record in the D.C. Circuit No. 20-1094 on May 14, 2020, which is attached and incorporated herein by reference and a copy of which is attached hereto. The numbering of this index is a continuation of the previously-filed index in D.C. Circuit No. 20-1094.

Commissioner Danly has indicated that he will be issuing, at a later date, a separate statement to accompany his vote on Item No. 1581, Order Addressing Arguments Raised on Rehearing in *Texas LNG Brownsville, LLC*, 185 FERC ¶ 61,079 (2023). When that statement issues, the Commission will file a supplement to this index to the record and include a copy of that statement.

**Record
Item No.**    **Description**

**Docket No. CP16-116**

1404.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  03/06/2020
Accession No.:  20200306-5097
Description:  Texas LNG Brownsville LLC submits additional
information regarding the Migratory Bird Impact Mitigation and
Compliance Plan and Air Emissions Permit under CP16-116.

1405.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  03/06/2020
Accession No.:  20200306-5186
Description:  Texas LNG Brownsville LLC submits its Monthly
Report under CP16-116.

1406.    Filed By:  Advisory Council On Historic Preservation
Filed Date:  03/11/2020
Accession No.:  20200311-4002
Description:  The Advisory Council on Historic Preservation submits
letter re the executed Section 106 agreement document for the Texas
LNG Project under CP16-116.

1407.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  04/07/2020
Accession No.:  20200407-5169
Description:  Texas LNG Brownsville LLC submits its monthly report
under CP16-116.

1408.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  04/24/2020
Accession No.:  20200424-5278
Description:  Texas LNG Brownsville LLC submits information
regarding the Endangered Species Act under CP16-116.

**Record**
**Item No.**      **Description**

1409.       Filed By:  Texas LNG Brownsville LLC
            Filed Date:  05/07/2020
            Accession No.:  20200507-5117
            Description:  Texas LNG Brownsville LLC submits the Monthly
            Report under CP16-116.

1410.       Filed By:  Office of the Secretary, FERC
            Filed Date:  06/11/2020
            Accession No.:  20200611-4006
            Description:  Certified Index to the Record re Vecinos para el
            Bienestar de la Comunidad Costera, Sierra Club, City of Port Isabel
            and Save RGV from LNG v. FERC (U.S. Court of Appeals for the
            District of Columbia Circuit) No. 20-1094 under PF15-14 et al.

1411.       Filed By:  Texas LNG Brownsville LLC
            Filed Date:  06/16/2020
            Accession No.:  20200616-5095
            Description:  Texas LNG Brownsville LLC submits its Monthly
            Report under CP16-116.

1412.       Filed By:  Texas LNG Brownsville LLC
            Filed Date:  06/16/2020
            Accession No.:  20200616-5099
            Description:  Texas LNG Brownsville LLC submits Supplemental
            Information under CP16-116.

1413.       Issued By:  Office of Energy Projects
            Filed Date:  06/17/2020
            Accession No.:  20200617-3020
            Description:  Letter to U.S. Fish and Wildlife Service discussing the
            Endangered Species Act, Section 7 consultation Log Number
            02ETTX00-2019-F-0735 for the Texas LNG Project under CP16-116.

**Record
Item No.**          **Description**


1414.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  07/20/2020
               Accession No.:  20200720-5009
               Description:  Texas LNG Brownsville LLC submits the Monthly
               Report under CP16-116.


1415.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  09/01/2020
               Accession No.:  20200901-5122
               Description:  Texas LNG Brownsville LLC submits the Monthly
               Report under CP16-116-000.


1416.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  10/14/2020
               Accession No.:  20201014-5099
               Description:  Texas LNG Brownsville LLC submits its monthly report
               under CP16-116.


1417.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  10/16/2020
               Accession No.:  20201016-5206
               Description:  Texas LNG Brownsville LLC submits Request to Issue
               Draft Biological Opinion under CP16-116.


1418.          Issued By:  Office of Energy Projects
               Filed Date:  11/02/2020
               Accession No.:  20201102-3011
               Description:  Letter to U.S. Fish and Wildlife Service discussing the
               Endangered Species Act, Section 7 Consultation for the Texas LNG
               Project under CP16-116.


1419.          Filed By:  USFWS-Texas Coastal ESFO
               Filed Date:  11/13/2020
               Accession No.:  20201113-5022
               Description:  Comments of U.S. Fish and Wildlife Service under
               CP16-116.

4

**Record
Item No.**      **Description**

1420.      Filed By:  Texas LNG Brownsville LLC
Filed Date:  11/24/2020
Accession No.:  20201124-5233
Description:  Texas LNG Brownsville LLC submits the Monthly
Status Report 10 for the Texas LNG Liquefaction Project under CP16-116.

1421.      Filed By:  Texas LNG Brownsville LLC
Filed Date:  12/11/2020
Accession No.:  20201211-5176
Description:  Texas LNG Brownsville LLC files its Monthly Report
under CP16-116.

1422.      Filed By:  Texas LNG Brownsville LLC
Filed Date:  12/11/2020
Accession No.:  20201211-5177
Description:  Texas LNG Brownsville LLC files its Monthly Report
under CP16-116.

1423.      Issued By:  Office of Energy Projects
Filed Date:  12/16/2020
Accession No.:  20201216-3012
Description:  Letter to U.S. Fish and Wildlife Service discussing the
endangered species act, section 7 consultation FWS/RS/ES/
02ETTX00-2019-F-0735, Eastern black rail determination for the
Texas LNG Project under CP16-116.

1424.      Filed By:  Texas LNG Brownsville LLC
Filed Date:  01/14/2021
Accession No.:  20210114-5145
Description:  Texas LNG Brownsville LLC submits its monthly Status
Report for the Texas LNG Liquefaction Project under CP16-116.

| Record<br>Item No. | Description |
|---|---|

1425.        Filed By:  USFWS-Texas Coastal ESFO
             Filed Date:  01/26/2021
             Accession No.:  20210126-5016
             Description:  United States Fish and Wildlife Service-Texas Coastal
             Ecological Services Field Office submits supplemental information
             for the Eastern Black Rail for Texas Liquefied Natural Gas
             Brownsville, LLC Project under CP16-116.

1426.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  03/03/2021
             Accession No.:  20210303-5057
             Description:  Texas LNG Brownsville LLC submits the Monthly
             Status Report 13 for the Texas LNG Liquefaction Project under CP16-
             116.

1427.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  03/16/2021
             Accession No.:  20210316-5047
             Description:  Texas LNG Brownsville LLC submits its Monthly
             Status Report 14 for the Texas LNG Liquefaction Project under CP16-
             116.

1428.        Filed By:  City of Port Isabel, Texas
             Filed Date:  03/24/2021
             Accession No.:  20210324-5059
             Description:  Comments of City of Port Isabel, Texas under CP16-
             116.

1429.        Filed By:  Save RGV from LNG
             Filed Date:  03/25/2021
             Accession No.:  20210325-5016
             Description:  Save RGV from LNG submits Request to suspend the
             permits of Rio Grande LNG, Annova LNG and Texas LNG pending
             completion of a new third party launch failure analysis under CP16-
             116.

| **Record Item No.** | **Description** |
|---|---|

1430.    Filed By:  Lower Rio Grande Valley Sierra Club Group
         Filed Date:  04/01/2021
         Accession No.:  20210401-5317
         Description:  Comments of Lower Rio Grande Valley Sierra Club
         under CP16-116 et al.

1431.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  04/15/2021
         Accession No.:  20210415-5133
         Description:  Texas LNG Brownsville LLC submits Monthly Status
         Report 15 for the Texas LNG Liquefaction Project under CP16-116.

1432.    Filed By:  USFWS-Texas Coastal ESFO
         Filed Date:  04/22/2021
         Accession No.:  20210422-5015
         Description:  Final Biological Opinion of USFWS-Texas Coastal
         ESFO on FERC authorization to construct and operate the Texas
         Liquefied Natural Gas (LNG) Project under CP16-116.

1433.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  05/18/2021
         Accession No.:  20210518-5026
         Description:  Texas LNG Brownsville LLC submits Monthly Status
         Report 16 for the Texas LNG Liquefaction Project under CP16-116.

1434.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  06/21/2021
         Accession No.:  20210618-5056
         Description:  Texas LNG Brownsville LLC submits Monthly Report
         #7 for Texas LNG Liquefaction Project under CP16-116.

1435.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  07/12/2021
         Accession No.:  20210712-5038
         Description:  Texas LNG Brownsville LLC submits Monthly Status
         Report 18 for the Texas LNG Liquefaction Project under CP16-116.

7

**Record
Item No.**     **Description**

1436.     Filed By:  K&L Gates LLP
Filed Date:  08/13/2021
Accession No.:  20210813-5098
Description:  K&L Gates LLP submits a request to update the official
service lists under RP21-1001, et al.

1437.     Filed By:  Texas LNG Brownsville LLC
Filed Date:  08/19/2021
Accession No.:  20210819-5113
Description:  Texas LNG Brownsville LLC submits its monthly report
status report 19 for the Texas LNG Liquefaction Project under CP16-
116.

1438.     Filed By:  Natural Gas Supply Association (DC)
Filed Date:  08/30/2021
Accession No.:  20210830-5162
Description:  Motion to Intervene of Natural Gas Supply Association
(DC) under CP16-116.

1439.     Filed By:  Center For Liquefied Natural Gas
Filed Date:  08/30/2021
Accession No.:  20210830-5165
Description:  Motion to Intervene of Center for Liquefied Natural Gas
under CP16-116.

1440.     Filed By:  Mary A. Branch
Filed Date:  08/31/2021
Accession No.:  20210831-5000
Description:  Comments of Mary A. Branch in Docket(s)/Project(s)
CP16-116-000.  Submission Date: 8/30/2021.

1441.     Filed By:  Interstate Natural Gas Association of America
Filed Date:  09/02/2021
Accession No.:  20210902-5044
Description:  Motion to Intervene Out-of-Time of Interstate Natural
Gas Association of America under CP16-116.

8

| Record Item No. | Description |
|---|---|

1442.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  09/22/2021
Accession No.:  20210922-5059
Description:  Texas LNG Brownsville LLC submits the Monthly
Status Report 20 for Texas LNG Liquefaction Project under CP16-
116.

1443.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  10/20/2021
Accession No.:  20211020-5098
Description:  Texas LNG Brownsville LLC submits Monthly Status
Report #21 for Texas LNG Liquefaction Project under CP16-116.

1444.    Filed By:  John Young
Filed Date:  11/12/2021
Accession No.:  20211112-5230
Description:  Comments of John Young under CP16-116.

1445.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  11/22/2021
Accession No.:  20211122-5124
Description:  Texas LNG Brownsville LLC, submits notice of
substitution of counsel and request to Update official service list under
CP16-116.

1446.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  11/22/2021
Accession No.:  20211122-5142
Description:  Texas LNG Brownsville LLC submits Monthly Status
Report 22 for Texas LNG Liquefaction Project under CP16-116.

1447.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  12/30/2021
Accession No.:  20211230-5139

| Record Item No. | Description |
|---|---|
| 1448. | Description: Texas LNG Brownsville LLC submits Monthly Status Report No. 23 for the period of November 1, 2021 through November 30, 2021 for the Texas LNG Liquefaction Project CP16-116. |
| | Issued By: Secretary of The Commission, FERC |
| | Filed Date: 01/18/2022 |
| | Accession No.: 20220118-3028 |
| | Description: Notice Granting and Denying Late Interventions re Texas LNG Brownsville LLC under CP16-116. |
| 1449. | Filed By: Texas LNG Brownsville LLC |
| | Filed Date: 01/31/2022 |
| | Accession No.: 20220131-5162 |
| | Description: Texas LNG Brownsville LLC submits Monthly Status Report No. 24 for the period December 1 to December 31, 2021 for the Texas LNG Liquefaction Project under CP16-116. |
| 1450. | Issued By: Office of Energy Projects |
| | Filed Date: 02/03/2022 |
| | Accession No.: 20220203-3050 |
| | Description: Letter requesting Texas LNG Brownsville LLC to file a response to environmental information request within 30 days to assist in FERC's analysis of the application for the Texas LNG Project under CP16-116. |
| 1451. | Filed By: Texas LNG Brownsville LLC |
| | Filed Date: 02/28/2022 |
| | Accession No.: 20220228-5099 |
| | Description: Texas LNG Brownsville LLC Monthly Status Report No. 25 for the period January 1 to January 31, 2022 for the Texas LNG Liquefaction Project under CP16-116. |
| 1452. | Filed By: Texas LNG Brownsville LLC |
| | Filed Date: 03/04/2022 |
| | Accession No.: 20220304-5197 |
| | Description: Texas LNG Brownsville LLC Submits Response to February 3, 2022 Environmental Information Request for the Texas LNG Project under CP16-116. |

**Record**
**Item No.**          **Description**

1453.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  03/31/2022
               Accession No.:  20220331-5313
               Description:  Texas LNG Brownsville LLC submits Monthly Status
               Report 26 for the Texas LNG Liquefaction Project under CP16-116.

1454.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  04/29/2022
               Accession No.:  20220429-5499
               Description:  Texas LNG Brownsville LLC submits Monthly Report
               27 for March 2022 for the Texas LNG Liquefaction Project under
               CP16-116.

1455.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  05/02/2022
               Accession No.:  20220502-5075
               Description:  Texas LNG Brownsville LLC submits Supplemental
               Information in Response to FERC February 3, 2022 Environmental
               Information Data Request for Texas LNG Project under CP16-116.

1456.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  05/31/2022
               Accession No.:  20220531-5145
               Description:  Texas LNG Brownsville LLC submits April 2022
               Monthly Status Report #28 for Texas LNG Liquefaction Project under
               CP16-116.

1457.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  06/30/2022
               Accession No.:  20220630-5080
               Description:  Texas LNG Brownsville LLC submits May 2022
               Monthly Status Report #29 for Texas LNG Liquefaction Project under
               CP16-116.

| Record Item No. | Description |
|---|---|

1458.  Filed By:  Texas LNG Brownsville LLC
Filed Date:  07/29/2022
Accession No.:  20220729-5117
Description:  Texas LNG Brownsville LLC submits June 2022
Monthly Status Report #30 for Texas LNG Liquefaction Project under
CP16-116.

1459.  Filed By:  Texas LNG Brownsville LLC
Filed Date:  08/12/2022
Accession No.:  20220812-5040
Description:  Texas LNG Brownsville LLC submits Request for
Commission Action on Remand for Texas LNG Project under CP16-116.

1460.  Issued By:  Office Of Energy Projects
Filed Date:  08/16/2022
Accession No.:  20220816-3045
Description:  Letter requesting Texas LNG Brownsville LLC et al. to
file a response to environmental information request within 30 days to
address deficiencies noted in the U.S. Court of Appeals for the D.C.
Circuit's etc. for the Texas LNG Project under CP16-116.

1461.  Issued By:  Office Of Energy Projects
Filed Date:  08/16/2022
Accession No.:  20220816-3046
Description:  Letter requesting Texas LNG Brownsville LLC et al. to
file a response to environmental information request within 30 days to
address deficiencies noted in the U.S. Court of Appeals for the D.C.
Circuit's etc. for the Texas LNG Project under CP16-116.

1462.  Filed By:  Congress of The United States
Filed Date:  08/23/2022
Accession No.:  20220823-4000
Description:  Comments of U.S. Representative Dan Crenshaw et al.
re the global natural gas market etc. under CP16-116 et al.

| **Record Item No.** | **Description** |
|---|---|

1463.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  08/31/2022
Accession No.:  20220831-5073
Description:  Texas LNG Brownsville LLC submits July 2022 Monthly Status Report #31 for the Texas LNG Liquefaction Project under CP16-116.

1464.    Issued By:  Office Of Energy Projects
Filed Date:  08/31/2022
Accession No.:  20220831-3033
Description:  Letter requesting Texas LNG Brownsville LLC to file a response to environmental information request within 30 days for the Texas LNG Project under CP16-116.

1465.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  09/15/2022
Accession No.:  20220915-5265
Description:  Texas LNG Brownsville LLC submits response to August 16, 2022 Environmental Information Request for the Texas LNG Project under CP16-116.

1466.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  09/15/2022
Accession No.:  20220915-5266
Description:  Texas LNG Brownsville LLC submits response to August 16, 2022 Environmental Information Request for the Texas LNG Project under CP16-116.

1467.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  09/21/2022
Accession No.:  20220921-5053
Description:  Texas LNG Brownsville LLC submits Supplemental Response to August 16, 2022 Environmental Information Request for the Texas LNG Project under CP16-116.

**Record**
**Item No.**     **Description**

1468.    Issued By:  Secretary Of The Commission, FERC
         Filed Date:  09/30/2022
         Accession No.:  20220930-3013
         Description:  Notice Seeking Public Comment on Responses to
         Information Requests re Texas LNG Brownsville LLC under CP16-
         116.

1469.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  09/30/2022
         Accession No.:  20220930-5063
         Description:  Texas LNG Brownsville LLC submits August 2022
         Monthly Status Report No. 32 for the Texas LNG Liquefaction
         Project under CP16-116.

1470.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/03/2022
         Accession No.:  20221003-5087
         Description:  Texas LNG Brownsville LLC submits response to
         August 16, 2022 Environmental Information Request for the Texas
         LNG Project under CP16-116.

1471.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/03/2022
         Accession No.:  20221003-5088
         Description:  Texas LNG Brownsville LLC submits response to
         August 16, 2022 Environmental Information Request for the Texas
         LNG Project under CP16-116.

1472.    Filed By:  Charles Lewis III
         Filed Date:  10/13/2022
         Accession No.:  20221013-5074
         Description:  Comments of Charles Lewis III in Docket(s)/Project(s)
         CP16-116-000.

**Record
Item No.**      **Description**

1473.      Filed By:  Kristyna Bell
Filed Date:  10/14/2022
Accession No.:  20221014-5135
Description:  Comments of Kristyna Bell in Docket(s)/Project(s)
CP16-116-000.

1474.      Filed By:  Keith N. Yhles
Filed Date:  10/14/2022
Accession No.:  20221014-5000
Description:  Comments of Keith N. Yhles in Docket(s)/Project(s)
CP16-116-000. Submission Date: 10/13/2022.

1475.      Filed By:  Melinda Rodriguez
Filed Date:  10/14/2022
Accession No.:  20221014-5001
Description:  Comments of Melinda Rodriguez in Docket(s)/Project(s)
CP16-116-000. Submission Date: 10/13/2022.

1476.      Filed By:  Keith Uhles II
Filed Date:  10/14/2022
Accession No.:  20221014-5119
Description:  Comments of Keith Uhles II in Docket(s)/Project(s)
CP16-116-000.

1477.      Filed By:  Allison Koltunchik
Filed Date:  10/14/2022
Accession No.:  20221014-5102
Description:  Comments of Allison Koltunchik in Docket(s)/Project(s)
CP16-116-000.

1478.      Filed By:  William Hudson
Filed Date:  10/14/2022
Accession No.:  20221014-5034
Description:  Comments of William Hudson in Docket(s)/Project(s)
CP16-116-000.

| Record Item No. | Description |
|---|---|

1479.    Filed By:  James Michael Snyder
Filed Date:  10/14/2022
Accession No.:  20221014-5076
Description:  Comments of James Michael Snyder in Docket(s)/
Project(s) CP16-116-000.

1480.    Filed By:  City Of Donna, Texas
Filed Date:  10/14/2022
Accession No.:  20221014-0012
Description:  Comments of City of Donna, Texas re the Texas LNG
Project under CP16-116.

1481.    Filed By:  Kevin Uhles
Filed Date:  10/17/2022
Accession No.:  20221017-5003
Description:  Comments of Kevin Uhles in Docket(s)/Project(s)
CP16-116-000. Submission Date: 10/16/2022.

1482.    Filed By:  Robert Lewis
Filed Date:  10/17/2022
Accession No.:  20221017-5002
Description:  Comments of Robert Lewis in Docket(s)/Project(s)
CP16-116-000. Submission Date: 10/16/2022.

1483.    Filed By:  Esteban Delgadillo
Filed Date:  10/17/2022
Accession No.:  20221017-5087
Description:  Comments of Esteban Delgadillo in Docket(s)/Project(s)
CP16-116-000.

1484.    Filed By:  Graciela Garza
Filed Date:  10/18/2022
Accession No.:  20221018-5083
Description:  Comments of Graciela Garza in Docket(s)/Project(s)
CP16-116-000.

**Record**
**Item No.**    <u>**Description**</u>

1485.    Filed By:  Ingrid Ruiz
Filed Date:  10/18/2022
Accession No.:  20221018-5036
Description:  Comments of Ingrid Ruiz in Docket(s)/Project(s) CP16-116-000.

1486.    Filed By:  Charles Lewis
Filed Date:  10/18/2022
Accession No.:  20221018-5051
Description:  Comments of Charlie Lewis in Docket(s)/Project(s) CP16-116-000.

1487.    Filed By:  Liliana Elizondo
Filed Date:  10/18/2022
Accession No.:  20221018-5096
Description:  Comments of Liliana Elizondo in Docket(s)/Project(s) CP16-116-000.

1488.    Filed By:  Mary Carnes Lewis
Filed Date:  10/18/2022
Accession No.:  20221018-5097
Description:  Comments of Mary Carnes Lewis in Docket(s)/Project(s) CP16-116-000.

1489.    Filed By:  Joseph Linck
Filed Date:  10/18/2022
Accession No.:  20221018-5128
Description:  Comments of Joseph Linck in Docket(s)/Project(s) CP16-116-000.

1490.    Filed By:  Chris Lowrance
Filed Date:  10/18/2022
Accession No.:  20221018-5034
Description:  Comments of Chris Lowrance in Docket(s)/Project(s) CP16-116-000.

17

**Record**
**Item No.**      **Description**

1491.      Filed By:  Kathryn Lewis
          Filed Date:  10/18/2022
          Accession No.:  20221018-5103
          Description:  Comments of Kathryn Lewis in Docket(s)/Project(s)
          CP16-116-000.

1492.      Filed By:  Constanza Miner
          Filed Date:  10/19/2022
          Accession No.:  20221019-5052
          Description:  Comments of Constanza Miner in Docket(s)/Project(s)
          CP16-116-000.

1493.      Filed By:  Dan Libby
          Filed Date:  10/19/2022
          Accession No.:  20221019-5061
          Description:  Comments of Dan Libby in Docket(s)/Project(s) CP16-
          116-000.

1494.      Filed By:  Raul Ruiz
          Filed Date:  10/19/2022
          Accession No.:  20221019-5030
          Description:  Comments of Raul Ruiz in Docket(s)/Project(s) CP16-
          116-000.

1495.      Filed By:  Graciela Uhles
          Filed Date:  10/19/2022
          Accession No.:  20221019-5090
          Description:  Comments of Graciela Uhles in Docket(s)/Project(s)
          CP16-116-000.

1496.      Filed By:  David Hughston
          Filed Date:  10/19/2022
          Accession No.:  20221019-5127
          Description:  Comments of David Hughston in Docket(s)/Project(s)
          CP16-116-000.

18

| **Record Item No.** | **Description** |
|---|---|

1497.    Filed By:  Tim McMurtrie
Filed Date:  10/19/2022
Accession No.:  20221019-5130
Description:  Comments of Tim McMurtrie in Docket(s)/Project(s)
CP16-116-000.

1498.    Filed By:  Nicholas Serafy
Filed Date:  10/19/2022
Accession No.:  20221019-5000
Description:  Comments of Nicholas Serafy in Docket(s)/Project(s)
CP16-116-000. Submission Date: 10/18/2022.

1499.    Filed By:  Alonzo Villarreal
Filed Date:  10/19/2022
Accession No.:  20221019-5102
Description:  Comments of Alonzo Villarreal in Docket(s)/Project(s)
CP16-116-000.

1500.    Filed By:  Micah J. Robison
Filed Date:  10/19/2022
Accession No.:  20221019-5073
Description:  Comments of Micah J. Robison in Docket(s)/Project(s)
CP16-116-000.

1501.    Filed By:  Mark A. Johnson
Filed Date:  10/19/2022
Accession No.:  20221019-5074
Description:  Comments of Mark A. Johnson in Docket(s)/Project(s)
CP16-116-000.

1502.    Filed By:  Associated General Contractors of America, Inc. - Rio
Grande Valley Chapter
Filed Date:  10/19/2022
Accession No.:  20221019-5100

| **Record Item No.** | **Description** |
|---|---|
| | Description:  Comments of Associated General Contractors of America, Inc. - Rio Grande Valley Chapter re Texas LNG Project under CP16-116. |
| 1503. | Filed By:  Sierra Club, et al.<br>Filed Date:  10/19/2022<br>Accession No.:  20221019-5066<br>Description:  Comments of Sierra Club, et al. under CP16-116l. |
| 1504. | Filed By:  Aida Libby<br>Filed Date:  10/19/2022<br>Accession No.:  20221019-5043<br>Description:  Comments of Aida Libby in Docket(s)/Project(s) CP16-116-000. |
| 1505. | Filed By:  Lupita Ruiz<br>Filed Date:  10/19/2022<br>Accession No.:  20221019-5014<br>Description:  Comments of Lupita Ruiz in Docket(s)/Project(s) CP16-116-000. |
| 1506. | Filed By:  William Wommack<br>Filed Date:  10/20/2022<br>Accession No.:  20221020-5000<br>Description:  Comments of William Wommack in Docket(s)/Project(s) CP16-116-000. Submission Date: 10/19/2022. |
| 1507. | Filed By:  RGV Partnership<br>Filed Date:  10/20/2022<br>Accession No.:  20221020-5006<br>Description:  Comments of Rio Grande Valley Partnership re Texas LNG Project under CP16-116. |
| 1508. | Filed By:  Roque Ruiz<br>Filed Date:  10/20/2022<br>Accession No.:  20221020-5002<br>Description:  Comments of Roque Ruiz in Docket(s)/Project(s) CP16-116-000. Submission Date: 10/19/2022. |

**Record**
**Item No.**       **Description**

1509.       Filed By:  Jim Hunter
            Filed Date:  10/20/2022
            Accession No.:  20221020-5145
            Description:  Comments of Jim Hunter in Docket(s)/Project(s) CP16-
            116-000.

1510.       Filed By:  Jim Griffin
            Filed Date:  10/20/2022
            Accession No.:  20221020-5005
            Description:  Comments of Jim Griffin in Docket(s)/Project(s) CP16-
            116-000. Submission Date: 10/19/2022.

1511.       Filed By:  Therese Coignet Cone
            Filed Date:  10/20/2022
            Accession No.:  20221020-5044
            Description:  Comments of Therese Coignet Cone in
            Docket(s)/Project(s) CP16-116-000.

1512.       Filed By:  George Block
            Filed Date:  10/20/2022
            Accession No.:  20221020-5051
            Description:  Comments of George Block in Docket(s)/Project(s)
            CP16-116-000.

1513.       Filed By:  Jennifer Martinez
            Filed Date:  10/20/2022
            Accession No.:  20221020-5107
            Description:  Comments of Jennifer Martinez in Docket(s)/Project(s)
            CP16-116-000.

1514.       Filed By:  Rebecca J. Dale
            Filed Date:  10/21/2022
            Accession No.:  20221021-5148
            Description:  Comments of Rebecca J. Dale in Docket(s)/Project(s)
            CP16-116-000.

| Record Item No. | Description |
| --- | --- |

1515.  Filed By:  Nancy McNab and 25 others
       Filed Date:  10/21/2022
       Accession No.:  20221021-0006
       Description:  Comments of Nancy McNab and 25 others under CP16-454 et al.

1516.  Filed By:  American Petroleum Institute
       Filed Date:  10/21/2022
       Accession No.:  20221021-5112
       Description:  Motion to Intervene of American Petroleum Institute under CP16-116.

1517.  Filed By:  Amelia Odegaard and 23 others
       Filed Date:  10/21/2022
       Accession No.:  20221021-0009
       Description:  Comments of Amelia Odegaard and 23 others under CP16-454 et al.

1518.  Filed By:  LNG Allies
       Filed Date:  10/21/2022
       Accession No.:  20221021-5209
       Description:  Comments of LNG Allies under CP16-116.

1519.  Filed By:  Damlan Blatter et al. and 24 others
       Filed Date:  10/21/2022
       Accession No.:  20221021-0008
       Description:  Comments of Damlan Blatter et al. and 24 others under CP16-454 et al.

1520.  Filed By:  Theresa Flanagan and 13 others
       Filed Date:  10/21/2022
       Accession No.:  20221021-0010
       Description:   Comments of Theresa Flanagan and 13 others under CP16-454 et al.

**Record
Item No.**     **Description**

1521.       Filed By:  Dee Ruiz and 25 others
            Filed Date:  10/21/2022
            Accession No.:  20221021-0007
            Description:  Comments of Dee Ruiz and 25 others under CP16-454
            et al.

1522.       Filed By:  LNG Allies
            Filed Date:  10/21/2022
            Accession No.:  20221021-5208
            Description:  Comments of LNG Allies under CP16-116.

1523.       Filed By:  Sierra Club
            Filed Date:  10/21/2022
            Accession No.:  20221021-5070
            Description:  Comments of Sierra Club re Climate and Environmental
            Justice Impacts of the Rio Grande LNG and Texas LNG Facilities
            under CP16-116, et al.

1524.       Filed By:  Sean D. Kennedy
            Filed Date:  10/21/2022
            Accession No.:  20221021-5001
            Description:  Comments of Sean D. Kennedy in Docket(s)/Project(s)
            CP16-116-000. Submission Date: 10/20/2022.

1525.       Filed By:  Felipe
            Filed Date:  10/21/2022
            Accession No.:  20221021-5051
            Description:  Comments of Felipe in Docket(s)/Project(s) CP16-116-
            000.

1526.       Filed By:  Another Gulf is Possible Collaborative
            Filed Date:  10/21/2022
            Accession No.:  20221021-5094
            Description:  Comments of Another Gulf Is Possible Collaborative re
            climate and environmental justice impacts of the Rio Grande LNG
            and Texas LNG facilities under CP16-116, et al.

| Record Item No. | Description |
| --- | --- |

1527.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/24/2022
         Accession No.:  20221024-5072
         Description:  Comments of Pat Hobbs re Texas LNG Project under
         CP16-116.

1528.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/24/2022
         Accession No.:  20221024-5066
         Description:  Comments of Maria Luisa Perez Acosta, Bilingual
         Multiservices re Texas LNG Brownsville LLC under CP16-116.

1529.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/24/2022
         Accession No.:  20221024-5068
         Description:  Comments of Victor Garcia re Texas LNG Project under
         CP16-116.

1530.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/24/2022
         Accession No.:  20221024-5077
         Description:  Comments of Grant Stead re Texas LNG Project under
         CP16-116.

1531.    Filed By:  Eddie Sikes
         Filed Date:  10/24/2022
         Accession No.:  20221024-5000
         Description:  Comments of Eddie Sikes in Docket(s)/Project(s) CP16-
         116-000. Submission Date: 10/21/2022.

1532.    Filed By:  Robert A. Ostos
         Filed Date:  10/24/2022
         Accession No.:  20221024-5005
         Description:  Comments of Robert A. Ostos in Docket(s)/Project(s)
         CP16-116-000. Submission Date: 10/23/2022.

**Record
Item No.**    **Description**

1533.        Filed By:  Avery Wren Cole Danielson
             Filed Date:  10/24/2022
             Accession No.:  20221024-5004
             Description:  Comments of Avery Wren Cole Danielson in
             Docket(s)/Project(s) CP16-116-000. Submission Date: 10/21/2022.

1534.        Filed By:  Congresswoman Mayra Flores
             Filed Date:  10/24/2022
             Accession No.:  20221024-5003
             Description:  Comments of Congresswoman Mayra Flores in
             Docket(s)/Project(s) CP16-116-000. Submission Date: 10/21/2022.

1535.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  10/24/2022
             Accession No.:  20221024-5047
             Description:  Comments of United States Representative Mayra Flores
             (TX) under CP16-116.

1536.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  10/24/2022
             Accession No.:  20221024-5070
             Description:  Comments of David Torres, South Texas ISD Board
             Member re Texas LNG Brownsville LLC under CP16-116.

1537.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  10/24/2022
             Accession No.:  20221024-5073
             Description:  Comments of Rick Gonzalez, AllStar Cleaners/Bates
             Cleaners re Texas LNG Brownsville LLC under CP16-116.

1538.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  10/24/2022
             Accession No.:  20221024-5071
             Description:  Comments of Ellie Torres re Texas LNG Project under
             CP16-116.

| Record Item No. | Description |
| --- | --- |

1539.    Filed By:  Texas LNG Brownsville LLC
         Filed Date:  10/24/2022
         Accession No.:  20221024-5075
         Description:  Comments of Ambiotec Group, Inc. re Texas LNG
         Brownsville LLC under CP16-116.

1540.    Filed By:  Michelle Garcia
         Filed Date:  10/26/2022
         Accession No.:  20221026-5067
         Description:  Comments of Michelle Garcia in Docket(s)/Project(s)
         CP16-116-000.

1541.    Filed By:  Rio Grande Valley Chapter, Secretary Of The Commission,
         FERC
         Filed Date:  10/27/2022
         Accession No.:  20221027-0007
         Description:  Comments of Rio Grande Valley Chapter re Texas LNG
         Project under CP16-116.

1542.    Issued By:  Office Of Energy Projects
         Filed Date:  10/28/2022
         Accession No.:  20221028-3007
         Description:  Letter requesting Texas LNG Brownsville LLC et al. to
         file a response to environmental information request within 10 days to
         address deficiencies noted in the U.S. Court of Appeals for the D.C.
         Circuit's etc. for the Texas LNG Project under CP16-116.

1543.    Issued By:  Office of the Chairman, FERC
         Filed Date:  10/31/2022
         Accession No.:  20221031-4002
         Description:  Response to U.S. Representative Dan Crenshaw's et al.
         August 22, 2022 letter re the global natural gas market etc. under
         CP16-116 et al.

**Record
Item No.**     <u>**Description**</u>

1544.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  10/31/2022
Accession No.:  20221031-5234
Description:  Texas LNG Brownsville LLC submits September 2022
Monthly Status Report No. 33 for the Texas LNG Liquefaction
Project under CP16-116.

1545.    Filed By:  American Petroleum Institute
Filed Date:  11/04/2022
Accession No.:  20221104-5128
Description:  Reply Comment of American Petroleum Institute under
CP16-116.

1546.    Filed By:  Texas LNG Brownsville, LLC
Filed Date:  11/04/2022
Accession No.:  20221104-5127
Description:  Reply Comments of Texas LNG Brownsville, LLC
under CP16-116.

1547.    Filed By:  Texas LNG Brownsville LLC
Filed Date:  11/07/2022
Accession No.:  20221107-5114
Description:  Texas LNG Brownsville LLC submits Response to
Environmental Information Request for the Texas LNG Project under
CP16-116.

1548.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  11/09/2022
Accession No.:  20221109-3025
Description:  Notice Denying Late Intervention re Texas LNG
Brownsville LLC under CP16-116.

**Record
Item No.**          **Description**

1549.          Filed By:  Texas LNG Brownsville, LLC
               Filed Date:  11/30/2022
               Accession No.:  20221130-5225
               Description:  Texas LNG Brownsville LLC submits October 2022
               Monthly Status Report No. 34 for the Texas LNG Liquefaction
               Project under CP16-116.

1550.          Filed By:  Texas LNG Brownsville, LLC
               Filed Date:  12/30/2022
               Accession No.:  20221230-5163
               Description:  Texas LNG Brownsville LLC submits Monthly Status
               Report 35 for the period of November 1, 2022 through November 30,
               2022 for the Texas LNG Liquefaction Project under CP16-116.

1551.          Issued By:  Office Of Energy Projects
               Filed Date:  01/06/2023
               Accession No.:  20230106-3039
               Description:  Letter requesting Texas LNG Brownsville LLC to file a
               response to environmental information request within 15 days etc. for
               the Texas LNG Project under CP16-116.

1552.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  01/20/2023
               Accession No.:  20230120-5265
               Description:  Texas LNG Brownsville LLC submits Request for
               Extension of Time to submit Response to FERC January 6, 2023
               Environmental Information Request for the Texas LNG Project under
               CP16-116.

1553.          Filed By:  Texas LNG Brownsville LLC
               Filed Date:  01/30/2023
               Accession No.:  20230130-5250
               Description:  Texas LNG Brownsville LLC submits Response to
               FERC's January 6, 2023, Environmental Information Request for the
               Texas LNG Project under CP16-116.

**Record**
**Item No.**        __Description__

1554.         Filed By:  Texas LNG Brownsville LLC
              Filed Date:  01/31/2023
              Accession No.:  20230201-4003
              Description:  Texas LNG Brownsville LLC CD containing Response
              to FERC's January 6, 2023, Environmental Information Request for
              the Texas LNG Project under CP16-116. Unloadable file exts. .rou,
              .INP, .OUT, .SUM, .PLT,.

1555.         Filed By:  Texas LNG Brownsville LLC
              Filed Date:  01/31/2023
              Accession No.:  20230201-4004
              Description:  Texas LNG Brownsville LLC CD containing Response
              to FERC's January 6, 2023, Environmental Information Request for
              the Texas LNG Project under CP16-116.

1556.         Filed By:  Texas LNG Brownsville, LLC
              Filed Date:  01/31/2023
              Accession No.:  20230131-5042
              Description:  Texas LNG Brownsville LLC submits Monthly Status
              Report 36 for the period of December 1, 2022 through December 31,
              2022 for the Texas LNG Liquefaction Project under CP16-116.

1557.         Filed By:  Texas LNG Brownsville LLC
              Filed Date:  01/31/2023
              Accession No.:  20230131-0010
              Description:  Texas LNG Brownsville LLC submits Response to
              FERC's January 6, 2023, Environmental Information Request for the
              Texas LNG Project under CP16-116.

1558.         Filed By:  Texas LNG Brownsville LLC
              Filed Date:  02/23/2023
              Accession No.:  20230223-5018
              Description:  Texas LNG Brownsville LLC submits Response to
              FERC's February 7, 2023 Additional Information Request for the
              Texas LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1559.    Filed By:  Texas LNG Brownsville, LLC
Filed Date:  02/28/2023
Accession No.:  20230228-5216
Description:  Texas LNG Brownsville LLC submits Monthly Status
Report 37 for the period January 1 - 31, 2023 under CP16-116.

1560.    Filed By:  Sierra Club
Filed Date:  03/22/2023
Accession No.:  20230322-5123
Description:  Comments of Sierra Club and a dozen Community
Leaders from the Texas and Louisiana Gulf Coast under PF22-10 et
al.

1561.    Filed By:  Texas LNG Brownsville, LLC
Filed Date:  03/31/2023
Accession No.:  20230331-5268
Description:  Texas LNG Brownsville LLC submits Monthly Status
Report 38 for the period of February 1, 2023 to February 28, 2023 for
the Texas LNG Liquefaction Project under CP16-116.

1562.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  04/12/2023
Accession No.:  20230412-4001
Description:  Non-Decisional: Transcript of the March 29th 2023
Roundtable on Environmental Justice and Equity in Infrastructure
Permitting under CP16-454 et al.

1563.    Issued By:  Office Of The General Counsel
Filed Date:  04/12/2023
Accession No.:  20230412-4002
Description:  Non-Decisional: Memo dated April 11, 2023 providing
record of communication with Ben Jealous re the Rio Grande LNG
Project et al. under CP16-454 et al.

**Record**
**Item No.**        **Description**

1564.        Issued By:  Secretary of The Commission, FERC, Commissioners
             And Immediate Staff (The Commission)
             Filed Date:  04/21/2023
             Accession No.:  20230421-3057
             Description:  Order on Remand re Texas LNG Brownsville LLC
             under CP16-116. Chairman Phillips is concurring with a separate
             statement attached. Commissioner Clements is dissenting with a
             separate statement attached.

1565.        Issued By:  Secretary Of The Commission, FERC
             Filed Date:  04/27/2023
             Accession No.:  20230427-3035
             Description:  Errata to the 04/21/2023 Commission issued Order on
             Remand; correcting an error on page 41 re Texas LNG Brownsville
             LLC under CP16-116. For order see accession number 20230421-
             3057.

1566.        Filed By:  Texas LNG Brownsville, LLC
             Filed Date:  04/28/2023
             Accession No.:  20230428-5261
             Description:  Texas LNG Brownsville LLC submits Monthly Status
             Report 39 for the period of March 1, 2023 to March 31, 2023 for the
             Texas LNG Liquefaction Project under CP16-116.

1567.        Filed By:  Earthjustice, et al.
             Filed Date:  05/15/2023
             Accession No.:  20230515-5203
             Description:  Comments of Earthjustice, et al. re the March 29, 2023
             Roundtable on Environmental Justice and Equity in Infrastructure
             Permitting under AD23-5, et al.

1568.        Filed By:  Texas LNG Brownsville LLC
             Filed Date:  05/17/2023
             Accession No.:  20230517-5097
             Description:  Texas LNG Brownsville LLC submits Notification of
             Acceptance of Order Reaffirming Order Granting Authorization for
             the Texas LNG Project under CP16-116.

| **Record Item No.** | **Description** |
|---|---|

1569.    Filed By:  Sierra Club, et al.
        Filed Date:  05/22/2023
        Accession No.:  20230522-5218
        Description:  Sierra Club et al. submits Request for Rehearing of the
        April 21, 2023 Order under CP16-116.

1570.    Filed By:  Texas LNG Brownsville, LLC
        Filed Date:  05/31/2023
        Accession No.:  20230531-5328
        Description:  Texas LNG Brownsville LLC submits Monthly Status
        Report 40 for the of period April 1, 2023 to April 30, 2023, for the
        Texas LNG Liquefaction Project under CP16-116.

1571.    Filed By:  Texas LNG Brownsville LLC
        Filed Date:  06/06/2023
        Accession No.:  20230606-5206
        Description:  Motion to Answer and Answer of Texas LNG
        Brownsville, LLC to the May 22, 2023 Request for Rehearing of
        Vecinos Para el Bienestar de la Comunidad Costera, et al. under
        CP16-116.

1572.    Issued By:  Office Of Energy Projects
        Filed Date:  06/20/2023
        Accession No.:  20230620-3014
        Description:  Letter requesting Texas LNG Brownsville LLC to file a
        response to the engineering information request within 30 days for the
        Texas LNG Project under CP16-116.

1573.    Issued By:  Secretary Of The Commission, FERC
        Filed Date:  06/22/2023
        Accession No.:  20230622-3008
        Description:  Notice of Denial of Rehearing by Operation of Law and
        Providing for Further Consideration re Texas LNG Brownsville LLC
        under CP16-116.

**Record**
**Item No.**      **Description**

1574.      Filed By:  Texas LNG Brownsville, LLC
           Filed Date:  06/30/2023
           Accession No.:  20230630-5225
           Description:  Texas LNG Brownsville, LLC, submits Monthly Status
           Report No. 41 for May 2023 for the Texas LNG Liquefaction Project
           under CP16-116.

1575.      Filed By:  City of Port Isabel, Texas, Sierra Club
           Filed Date:  07/11/2023
           Accession No.:  20230711-5044
           Description:  Petition for Review filed in the U.S. Court of Appeals
           for the District of Columbia Circuit of Sierra Club, et al. under CP16-
           116 (no Case No.).

1576.      Filed By:  Texas LNG Brownsville LLC
           Filed Date:  07/18/2023
           Accession No.:  20230718-5069
           Description:  Texas LNG Brownsville, LLC, submits Response to
           FERC's June 20, 2023, Engineering Information Request for the
           Texas LNG Project under CP16-116.

1577.      Filed By:  Texas LNG Brownsville, LLC
           Filed Date:  07/28/2023
           Accession No.:  20230728-5035
           Description:  Texas LNG Brownsville, LLC, submits Monthly Status
           Report No. 42 for June 2023 for the Texas LNG Liquefaction Project
           under CP16-116.

1578.      Filed By:  Vecinos Para el Bienestar de la Comunidad Costera
           Filed Date:  08/17/2023
           Accession No.:  20230817-5077
           Description:  Petition for Review filed in the U.S. Court of Appeals
           for the District of Columbia Circuit of Vecinos Para el Bienestar de la
           Comunidad Costera under CP16-116 (no Case No.).

| Record Item No. | Description |
|---|---|

1579.　　　Filed By:  Texas LNG Brownsville, LLC
　　　　　　Filed Date:  08/31/2023
　　　　　　Accession No.:  20230831-5069
　　　　　　Description:  Texas LNG Brownsville LLC submits Monthly Status
　　　　　　Report No. 43 for the period of July 1, 2023 to July 31, 2023, for the
　　　　　　Texas LNG Liquefaction Project under CP16-116.

1580.　　　Filed By:  South Texas Environmental Justice Network
　　　　　　Filed Date:  09/28/2023
　　　　　　Accession No.:  20230928-5107
　　　　　　Description:  Comments of South Texas Environmental Justice
　　　　　　Network o/b/o 49 Organizations opposing the Rio Grande LNG
　　　　　　Pipeline, et al. under CP23-519, et al.

1581.　　　Filed By:  Texas LNG Brownsville, LLC
　　　　　　Filed Date:  09/29/2023
　　　　　　Accession No.:  20230929-5009
　　　　　　Description:  Texas LNG Brownsville LLC submits Monthly Status
　　　　　　Report No. 44 for the period of August 1, 2023 to August 31, 2023,
　　　　　　for the Texas LNG Liquefaction Project under CP16-116.

| Record Item No. | Description |
|---|---|

1582.     Filed By:  Texas LNG Brownsville, LLC
Filed Date:  10/27/2023
Accession No.:  20231027-5086
Description:  Texas LNG Brownsville LLC submits Monthly Status
Report No. 45 for the period of September 1, 2023 to September 30,
2023, for the Texas LNG Liquefaction Project under CP16-116.

1583.     Issued By:  Secretary of The Commission, FERC, Commissioners
And Immediate Staff (The Commission)
Filed Date:  10/27/2023
Accession No.:  20231027-3046
Description:  Order Addressing Arguments etc. re: Texas LNG
Brownsville LLC under CP16-116.  Chairman Phillips and Commr.
Christie are concurring with separate statements.  Commr. Danly is
concurring with separate statement to be issued at a later date.
Commr. Clements is dissenting with separate statement.

In witness whereof I have hereunto subscribed and
caused the seal of the Federal Energy Regulatory
Commission to be affixed this 27th day of October, 2023,
at Washington, DC.

/s/ *Kimberly D. Bose*
Kimberly D. Bose,
Secretary.

# ATTACHMENT

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Vecinos para el Bienestar de la Comunidad Costera, Sierra Club, City of Port Isabel and Save RGV from LNG, <br>      Petitioners, <br><br>  v. <br><br> Federal Energy Regulatory Commission, <br>      Respondent | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 20-1094 <br> ) <br> ) <br> ) |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of, "Order Granting Authorizations Under Section 3 of the Natural Gas Act," 169 FERC ¶ 61,130, issued November 22, 2019, "Order on Rehearing and Stay," 170 FERC ¶ 61,139, issued February 21, 2020, in *Texas Brownsville LNG, LLC*, FERC Docket Nos. PF15-14 and CP16-116; and (2) the complete record upon which such orders were entered.

**Record**
**Item No.**      **Description**

**Docket Nos. PF15-14 and CP16-116**

1.          Filed By: Texas LNG Brownsville LLC
            Filed Date:  3/9/2015
            Accession No:  20150309-5301
            Description:  Request to Initiate NEPA Pre-Filing Review Process for
            Texas LNG Brownsville LLC Liquefied Natural Gas Project under
            PF15-14.

2.          Issued By: Office of Energy Projects
            Filed Date:  4/14/2015
            Accession No:  20150414-3004
            Description:  Letter acknowledging Texas LNG Brownsville LLC's
            3/9/15 letter requesting approval of the pre-filing review process for
            the planned Texas LNG Brownsville LNG Project under PF15-20.

3.          Filed By: Individual
            Filed Date:  5/7/2015
            Accession No:  20150507-5001
            Description:  Comment of Mary E. Volz in Docket(s)/Project(s) PF15-
            14-000.

4.          Filed By: Individual
            Filed Date:  5/7/2015
            Accession No:  20150507-5122
            Description:  Comment of Javier Guerra in Docket(s)/Project(s) PF13-
            14-000.

5.          Filed By: Individual
            Filed Date:  5/7/2015
            Accession No:  20150507-5134
            Description:  Comment of Mari Garcia in Docket(s)/Project(s) PF15-
            15-000, PF15-14-000.

**Record
Item No.**　　　**Description**

6.　　　Filed By: Individual
　　　Filed Date:  5/7/2015
　　　Accession No:  20150507-5149
　　　Description:  Comment of Ricky Alexander in Docket(s)/Project(s)
　　　PF15-15-000, PF15-14-000.

7.　　　Filed By: Individual
　　　Filed Date:  5/7/2015
　　　Accession No:  20150507-5199
　　　Description:  Comment of Debbi Hook in Docket(s)/Project(s) PF15-
　　　14-000.

8.　　　Filed By: Individual
　　　Filed Date:  5/8/2015
　　　Accession No:  20150508-5002
　　　Description:  Comment of Lucinda Wierenga in Docket(s)/Project(s)
　　　PF15-14-000. Submission Date: 5/7/2015.

9.　　　Filed By: Individual
　　　Filed Date:  5/8/2015
　　　Accession No:  20150508-5003
　　　Description:  Comment of Risa Garcia in Docket(s)/Project(s) PF15-
　　　14-000, PF15-15-000. Submission Date: 5/7/2015.

10.　　　Filed By: Individual
　　　Filed Date:  5/8/2015
　　　Accession No:  20150508-5008
　　　Description:  Comment of Alejandro Noyola in Docket(s)/Project(s)
　　　PF15-15-000, PF15-14-000.

11.　　　Filed By: Individual
　　　Filed Date:  5/8/2015
　　　Accession No:  20150508-5041
　　　Description:  Comment of Johanna Torres in Docket(s)/Project(s)
　　　PF15-15-000, PF15-14-000.

3

| **Record Item No.** | **Description** |
|---|---|

12.  Filed By: Individual
     Filed Date: 5/8/2015
     Accession No: 20150508-5047
     Description: Comment of Suzanna Pittman in Docket(s)/Project(s)
     PF15-15-000, PF15-14-000.

13.  Filed By: Individual
     Filed Date: 5/8/2015
     Accession No: 20150508-5053
     Description: Comment of Cynthia Benavides in Docket(s)/Project(s)
     PF15-15-000, PF15-14-000.

14.  Filed By: Individual
     Filed Date: 5/8/2015
     Accession No: 20150508-5056
     Description: Comment of Rick Teter in Docket(s)/Project(s) PF15-14-000.

15.  Filed By: Individual
     Filed Date: 5/11/2015
     Accession No: 20150511-5001
     Description: Comment of Reynaldo Vasquez in Docket(s)/Project(s)
     PF15-15, PF15-14. Submission Date: 5/8/2015.

16.  Filed By: Individual
     Filed Date: 5/11/2015
     Accession No: 20150511-5013
     Description: Comment of Sylvia Hatton in Docket(s)/Project(s)
     PF15-14. PF15-15. Submission Date: 5/10/2015.

17.  Filed By: Individual
     Filed Date: 5/11/2015
     Accession No: 20150511-5023
     Description: Comment of Monica Marin in Docket(s)/Project(s)
     PF15-15, PF15-14. Submission Date: 5/10/2015.

| Record Item No. | Description |
| --- | --- |

18.        Filed By: Individual
           Filed Date:  5/11/2015
           Accession No:  20150511-5025
           Description:  Comment of Jannette J. Ramos in Docket(s)/Project(s)
           PF15-14, PF15-20. Submission Date: 5/10/2015.

19.        Filed By: Individual
           Filed Date:  5/11/2015
           Accession No:  20150511-5068
           Description:  Comment of Diane Teter in opposition to TxLNG plant
           and any LNG plants on the Brownsville Ship Channel under PF15-14.

20.        Filed By: Individual
           Filed Date:  5/11/2015
           Accession No:  20150511-5070
           Description:  Comment of Julissa Roman in Docket(s)/Project(s)
           PF15-15, PF15-14.

21.        Filed By: Individual
           Filed Date:  5/11/2015
           Accession No:  20150511-5086
           Description:  Comment of Marisol Cervantes in Docket(s)/Project(s)
           PF15-20, PF15-14.

22.        Filed By: Individual
           Filed Date:  5/11/2015
           Accession No:  20150511-5127
           Description:  Comment of Kristen D. Kline in Docket(s)/Project(s)
           PF15-14-000.

23.        Filed By: Individual
           Filed Date:  5/12/2015
           Accession No:  20150512-5005
           Description:  Comment of Katie Lavallee in Docket(s)/Project(s)
           PF15-15, PF15-14. Submission Date: 5/11/2015.

| Record Item No. | Description |
|---|---|

24.    Filed By: Individual
Filed Date:  5/13/2015
Accession No:  20150513-5061
Description:  Comment of Rick Teter in Docket(s)/Project(s) PF15-14.

25.    Filed By: Individual
Filed Date:  5/13/2015
Accession No:  20150513-5070
Description:  Comment of Stefini Garcia in Docket(s)/Project(s) PF15-14-000.

26.    Filed By: Individual
Filed Date:  5/14/2015
Accession No:  20150514-5137
Description:  Comment of Katherine Cervone in Docket(s)/Project(s) PF15-14-000.

27.    Filed By: Individual
Filed Date:  5/14/2015
Accession No:  20150514-5139
Description:  Comment of Chris Watenpool in Docket(s)/Project(s) PF15-14-000.

28.    Filed By: Texas LNG Brownsville LLC
Filed Date:  5/14/2015
Accession No:  20150514-5223
Description:  Texas LNG Brownsville LLC submits draft Resource Reports 1 and 10 under PF15-14.

29.    Filed By: Texas LNG Brownsville LLC
Filed Date:  5/14/2015
Accession No:  20150514-5224
Description:  Texas LNG Brownsville LLC submits draft Resource Reports 1 and 10 under PF15-14.

| Record Item No. | Description |
|---|---|

30.  Filed By: Individual
     Filed Date: 5/15/2015
     Accession No: 20150515-5077
     Description: Comment of Charles Ortiz in Docket(s)/Project(s) PF15-14-000.

31.  Filed By: Individual
     Filed Date: 5/15/2015
     Accession No: 20150515-5105
     Description: Comment of Maria Galasso in Docket(s)/Project(s) PF15-14-000, PF15-20-000.

32.  Filed By: Individual
     Filed Date: 5/15/2015
     Accession No: 20150515-5129
     Description: Comment of Sharon Almaguer in Docket(s)/Project(s) PF15-15, PF15-14.

33.  Filed By: Individual
     Filed Date: 5/18/2015
     Accession No: 20150518-5006
     Description: Comment of Mary Celaya in Docket(s)/Project(s) PF15-14-000. Submission Date: 5/16/2015.

34.  Filed By: Individual
     Filed Date: 5/19/2015
     Accession No: 20150520-0006
     Description: Comments of Diana Huzquiz re the Texas LNG Project under PF15-14.

35.  Filed By: Individual
     Filed Date: 5/19/2015
     Accession No: 20150520-0007
     Description: Comments of individual re the Texas LNG Project under PF15-14.

| Record Item No. | Description |
| --- | --- |

36.
Filed By: Individual
Filed Date:  5/19/2015
Accession No:  20150520-0008
Description:  Comments of individual re the Texas LNG Project under PF15-14.

37.
Filed By: Individual
Filed Date:  5/19/2015
Accession No:  20150520-0009
Description:  Comments of Robert Radnik re the proposed Texas LNG Project under PF15-14.

38.
Filed By: Individual
Filed Date:  5/19/2015
Accession No:  20150520-0010
Description:  Comments of Elliot Rodiguez re the Texas LNG Project under PF15-14.

39.
Filed By: Individual
Filed Date:  5/19/2015
Accession No:  20150520-0013
Description:  Comments of Deynaldo Vasquez re the Texas LNG Project under PF15-14.

40.
Filed By: Individual
Filed Date:  5/19/2015
Accession No:  20150520-0014
Description:  Comments of Jesus Chape re the Texas LNG Project under PF15-14.

41.
Filed By: Individual
Filed Date:  5/19/2015
Accession No:  20150520-0015
Description:  Comments of Raul E. Castellano re Texas LNG Project under PF15-14.

| **Record Item No.** | **Description** |
|---|---|
| 42. | Filed By: Individual<br>Filed Date:  5/19/2015<br>Accession No:  20150520-0016<br>Description:  Comments of Valerie Pineda re Texas LNG Project under PF15-14. |
| 43. | Filed By: Individual<br>Filed Date:  5/19/2015<br>Accession No:  20150520-0017<br>Description:  Comments of Leticia Pineda re the Texas LNG Project under PF15-14. |
| 44. | Filed By: Individual<br>Filed Date:  5/19/2015<br>Accession No:  20150520-0018<br>Description:  Comments of Rebecca Hasse re the Texas LNG Project under PF15-14. |
| 45. | Filed By: Individual<br>Filed Date:  5/19/2015<br>Accession No:  20150520-0019<br>Description:  Comments of Lucinda Wierenga re Texas LNG Project under PF15-14. |
| 46. | Filed By: Individual<br>Filed Date:  5/19/2015<br>Accession No:  20150520-0021<br>Description:  Comments of Marcos Munoz re the Texas LNG Project under PF15-14. |
| 47. | Filed By: Individual<br>Filed Date:  5/19/2015<br>Accession No:  20150520-0022<br>Description:  Comments of Jeanette Langford re Texas LNG Project under PF15-14. |

**Record
Item No.**      **Description**

48.      Filed By: Individual
         Filed Date:  5/19/2015
         Accession No:  20150520-0023
         Description:  Comments of Edna Goette re the Texas LNG Project
         under PF15-14.

49.      Filed By: Individual
         Filed Date:  5/19/2015
         Accession No:  20150520-0024
         Description:  Comments of Ronald Garcia re the Texas LNG Project
         under PF15-14.

50.      Filed By: Individual
         Filed Date:  5/19/2015
         Accession No:  20150520-0026
         Description:  Comments of Elsie Guerra re the Texas LNG Project
         under PF15-14.

51.      Filed By: Individuals
         Filed Date:  5/19/2015
         Accession No:  20150520-0028
         Description:  Comments of Stephen Leach et al. re Texas LNG Project
         under PF15-14.

52.      Filed By: Individual
         Filed Date:  5/19/2015
         Accession No:  20150520-0029
         Description:  Comments of Vanessa Ortega re the Texas LNG Project
         under PF15-14.

53.      Filed By: Individual
         Filed Date:  5/19/2015
         Accession No:  20150520-0031
         Description:  Comments of Jim Chapman re the Texas LNG Project
         under PF15-14.

10

**Record
Item No.**     **Description**

54.     Filed By: Individual
        Filed Date:  5/19/2015
        Accession No:  20150520-0033
        Description:  Comments of Alessandria Fernandez re the Texas LNG
        Project under PF15-14.

55.     Filed By: Individual
        Filed Date:  5/19/2015
        Accession No:  20150520-0036
        Description:  Comments of an individual re the Texas LNG Project
        under PF15-14.

56.     Filed By: Individual
        Filed Date:  5/19/2015
        Accession No:  20150520-0037
        Description:  Comments of Crystal Martinez re the Texas LNG
        Project under PF15-14.

57.     Filed By: Individual
        Filed Date:  5/19/2015
        Accession No:  20150520-0038
        Description:  Comments of Josette Cruz re the Texas LNG Project
        under PF15-14.

58.     Filed By: Individual
        Filed Date:  5/20/2015
        Accession No:  20150520-0011
        Description:  Comments of Lizette Rodriguez re the Texas LNG
        Project under PF15-14.

59.     Filed By: Individual
        Filed Date:  5/20/2015
        Accession No:  20150520-0012
        Description:  Comments of Karin Hall re the Texas LNG Project
        under PF15-14.

| Record Item No. | Description |
|---|---|

60.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0020
       Description:  Comments of Eric Mendoza re the Texas LNG Project under PF15-14.

61.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0025
       Description:  Comments of Barbara Hill re the Texas LNG Project under PF15-14.

62.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0027
       Description:  Comments of Stormy Dieffel re the Texas LNG Project under PF15-14.

63.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0030
       Description:  Comments of Linda Rodriguez re the Texas LNG Project under PF15-14.

64.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0032
       Description:  Comments of Raul Graza re the Texas LNG Project under PF15-14.

65.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0034
       Description:  Comments of Jannette J. Ramos re the Texas LNG Project under PF15-14.

| Record Item No. | Description |
|---|---|

66.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-0035
       Description:  Comments of Laurel Steinberg re the Texas LNG
       Project under PF15-14.

67.    Filed By: Individual
       Filed Date:  5/20/2015
       Accession No:  20150520-5228
       Description:  Comment of Brad McKinney in Docket(s)/Project(s)
       PF15-100.

68.    Filed By: Sierra Club - Lone Star Chapter
       Filed Date:  5/21/2015
       Accession No:  20150521-5074
       Description:  Comment of Sierra Club - Lone Star Chapter under
       PF15-14.

69.    Filed By: Individual
       Filed Date:  5/21/2015
       Accession No:  20150521-5125
       Description:  Comment of Javier Garcia in Docket(s)/Project(s) PF15-
       14-000.

70.    Filed By: Individual
       Filed Date:  5/22/2015
       Accession No:  20150522-5150
       Description:  Comment of Stephen Leach in Docket(s)/Project(s)
       PF15-14-000, PF15-20-000.

71.    Filed By: Individual
       Filed Date:  5/22/2015
       Accession No:  20150522-5330
       Description:  Comment of Luanne Vela in Docket(s)/Project(s) PF15-
       14-000.

| Record Item No. | Description |
|---|---|
| 72. | Filed By: Individual<br>Filed Date:  5/26/2015<br>Accession No:  20150526-5019<br>Description:  Comment of Mary E. Volz in Docket(s)/Project(s) PF15-14-000. Submission Date: 5/23/2015. |
| 73. | Filed By: Individual<br>Filed Date:  5/26/2015<br>Accession No:  20150526-5025<br>Description:  Comment of Veronica Cortez in Docket(s)/Project(s) PF15-15-000, PF15-14-000. Submission Date: 5/24/2015. |
| 74. | Filed By: Individual<br>Filed Date:  5/26/2015<br>Accession No:  20150526-5030<br>Description:  Comment of Ector Lopez in Docket(s)/Project(s) PF15-15-000, PF15-14-000. Submission Date: 5/24/2015. |
| 75. | Filed By: Individual<br>Filed Date:  5/26/2015<br>Accession No:  20150526-5034<br>Description:  Comment of Jeffery Theriot in Docket(s)/Project(s) PF15-14-000, PF15-20-000. Submission Date: 5/24/2015. |
| 76. | Filed By: Individual<br>Filed Date:  5/26/2015<br>Accession No:  20150526-5045<br>Description:  Comment of Rhiannan in Docket(s)/Project(s) PF15-14-000. Submission Date: 5/25/2015. |
| 77. | Filed By: Individual<br>Filed Date:  5/26/2015<br>Accession No:  20150526-5048<br>Description:  Comment of Jason J. Walker in Docket(s)/Project(s) PF15-14-000. Submission Date: 5/25/2015. |

14

| Record Item No. | Description |
|---|---|

78.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5053
        Description:  Comment of Michael Jaworski in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 5/25/2015.

79.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5059
        Description:  Comment of Joanna Ward in Docket(s)/Project(s) PF15-
        14-000. Submission Date: 5/25/2015.

80.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5060
        Description:  Comment of Elizabeth Pearl in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 5/25/2015.

81.     Filed By: Individual
        Filed Date:  5/27/2015
        Accession No:  20150527-5002
        Description:  Comment of Kevin Earl in Docket(s)/Project(s) PF15-
        15-000, PF15-14-000. Submission Date: 5/26/2015.

82.     Filed By: Individual
        Filed Date:  5/29/2015
        Accession No:  20150529-5234
        Description:  Comment of Rossana Torio in Docket(s)/Project(s)
        PF15-20, PF15-14.

83.     Filed By: Texas LNG Brownsville LLC
        Filed Date:  5/29/2015
        Accession No:  20150529-5260
        Description:  Texas LNG Brownsville LLC submits Pre-Filing
        Monthly Report 1 under PF15-14.

| Record<br>Item No. | Description |
|---|---|
| 84. | Filed By: Texas LNG Brownsville LLC<br>Filed Date:  5/29/2015<br>Accession No:  20150529-5323<br>Description:  Texas LNG Brownsville LLC submits Sign-In Sheets and Feedback Forms gathered during May 2015 Open Houses under PF15-14. |
| 85. | Filed By: Texas LNG Brownsville LLC<br>Filed Date:  5/29/2015<br>Accession No:  20150529-5324<br>Description:  Texas LNG Brownsville LLC submits Sign-In Sheets and Feedback Forms gathered during May 2015 Open Houses under PF15-14. |
| 86. | Filed By: Individual<br>Filed Date:  6/1/2015<br>Accession No:  20150601-5000<br>Description:  Comment of Frank Flores in Docket(s)/Project(s) PF15-15-000, PF15-14-000. Submission Date: 5/29/2015. |
| 87. | Filed By: Individual<br>Filed Date:  6/1/2015<br>Accession No:  20150601-5030<br>Description:  Comment of James Francis Kohn in Docket(s)/Project(s) PF15-15-000, PF15-14-000. Submission Date: 5/30/2015. |
| 88. | Filed By: Individual<br>Filed Date:  6/1/2015<br>Accession No:  20150601-5031<br>Description:  Comment of James Anthony Kohn in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 5/30/2015. |
| 89. | Filed By: Individual<br>Filed Date:  6/1/2015<br>Accession No:  20150601-5156<br>Description:  Comment of Mary Elizabeth in Docket(s)/Project(s) PF15-14-000. |

| Record Item No. | Description |
| --- | --- |

90.    Filed By: Individual
       Filed Date:  6/1/2015
       Accession No:  20150601-5202
       Description:  Comment of Mary Jane Zamarripa in Docket(s)/
       Project(s) PF15-14-000. Submission Date: 5/31/2015.

91.    Filed By: Individual
       Filed Date:  6/1/2015
       Accession No:  20150602-0218
       Description:  Comments of J. D. Walton re the Texas LNG
       Brownsville Project under PF15-14.

92.    Filed By: Individual
       Filed Date:  6/3/2015
       Accession No:  20150603-5003
       Description:  Comment of Gabriel Rossi Silva in Docket(s)/Project(s)
       PF15-20-000, PF15-14-000. Submission Date: 6/2/2015.

93.    Filed By: Individual
       Filed Date:  6/3/2015
       Accession No:  20150603-5012
       Description:  Comment of Victoria A. Scharen in Docket(s)/Project(s)
       PF15-14-000. Submission Date: 6/2/2015.

94.    Filed By: Port Isabel-San Benito Navigation District
       Filed Date:  6/9/2015
       Accession No:  20150610-0012
       Description:  Port Isabel San Benito Navigation District submits
       comments re the project under PF15-14.

95.    Filed By: Sierra Club
       Filed Date:  6/16/2015
       Accession No:  20150616-0113
       Description:  Comments of Jim Chapman (Sierra Club) re the
       upcoming scoping meeting for Rio Grande LNG et al. under PF15-20
       et al.

17

| **Record Item No.** | **Description** |
|---|---|
| 96. | Filed By: Sierra Club<br>Filed Date:  6/16/2015<br>Accession No:  20150616-0118<br>Description:  Comments of Jim Chapman (Sierra Club) re the upcoming scoping meeting for the Rio Grande LNG et al. under PF15-20 et al. |
| 97. | Filed By: Texas LNG Brownsville LLC<br>Filed Date:  6/18/2015<br>Accession No:  20150618-5180<br>Description:  Texas LNG Brownsville LLC submits Pre-Filing Monthly Report 2 under PF15-14. |
| 98. | Filed By: Individual<br>Filed Date:  6/24/2015<br>Accession No:  20150624-0034<br>Description:  Comments of individual re the Texas LNG Pipeline Project under PF15-14. |
| 99. | Filed By: Individual<br>Filed Date:  6/24/2015<br>Accession No:  20150624-5007<br>Description:  Comment of Nereyda Lopez in Docket(s)/Project(s) PF15-14, PF15-20. Submission Date: 6/23/2015. |
| 100. | Filed By: Individual<br>Filed Date:  6/25/2015<br>Accession No:  20150625-5004<br>Description:  Comment of Maria Almaguer in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 6/24/2015. |
| 101. | Filed By: Individual<br>Filed Date:  6/26/2015<br>Accession No:  20150626-5008<br>Description:  Comment of Kathleen Masters in Docket(s)/Project(s) PF15-14. Submission Date: 6/25/2015. |

18

| Record Item No. | Description |
|---|---|

102.    Issued By: Office of Energy Projects
Filed Date: 7/2/2015
Accession No: 20150702-3026
Description: Letter to Texas LNG Brownsville LLC re the
Environmental Comments on Draft Resource Reports for the Texas
LNG Project under PF15-14.

103.    Filed By: Individual
Filed Date: 7/6/2015
Accession No: 20150706-0048
Description: Comments of individual re Texas LNG Project under
PF15-14.

104.    Filed By: Individual
Filed Date: 7/8/2015
Accession No: 20150708-5001
Description: Comment of Maria Galasso in Docket(s)/Project(s)
PF15-15-000, PF15-14-000. Submission Date: 7/7/2015.

105.    Filed By: Individual
Filed Date: 7/8/2015
Accession No: 20150708-5096
Description: Comment of Patrick Anderson in Docket(s)/Project(s)
PF15-15-000, PF15-14-000.

106.    Filed By: Individual
Filed Date: 7/13/2015
Accession No: 20150713-5145
Description: Comment of Maria Galasso in Docket(s)/Project(s)
PF15-14-000, PF15-15-000.

107.    Filed By: Individual
Filed Date: 7/22/2015
Accession No: 20150722-5008
Description: Comment of Kyle Fultz in Docket(s)/Project(s) PF15-
14-000, PF15-15-000.

| Record Item No. | Description |
|---|---|

108.  Filed By: Texas LNG Brownsville LLC
Filed Date:  7/22/2015
Accession No:  20150722-5127
Description:  Texas LNG Brownsville LLC Pre-Filing Monthly
Report for the period June 16 - July 15, 2015, under PF15-14.

109.  Issued By: Secretary Of The Commission, FERC
Filed Date:  7/23/2015
Accession No:  20150723-3048
Description:  Notice of Intent to Prepare an Environmental Impact
Statement for the Planned Texas LNG Project, Request for Comments
on Environmental Issues, and Notice of Public Scoping Meeting re
Texas LNG Brownsville, LLC under PF15-14.

110.  Filed By: Texas LNG Brownsville LLC
Filed Date:  7/24/2015
Accession No:  20150724-5068
Description:  Texas LNG Brownsville LLC submits draft Resource
Report 4 under PF15-14.

111.  Filed By: Texas LNG Brownsville LLC
Filed Date:  7/24/2015
Accession No:  20150724-5069
Description:  Texas LNG Brownsville LLC submits draft Resource
Report 4 under PF15-14.

112.  Filed By: Individual
Filed Date:  7/29/2015
Accession No:  20150730-0013
Description:  Comments of Jason Hilts re Texas LNG Brownsville
LLC's project planned for the Port Brownsville in South Texas under
PF15-14.

| Record Item No. | Description |
|---|---|

113.    Filed By: Individual
Filed Date: 7/31/2015
Accession No: 20150731-5115
Description: Comment of John J. Miglio in Docket(s)/Project(s) PF15-14-000.

114.    Filed By: Individuals
Filed Date: 8/4/2015
Accession No: 20150804-0035
Description: Comments of individuals regarding the Scoping meeting for the Rio Grande LNG et al. under PF15-20 et al.

115.    Filed By: Individual
Filed Date: 8/4/2015
Accession No: 20150804-5152
Description: Comment of Dr. John E. Keller in Docket(s)/Project(s) PF15-14-000.

116.    Filed By: U.S. Senator John Cornyn
Filed Date: 8/4/2015
Accession No: 20150805-0045
Description: U.S. Senator John Cornyn submits comments re the Texas LNG Brownsville Project under PF15-14.

117.    Filed By: U.S. Senator John Cornyn
Filed Date: 8/5/2015
Accession No: 20150805-0046
Description: U.S. Senator John Cornyn submits comments re the Texas LNG Brownsville Project under PF15-14.

118.    Issued By: Secretary Of The Commission, FERC
Filed Date: 8/5/2015
Accession No: 20150805-3042
Description: Notice of Extension of Time re Texas LNG Brownsville, LLC under PF15-14.

21

| Record<br>Item No. | Description |
|---|---|
| 119. | Filed By: TCEQ<br>Filed Date: 8/7/2015<br>Accession No: 20150807-5166<br>Description: Comment of TCEQ under PF15-14. |
| 120. | Filed By: Individual<br>Filed Date: 8/12/2015<br>Accession No: 20150812-5001<br>Description: Comment of Norma L. Trevino in Docket(s)/Project(s)<br>PF15-14-000, PF15-20-000. Submission Date: 8/11/2015. |
| 121. | Filed By: Individual<br>Filed Date: 8/12/2015<br>Accession No: 20150812-5014<br>Description: Comment of Susana Dunlap in Docket(s)/Project(s)<br>PF15-15-000, PF15-14-000. Submission Date: 8/11/2015. |
| 122. | Filed By: Individual<br>Filed Date: 8/12/2015<br>Accession No: 20150812-5041<br>Description: Comment of Darcia Gonzalez in Docket(s)/Project(s)<br>PF15-14-000, PF15-15-000. |
| 123. | Filed By: Individual<br>Filed Date: 8/13/2015<br>Accession No: 20150813-5006<br>Description: Comment of Gregory A. Vail in Docket(s)/Project(s)<br>PF15-14-000. Submission Date: 8/12/2015. |
| 124. | Filed By: Individual<br>Filed Date: 8/13/2015<br>Accession No: 20150813-5013<br>Description: Comment of Maria Galasso in Docket(s)/Project(s)<br>PF15-14-000, PF15-15-000. |

22

| Record Item No. | Description |
|---|---|

125.    Filed By: Individual
        Filed Date:  8/14/2015
        Accession No:  20150814-0010
        Description:  Comments of Renee Standley re the Texas LNG Project
        et al. under PF15-14 et al.

126.    Filed By: Individual
        Filed Date:  8/14/2015
        Accession No:  20150814-0031
        Description:  Comments of Lucinda Wierenga re the Texas LNG
        Project et al. under PF15-14 et al.

127.    Filed By: Individual
        Filed Date:  8/14/2015
        Accession No:  20150814-0032
        Description:  Comments of Jose Art Chapa re the Texas LNG Project
        et al. under PF15-14 et al.

128.    Filed By: Individual
        Filed Date:  8/14/2015
        Accession No:  20150814-5014
        Description:  Comment of Mary E. Hollmann in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 8/13/2015.

129.    Filed By: Individual
        Filed Date:  8/14/2015
        Accession No:  20150814-5050
        Description:  Comment of Hilary Frandsen under PF15-14.

130.    Issued By: Chair And Immediate Staff (Chair)
        Filed Date:  8/14/2015
        Accession No:  20150817-0024
        Description:  Response to Senator John Cornyn's July 29, 2015 letter
        regarding Texas LNG Brownsville LLC's Texas LNG Project under
        PF15-14.

| Record Item No. | Description |
|---|---|

131.    Filed By: Laguna Madre Water District
        Filed Date: 8/17/2015
        Accession No: 20150817-0050
        Description: Laguna Madre Water District submits comments re a
        resolution expressing the board's views on the LNG Facilities
        Development and Annexation Request for the Texas LNG Project
        under PF15-14.

132.    Filed By: Individual
        Filed Date: 8/17/2015
        Accession No: 20150817-0070
        Description: Comments of Jeanette Langford re the Texas LNG
        Project et al. under PF15-14 et al.

133.    Filed By: Individual
        Filed Date: 8/17/2015
        Accession No: 20150817-5001
        Description: Comment of Gene N. Washburn in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 8/14/2015.

134.    Filed By: Individual
        Filed Date: 8/17/2015
        Accession No: 20150817-5009
        Description: Comment of Patrick Anderson in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 8/15/2015.

135.    Filed By: Individual
        Filed Date: 8/17/2015
        Accession No: 20150817-5025
        Description: Comment of Karen Holleschau in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 8/16/2015.

136.    Filed By: Individual
        Filed Date: 8/17/2015
        Accession No: 20150817-5038
        Description: Comment of Richard in Docket(s)/Project(s) PF15-14-
        000, PF15-15-000. Submission Date: 8/16/2015.

| **Record Item No.** | **Description** |
|---|---|

137.   Filed By: Texas State Senator Eddie Lucio, Jr.
       Filed Date:  8/17/2015
       Accession No:  20150824-0013
       Description:  Texas State Senator Eddie Lucio, Jr. submits comments re the planned Texas LNG Brownsville Project under PF15-14.

138.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0012
       Description:  Comments of George McDiarmid re the Texas LNG Project et al. under PF15-14 et al.

139.   Filed By: Individuals
       Filed Date:  8/19/2015
       Accession No:  20150819-0014
       Description:  Comments of Sammy and Mary Blount re the Texas LNG Project under PF15-14.

140.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0024
       Description:  Comments of Diane McDiamid re Texas LNG Project et al. under PF15-14 et al.

141.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0030
       Description:  Comments of Lorraine Staup re the Texas LNG Project under PF15-14.

142.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0033
       Description:  Comments of A. Robinson re the Rio Grande LNG Project under PF15-14.

| Record Item No. | Description |
|---|---|

143.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0036
       Description:  Comments of Saralie Palmer re the Texas LNG Project
       under PF15-14.

144.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0039
       Description:  Comments of Michael R. Watt re the Texas LNG Project
       under PF15-14.

145.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0043
       Description:  Comments of Silvia Garza re the Texas LNG Project
       under PF15-14.

146.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0044
       Description:  Comments of Maria E. Mota re the Texas LNG Project
       under PF15-14.

147.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0047
       Description:  Comments of Kristal Fuller re the Texas LNG Project
       under PF15-14.

148.   Filed By: Individual
       Filed Date:  8/19/2015
       Accession No:  20150819-0050
       Description:  Comments of Joan Ciarocco re the Texas LNG Project
       under PF15-14.

| Record Item No. | Description |
|---|---|

149.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0055
Description:  Comments of Paul Gard re the Texas LNG Project under PF15-14.

150.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0057
Description:  Comments of Sandra Sabin re the Texas LNG Project under PF15-14.

151.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0060
Description:  Comments of Geneva Chavez re the Texas LNG Project under PF15-14.

152.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0064
Description:  Comments of Barbara Atkinson re the Texas LNG Project under PF15-14.

153.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0067
Description:  Comments of Karen Gillespie the Texas LNG Project under PF15-14.

154.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0068
Description:  Comments of Richard Lothe re the Texas LNG Project under PF15-14.

| Record Item No. | Description |
|---|---|

155.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0071
Description:  Comments of Maria Ophelia Argueta re the Texas LNG Project under PF15-14.

156.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0075
Description:  Comments of F. L. Evans re the Texas LNG Project under PF15-14.

157.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0077
Description:  Comments of Donald Yancey re the Texas LNG Project under PF15-14.

158.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-0082
Description:  Comments of Dorothy Lothe re the Texas LNG Project under PF15-14.

159.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-5001
Description:  Comment of Trey Lewis in Docket(s)/Project(s) PF15-14-000. Submission Date: 8/18/2015.

160.    Filed By: Individual
Filed Date:  8/19/2015
Accession No:  20150819-5006
Description:  Comment of Alita Bagley in Docket(s)/Project(s) PF15-14-000. Submission Date: 8/18/2015.

| **Record Item No.** | **Description** |
|---|---|

161.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0026
        Description:  Comments of Sandra Streb re the Texas LNG Project et al. under PF15-14 et al.

162.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0027
        Description:  Comments of Rene Van Haaften re the Texas LNG Project et al. under PF15-14 et al.

163.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0028
        Description:  Comments of Brian W. Thurow re the Texas LNG Project et al. under PF15-14 et al.

164.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0029
        Description:  Comments of Saul Del Angel re the Texas LNG Project et al. under PF15-14 et al.

165.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0030
        Description:  Comments of Brenda Joyas re the Texas LNG Project et al. under PF15-14 et al.

166.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0031
        Description:  Comments of Daniel Ponce re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

167.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0032
        Description:  Comments of Cathy Gorza re the Texas LNG Project et al. under PF15-14 et al.

168.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0033
        Description:  Comments of Jillian DiMaw re the Texas LNG Project et al. under PF15-14 et al.

169.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0034
        Description:  Comments of Deborah Lee Duke re the Texas LNG Project et al. under PF15-14 et al.

170.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0035
        Description:  Comments of Flor Martinez re the Texas LNG Project et al. under PF15-14 et al.

171.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0036
        Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

172.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0037
        Description:  Comments of Alicia Baldovinos re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

173.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0038
Description:  Comments of Andres Garcia re the Texas LNG Project et al. under PF15-14 et al.

174.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0039
Description:  Comments of Barbara Hill re the Texas LNG Project et al. under PF15-14 et al.

175.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0040
Description:  Comments of Deborah Cavazos re the Texas LNG Project et al. under PF15-14 et al.

176.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0041
Description:  Comments of Jezzika Vazquez re the Texas LNG Project et al. under PF15-14 et al.

177.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0042
Description:  Comments of Brooke Barajas re the Texas LNG Project et al. under PF15-14 et al.

178.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0043
Description:  Comments of Jessica Turner re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

179.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0044
Description:  Comments of Ethan Getz re the Texas LNG Project et al. under PF15-14 et al.

180.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0045
Description:  Comments of Cesar Rodriguez re the Texas LNG Project et al. under PF15-14 et al.

181.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0046
Description:  Comments of Gary Tate re the Texas LNG Project et al. under PF15-14 et al.

182.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0047
Description:  Comments of Carol Rausch re the Texas LNG Project et al. under PF15-14 et al.

183.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0048
Description:  Comments of Sandra Vallejo re the Texas LNG Project et al. under PF15-14 et al.

184.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0049
Description:  Comments of Sean Oneil re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

185.  Filed By: Individual
      Filed Date:  8/20/2015
      Accession No:  20150820-0050
      Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

186.  Filed By: Individual
      Filed Date:  8/20/2015
      Accession No:  20150820-0051
      Description:  Comments of Holly Sada re the Texas LNG Project et al. under PF15-14 et al.

187.  Filed By: Individual
      Filed Date:  8/20/2015
      Accession No:  20150820-0052
      Description:  Comments of William B. McKinney re the Texas LNG Project et al. under PF15-14 et al.

188.  Filed By: Individual
      Filed Date:  8/20/2015
      Accession No:  20150820-0053
      Description:  Comments of Jean Pettit re the Texas LNG Project et al. under PF15-14 et al.

189.  Filed By: Individual
      Filed Date:  8/20/2015
      Accession No:  20150820-0054
      Description:  Comments of Thomas Hill re the Texas LNG Project et al. under PF15-14 et al.

190.  Filed By: Individual
      Filed Date:  8/20/2015
      Accession No:  20150820-0055
      Description:  Comments of Jesse Miller re the Texas LNG Project et al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

191.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0056
        Description:  Comments of Gary Snyder re the Texas LNG Export
        Project et al. under PF15-14 et al.

192.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0057
        Description:  Comments of Nydia Canas re the Texas LNG Export
        Project et al. under PF15-15 et al.

193.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0058
        Description:  Comments of John Clark re the Texas LNG Export
        Project et al. under PF15-14 et al.

194.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0059
        Description:  Comments of Mary Gorball re the Texas LNG Export
        Project et al. under PF15-14 et al.

195.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0060
        Description:  Comments of Susan Geery re the Texas LNG Export
        Project et al. under PF15-15 et al.

196.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0061
        Description:  Comments of Eric Brattin re the Texas LNG Project et
        al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

197.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0062
Description:  Comments of Larry Jokl re a scoping meeting for the
Texas LNG Project et al. under PF15-14 et al.

198.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0063
Description:  Comments of Jan Gonzalez re the Texas LNG Project et
al. under PF15-14 et al.

199.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0064
Description:  Comments of Roan Gomez re the Texas LNG Project et
al. under PF15-14 et al.

200.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0065
Description:  Comments of E. Neil Smith re the Texas LNG Project et
al. under PF15-14 et al.

201.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0066
Description:  Comments of Remmic Lewis re the Texas LNG Project
et al. under PF15-14 et al.

202.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0067
Description:  Comments of Stephen Leach re the Texas LNG Project
et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

203.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0068
Description:  Comments of Katherine Hanley re the Texas LNG
Project et al. under PF15-14 et al.

204.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0069
Description:  Comments of Camas F. Key re the Natural Gas
Liquefaction Pipeline Project under PF15-14 et al.

205.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0070
Description:  Comments of Megan Chilcutt re the LNG Plant Project
et al. under PF15-14 et al.

206.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0071
Description:  Comments of C. G. Rakestraw re the Texas LNG Project
et al. under PF15-14 et al.

207.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0072
Description:  Comments of Jacqueline Herbert re the Texas LNG
Project et al. under PF15-14 et al.

208.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0073
Description:  Comments of Walter B. Birdwell re the Texas LNG
Project et al. under PF15-14 et al.

**Record
Item No.**          **Description**

209.          Filed By: Individual
              Filed Date:  8/20/2015
              Accession No:  20150820-0074
              Description:  Comments of Karen D. Fossom re the Texas LNG
              Project et al. under PF15-14 et al.

210.          Filed By: Individual
              Filed Date:  8/20/2015
              Accession No:  20150820-0075
              Description:  Comments of Bertha Zamora re the Texas LNG Project
              et al. under PF15-14 et al.

211.          Filed By: Individual
              Filed Date:  8/20/2015
              Accession No:  20150820-0076
              Description:  Comments of Maria G. Alvarez re the Texas LNG
              Project et al. under PF15-14 et al.

212.          Filed By: Individual
              Filed Date:  8/20/2015
              Accession No:  20150820-0077
              Description:  Comments of Carlos J. Galvan re the Texas LNG Project
              et al. under PF15-14 et al.

213.          Filed By: Individual
              Filed Date:  8/20/2015
              Accession No:  20150820-0078
              Description:  Comments of Beverly Anastasoff re the Texas LNG
              Project et al. under PF15-14 et al.

214.          Filed By: Individual
              Filed Date:  8/20/2015
              Accession No:  20150820-0079
              Description:  Comments of Joseph Bogoned re the Texas LNG Project
              et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

215.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0080
Description:  Comments of Shane Welch re the Texas LNG Project et al. under PF15-14 et al.

216.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0081
Description:  Comments of Kim Garcia re the Texas LNG Project et al. under PF15-14 et al.

217.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0082
Description:  Comments of Sandra Byrd re the Texas LNG Project et al. under PF15-14 et al.

218.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0083
Description:  Comments of Patricia Younger re the Texas LNG Project et al. under PF15-14 et al.

219.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0084
Description:  Comments of C. C. Rakestraw re the Texas LNG Project et al. under PF15-14 et al.

220.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0085
Description:  Comments of Carlos R. Canas re the Texas LNG Project et al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

221.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0086
        Description:  Comments of Rob Youker re the Texas LNG Project et al. under PF15-14 et al.

222.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0087
        Description:  Comments of Rob Nixon re the Texas LNG Export Project et al. under PF15-14 et al.

223.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0088
        Description:  Comments of Kimberly Waldorf re the Texas LNG Export Project et al. under PF15-15 et al.

224.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0089
        Description:  Comments of Sarah Merrill re the Texas LNG Export Project et al. under PF15-15 et al.

225.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0090
        Description:  Comments of Robert Waldorf re the Texas LNG Export Project et al. under PF15-14 et al.

226.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0091
        Description:  Comments of Grant Wilson re the Texas LNG Export Project et al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

227.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0092
Description:  Comments of Marilyn Lorenz re the Texas LNG Export Project et al. under PF15-14 et al.

228.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0093
Description:  Comments of Chuck Lorenz re the Texas LNG Export Project et al. under PF15-14 et al.

229.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0094
Description:  Comments of Frank Parker re the Texas LNG Export Project et al. under PF15-14 et al.

230.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0095
Description:  Comments of Francisco Hernandez re the Texas LNG Export Project et al. under PF15-14 et al.

231.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0096
Description:  Comments of Jeannine Gilliand re the Texas LNG Export Project et al. under PF15-14 et al.

232.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0097
Description:  Comments of Ellen Snyder re the Texas LNG Export Project et al. under PF15-14 et al.

**Record**
**Item No.**          **Description**

233.         Filed By: Individual
             Filed Date:  8/20/2015
             Accession No:  20150820-0098
             Description:  Comments of Maria de J. re the Texas LNG Export
             Project et al. under PF15-14 et al.

234.         Filed By: Individual
             Filed Date:  8/20/2015
             Accession No:  20150820-0099
             Description:  Comments of Lucinda Wieranga re the Texas LNG
             Export Project et al. under PF15-14 et al.

235.         Filed By: Individual
             Filed Date:  8/20/2015
             Accession No:  20150820-0100
             Description:  Comments of Jerry Brown re the Texas LNG Project
             under PF15-14.

236.         Filed By: Individual
             Filed Date:  8/20/2015
             Accession No:  20150820-0101
             Description:  Comments of Patricia Younger re the Texas LNG
             Export Project under PF15-14.

237.         Filed By: Individual
             Filed Date:  8/20/2015
             Accession No:  20150820-0102
             Description:  Comments of Ricky H. re the Texas LNG Export Project
             under PF15-14.

238.         Filed By: Individual
             Filed Date:  8/20/2015
             Accession No:  20150820-0103
             Description:  Comments of Ernesto Garcia re the Texas LNG Project
             under PF15-14.

| Record Item No. | Description |
|---|---|

239.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0104
Description:  Comments of Jason Alvarez re Texas LNG Project under PF15-14.

240.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0105
Description:  Comments of Eli Martinez re Texas LNG Project under PF15-14.

241.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0106
Description:  Comments of Ingrid G. Ruiz re the Texas LNG Project under PF15-14.

242.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0107
Description:  Comments of Raul E. R. Ruiz Villarreal re the Texas LNG Project under PF15-14.

243.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0108
Description:  Comments of Raul R. Ruiz re the Texas LNG Project under PF15-14.

244.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0109
Description:  Comments of Guadalupe Gonzalez re the Texas LNG Project under PF15-14.

| Record Item No. | Description |
|---|---|

245.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0110
Description:  Comments of Gabrielle Uhles re the Texas LNG Project under PF15-14.

246.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0111
Description:  Comments of David H. Woolverton re the Texas LNG Project et al. under PF15-14 et al.

247.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0112
Description:  Comments of Greda Keys re the Texas LNG Project under PF15-14.

248.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0113
Description:  Comments of Alice Bax re the Texas LNG Project under PF15-14.

249.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0114
Description:  Comments of Raul Arevalo re the Texas LNG Project under PF15-14.

250.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0115
Description:  Comments of Kathleen Lillie re the LNG Project under PF15-14 et al.

| Record Item No. | Description |
|---|---|

251.      Filed By: Individuals
          Filed Date:  8/20/2015
          Accession No:  20150820-0116
          Description:  Comments of Stefanie Herweck et al. re a scoping meeting for the Texas LNG Project et al. under PF15-14 et al.

252.      Filed By: Individual
          Filed Date:  8/20/2015
          Accession No:  20150820-0118
          Description:  Comments of Kathryn Lewis re the Texas LNG Project et al. under PF15-14 et al.

253.      Filed By: Individual
          Filed Date:  8/20/2015
          Accession No:  20150820-0129
          Description:  Comments of Osbert Haro re satellite data regarding U.S. Methane Hot Spot under PF15-15 et al.

254.      Filed By: Individual
          Filed Date:  8/20/2015
          Accession No:  20150820-0130
          Description:  Comments of David A. Smith re the Texas LNG Project et al. under PF15-14 et al.

255.      Filed By: Individual
          Filed Date:  8/20/2015
          Accession No:  20150820-0131
          Description:  Comments of Karen Pfeiffer re the Texas LNG Project et al. under PF15-14 et al.

256.      Filed By: Individual
          Filed Date:  8/20/2015
          Accession No:  20150820-0132
          Description:  Comments of Norma Saenz re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

257.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0133
Description:  Comments of Patricia E. Gonzales re the Texas LNG
Project et al. under PF15-14 et al.

258.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0134
Description:  Comments of Ricky Alexander re the Texas LNG
Project et al. under PF15-14 et al.

259.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0135
Description:  Comments of Sally Blixt re the Texas LNG Project et al.
under PF15-14 et al.

260.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0136
Description:  Comments of Douglas Pettit re the Texas LNG Project
et al. under PF15-14 et al.

261.    Filed By: Individuals
Filed Date:  8/24/2015
Accession No:  20150824-0064
Description:  Comments of Keith Hunt et al. re the Texas LNG
Project under PF15-14.

262.    Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150824-0065
Description:  Comments of Ann Martin re the Texas LNG Project
under PF15-14.

| Record Item No. | Description |
|---|---|

263. Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150824-0070
Description:  Comments of Sonia Martin re the Texas LNG Project et al. under PF15-14 et al.

264. Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150824-0071
Description:  Comments of William B. Beay re the Annova LNG Brownsville Project et al. under PF15-15 et al.

265. Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150824-0072
Description:  Comments of Caren Craig re the Texas LNG Project et al. under PF15-14 et al.

266. Filed By: Corps Of Engineers, Galveston District
Filed Date:  8/24/2015
Accession No:  20150824-0087
Description:  Department of the Army, Corps of Engineers submits comments re the pre-application number SWG-2015-00175 for the proposed Texas LNG Brownsville Project under PF15-14.

267. Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150824-5116
Description:  Comment of Nicole Ekstrom under PF15-14-000, et al. This comment is in reference to docket no. PF15-15, PF15-14, and PF15-20.

268. Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150824-5287
Description:  Comment of Texas Parks and Wildlife Department regarding environmental issues under PF15-14.

46

| Record<br>Item No. | Description |
|---|---|

269.  Filed By: Texas LNG Brownsville LLC
Filed Date:  8/24/2015
Accession No:  20150824-5305
Description:  Texas LNG Brownsville LLC Pre-Filing Monthly
Report for the Period July 16 - August 15, 2015, under PF15-14.

270.  Filed By: Individual
Filed Date:  8/24/2015
Accession No:  20150904-0019
Description:  Comments of Laura Jobe re the Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

271.  Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0034
Description:  Comments of Michael H. Lozano re the Texas LNG
Project under PF15-14.

272.  Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0035
Description:  Comments of Andres Lozano re the Texas LNG Project
under PF15-14.

273.  Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0036
Description:  Comments of Elida Suzanna Lozano re the Texas LNG
Project under PF15-14.

274.  Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0037
Description:  Comments of Matilde Rodriguez re the Texas LNG
Project under PF15-14.

| Record Item No. | Description |
| --- | --- |

275.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0038
        Description:  Comments of Seferino Rodriguez re the Texas LNG
        Project under PF15-14.

276.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0039
        Description:  Comments of Ernest Abrezo re the Texas LNG Project
        under PF15-14.

277.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0040
        Description:  Comments of Rebecca Abrego re the Texas LNG Project
        under PF15-14.

278.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0041
        Description:  Comments of Timoteo Vargas re the Texas LNG Project
        under PF15-14.

279.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0042
        Description:  Comments of Angel M. Lozano re the Texas LNG
        Project under PF15-14.

280.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0043
        Description:  Comments of Alicia Flores re the Texas LNG Project
        under PF15-14.

| Record Item No. | Description |
|---|---|

281.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0044
        Description:  Comments of Mayte Chapa re the Texas LNG Project
        under PF15-14.

282.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0045
        Description:  Comments of Josaphat Andres Lozano re the Texas
        LNG Project under PF15-14.

283.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0046
        Description:  Comments of Thelma Vargas re the Texas LNG Project
        under PF15-14.

284.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0047
        Description:  Comments of Leticia Cisneros re the Texas LNG Project
        under PF15-14.

285.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0048
        Description:  Comments of Javier Lozano re the Texas LNG Project
        under PF15-14.

286.    Filed By: Individual
        Filed Date:  8/25/2015
        Accession No:  20150825-0049
        Description:  Comments of Robert Lopez re the Texas LNG Project
        under PF15-14.

| Record Item No. | Description |
|---|---|

287.    Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0050
Description:  Comments of Rufino Cisneros re the Texas LNG Project under PF15-14.

288.    Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0051
Description:  Comments of Anita Lozano re the Texas LNG Project under PF15-14.

289.    Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0052
Description:  Comments of Maria R. Garcia re the Texas LNG Project under PF15-14.

290.    Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0053
Description:  Comments of Josaphat Lozano re the Texas LNG Project under PF15-14.

291.    Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0054
Description:  Comments of Steven A. Garzin re the Texas LNG Project under PF15-14.

292.    Filed By: Individual
Filed Date:  8/25/2015
Accession No:  20150825-0055
Description:  Comments of Vito Sandoual re the Texas LNG Project under PF15-14.

| **Record Item No.** | **Description** |
|---|---|
| 293. | Filed By: Individual<br>Filed Date:  8/25/2015<br>Accession No:  20150825-0058<br>Description:  Comments of Texas Councilman Frank Davalos re the Texas LNG Project under PF15-14. |
| 294. | Filed By: Individual<br>Filed Date:  8/25/2015<br>Accession No:  20150825-0073<br>Description:  Comments of Susan Wilkins Geery re the Texas LNG Project et al. under PF15-14 et al. |
| 295. | Filed By: Individual<br>Filed Date:  8/25/2015<br>Accession No:  20150825-5033<br>Description:  Comment of Geoffrey M. Bogorad under PF15-14. |
| 296. | Filed By: America's Natural Gas Alliance<br>Filed Date:  8/25/2015<br>Accession No:  20150825-5040<br>Description:  Comment of America's Natural Gas Alliance under PF15-14 (Erroneously Filed). |
| 297. | Filed By: Individual<br>Filed Date:  8/26/2015<br>Accession No:  20150826-0045<br>Description:  Comments of Alex Avator re the Texas LNG Project et al. under PF15-14 et al. |
| 298. | Filed By: Individual<br>Filed Date:  8/26/2015<br>Accession No:  20150826-0047<br>Description:  Comments of Maria L. Torres re the Texas LNG Project et al. under PF15-14 et al. |

**Record
Item No.**          **Description**

299.          Filed By: Individual
              Filed Date:  8/26/2015
              Accession No:  20150826-0048
              Description:  Comments of Mary Jane Zamarripa re the Texas LNG
              Project et al. under PF15-14 et al.

300.          Filed By: Individual
              Filed Date:  8/26/2015
              Accession No:  20150826-0049
              Description:  Comments of Theresa L. Rudolph re the Annova LNG
              Brownsville Project et al. under PF15-15 et al.

301.          Filed By: Individuals
              Filed Date:  8/26/2015
              Accession No:  20150826-0050
              Description:  Comments of Andres and Laurel Alvarez re the Texas
              LNG Project et al. under PF15-14 et al.

302.          Filed By: Individuals
              Filed Date:  8/26/2015
              Accession No:  20150826-0051
              Description:  Comments of Monica Kindervater and Earl Shadle re the
              Texas LNG Project et al. under PF15-14 et al.

303.          Filed By: Individual
              Filed Date:  8/26/2015
              Accession No:  20150826-0052
              Description:  Comments of Gary J. Horner re the Texas LNG Project
              under PF15-14.

304.          Filed By: Individuals
              Filed Date:  8/26/2015
              Accession No:  20150826-0053
              Description:  Comments of Bonnie and Ernie Rodriguez re the Texas
              LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

305.    Issued By: Texas LNG Brownsville LLC
Filed Date: 8/26/2015
Accession No: 20150826-4048
Description: Pre-Filing Interagency Meeting dated August 2015 re Texas LNG Project et al. under PF15-14 et al.

306.    Filed By: Oil Patch Fuel & Supply, Inc.
Filed Date: 8/27/2015
Accession No: 20150827-0019
Description: Oil Patch Fuel and Supply, Inc. submits comments regarding the Texas LNG Brownsville Project under PF15-14.

307.    Filed By: America's Natural Gas Alliance
Filed Date: 8/27/2015
Accession No: 20150827-5017
Description: Comment of America's Natural Gas Alliance under PF15-14.

308.    Filed By: Individual
Filed Date: 8/28/2015
Accession No: 20150828-5179
Description: Comment of George Block in Docket(s)/Project(s) PF15-14-000.

309.    Filed By: Individual
Filed Date: 8/31/2015
Accession No: 20150831-0054
Description: Comments of Julie Edelstein-Best re the Texas LNG Project et al. under PF15-14 et al.

310.    Filed By: Individual
Filed Date: 8/31/2015
Accession No: 20150831-0067
Description: Comments of Cecelia Bliss re the Texas LNG Project et al under PF15-14 et al.

| Record<br>Item No. | Description |
|---|---|

311.    Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-0071
Description:  Comments of Laurey Mouledous re the Texas LNG
Project et al. under PF15-14 et al

312.    Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-0072
Description:  Comments of Larry Hollmann re the Northeast Energy
Direct Project under PF15-14 et al

313.    Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-0091
Description:  Comments of William C. Best re the proposed LNG
Plant Project under PF15-14 et al.

314.    Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-5037
Description:  Comment of Barbara Atkinson in Docket(s)/Project(s)
PF15-14-000. Submission Date: 8/29/2015.

315.    Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-5138
Description:  Comment of Larry Holtzman under PF15-14, et al.

316.    Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-5164
Description:  Comment of Cecilia Garrett in Docket(s)/Project(s)
PF15-15-000, PF15-14-000.

| Record Item No. | Description |
|---|---|

**317.**
Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-5235
Description:  Comment of Linda Forse in Docket(s)/Project(s) PF15-14-000.

**318.**
Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-5280
Description:  Comment of Bill Conner in Docket(s)/Project(s) PF15-14-000.

**319.**
Filed By: Individual
Filed Date:  8/31/2015
Accession No:  20150831-5328
Description:  Comment of Bill Hudson in Docket(s)/Project(s) PF15-14-000.

**320.**
Filed By: Individual
Filed Date:  9/1/2015
Accession No:  20150901-0042
Description:  Comments of Barry Bagley re the Texas LNG Project et al. under PF15-14 et al.

**321.**
Issued By: Office of Energy Projects
Filed Date:  9/1/2015
Accession No:  20150901-4009
Description:  Transcript of the August 11, 2015 Scoping Meeting held in Port Isabel, Texas re the Texas LNG Project et al. under PF15-14 et al.

**322.**
Filed By: Individual
Filed Date:  9/1/2015
Accession No:  20150901-5081
Description:  Comment of Patrick Anderson in Docket(s)/Project(s) PF15-14-000.

| Record Item No. | Description |
| --- | --- |

323.   Filed By: Individual
       Filed Date:  9/1/2015
       Accession No:  20150901-5134
       Description:  Comment of Nery A. Castro V. in Docket(s)/Project(s)
       PF15-14-000.

324.   Filed By: Individual
       Filed Date:  9/1/2015
       Accession No:  20150902-0013
       Description:  Comments of Susan Bagley re the Texas LNG Project et
       al. under PF15-14 et al.

325.   Filed By: Individual
       Filed Date:  9/2/2015
       Accession No:  20150902-0029
       Description:  Comments of Charles B. Schmidt re the Texas LNG
       Project et al. under PF15-14 et al.

326.   Filed By: Individual
       Filed Date:  9/2/2015
       Accession No:  20150902-5003
       Description:  Comment of V. B. Celaya in Docket(s)/Project(s) PF15-
       14-000, PF15-15-000. Submission Date: 9/1/2015.

327.   Filed By: Individual
       Filed Date:  9/2/2015
       Accession No:  20150902-5004
       Description:  Comment of Larry G. Schroeder in Docket(s)/Project(s)
       PF15-14-000, PF15-15-000. Submission Date: 9/1/2015.

328.   Filed By: Individual
       Filed Date:  9/2/2015
       Accession No:  20150902-5060
       Description:  Comment of Tomas Cuellar under PF15-15, et al.
       statement in support of proposed construction of three (3) LNG
       terminals on the Brownsville (Texas) Ship Channel.

| Record Item No. | Description |
|---|---|

329.    Filed By: Individual
Filed Date: 9/2/2015
Accession No: 20150902-5105
Description: Comment of Monte Schwarz in Docket(s)/Project(s) PF15-14-000, PF15-20-000.

330.    Filed By: Individual
Filed Date: 9/2/2015
Accession No: 20150902-5156
Description: Comment of Rebecca Dale in Docket(s)/Project(s) PF15-14-000.

331.    Filed By: Individual
Filed Date: 9/2/2015
Accession No: 20150902-5187
Description: Comment of Anne B. Weiss in Docket(s)/Project(s) PF15-14-000, PF15-15-000.

332.    Filed By: Individual
Filed Date: 9/3/2015
Accession No: 20150903-5009
Description: Comment of Patricia A. Salazar in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 9/2/2015.

333.    Filed By: Individuals
Filed Date: 9/3/2015
Accession No: 20150903-5026
Description: Comments of 3 individuals: Gomez, Williams, Resendez on Brownsville, Texas LNG Export Terminals under PF15-14, et al.

334.    Filed By: Individuals
Filed Date: 9/3/2015
Accession No: 20150903-5029
Description: Comments of 18 individuals under PF15-14, PF15-15, and PF15-20.

| Record Item No. | Description |
|---|---|

335.     Filed By: Individuals
Filed Date:  9/3/2015
Accession No:  20150903-5031
Description:  Comments of 14 individuals regarding PF15-14, PF15-15, and PF15-20.

336.     Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5033
Description:  Protest of Charlotte A. Barker-Stanton under PF15-15, et al. submitted for comment period re LNG transport terminals in S. Texas re Annova LG PF15-15, Texas LNG PF15-14, Rio Grande LNG PF 15-20.

337.     Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5034
Description:  Comment of Scott Nicol under PF15-14-000, PF15-15, et al.

338.     Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5053
Description:  Comment of Glenn D. Boward in Docket(s)/Project(s) PF15-14-000.

339.     Filed By: National Park Service
Filed Date:  9/3/2015
Accession No:  20150903-5064
Description:  Comment of National Park Service under PF15-14.

340.     Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5107
Description:  Comment of William A. DiLibero in Docket(s)/Project(s) PF15-20-000, PF15-14-000.

| Record Item No. | Description |
|---|---|

341.    Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5108
Description:  Comment of William A. DiLibero in
Docket(s)/Project(s) PF15-15-000, PF15-14-000.

342.    Filed By: Defenders Of Wildlife
Filed Date:  9/3/2015
Accession No:  20150903-5115
Description:  Comments of Defenders Of Wildlife under PF15-14, et
al.

343.    Filed By: Individuals
Filed Date:  9/3/2015
Accession No:  20150903-5136
Description:  Comment of Jerry M. and Linda Montgomery under
PF15-14, et al.

344.    Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5144
Description:  Comment of Karen V. Boward in Docket(s)/Project(s)
PF15-14-000.

345.    Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5168
Description:  Comment of Ewing E. Sikes III in Docket(s)/Project(s)
PF15-14-000.

346.    Filed By: Individual
Filed Date:  9/3/2015
Accession No:  20150903-5180
Description:  Comment of Shane Wilson in Docket(s)/Project(s)
PF15-15-000, PF15-14-000.

| Record Item No. | Description |
|---|---|

347.    Filed By: Sea Turtle, Incorporated
        Filed Date:  9/3/2015
        Accession No:  20150903-5187
        Description:  Comment of Sea Turtle, Incorporated under PF15-15, et al., PF15-14, PF15-20.

348.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0017
        Description:  Comments of Nancy Russell re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

349.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0018
        Description:  Comments of Beverly Veltman re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

350.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0020
        Description:  Comments of Jenise Madden re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

351.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0021
        Description:  Comments of Kristen Pierce re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

352.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0022
        Description:  Comments of Keena Miller re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

| Record Item No. | Description |
|---|---|

353.   Filed By: Individual
       Filed Date:  9/4/2015
       Accession No:  20150904-0023
       Description:  Comments of Mary Wilcox re the Brownsville, Texas
       LNG Export Terminals under PF15-15 et al.

354.   Filed By: Individual
       Filed Date:  9/4/2015
       Accession No:  20150904-0024
       Description:  Comments of Phyllis Burks re the Brownsville, Texas
       LNG Export Terminals under PF15-14 et al.

355.   Filed By: Individual
       Filed Date:  9/4/2015
       Accession No:  20150904-0025
       Description:  Comments of Shirley Webb re the Brownsville, Texas
       LNG Export Terminals under PF15-15 et al.

356.   Filed By: Individual
       Filed Date:  9/4/2015
       Accession No:  20150904-0026
       Description:  Comments of John Petrarca re the Brownsville, Texas
       LNG Export Terminals under PF15-14 et al.

357.   Filed By: Individual
       Filed Date:  9/4/2015
       Accession No:  20150904-0027
       Description:  Comments of William Heath re the Brownsville, Texas
       LNG Export Terminals under PF15-15 et al.

358.   Filed By: Individual
       Filed Date:  9/4/2015
       Accession No:  20150904-0028
       Description:  Comments of Gary Stephens re the Brownsville, Texas
       LNG Export Terminals under PF15-14 et al.

| Record Item No. | Description |
|---|---|

359.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0029
Description:  Comments of Lee Loe re the Brownsville, Texas LNG
Export Terminals under PF15-15 et al.

360.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0030
Description:  Comments of Patrick Anderson re the Texas LNG
Export Terminals under PF15-14 et al.

361.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0031
Description:  Comments of Jannette Ramos under PF15-15 et al.

362.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0032
Description:  Comments of James Klein re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

363.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0033
Description:  Comments of James Padier re the Texas LNG Export
Terminals under PF15-15 et al.

364.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0034
Description:  Comments of Laura St. Clair re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

**Record**
**Item No.**       **Description**

365.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0035
            Description:  Comments of Raquel Estevez re the Texas LNG Export
            Terminals under PF15-15 et al.

366.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0036
            Description:  Comments of Dorothy Schleicher re the Brownsville,
            Texas LNG Export Terminals under PF15-15 et al.

367.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0037
            Description:  Comments of Cecil O. Braun re the Texas LNG Project
            et al. under PF15-14 et al.

368.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0038
            Description:  Comments of Frank Hands re the Texas LNG Project et
            al. under PF15-14 et al.

369.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0039
            Description:  Comments of Carol Nicks re the Texas LNG Project et
            al. under PF15-14 et al.

370.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0040
            Description:  Comments of Lucy Brown re the Texas LNG Project et
            al. under PF15-14 et al.

**Record**
**Item No.**     <u>**Description**</u>

371.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0041
         Description:  Comments of Michael Monahan re the Texas LNG
         Project et al. under PF15-14 et al.

372.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0042
         Description:  Comments of Helen Anders re the Texas LNG Project et
         al. under PF15-14 et al.

373.     Filed By: Sea Turtle, Incorporated
         Filed Date:  9/4/2015
         Accession No:  20150904-0044
         Description:  Sea Turtle Inc. submits public comments regarding the
         Annova LNG Brownsville Project under PF15-15 et al.

374.     Filed By: South Padre Island Business Owners Association
         Filed Date:  9/4/2015
         Accession No:  20150904-0045
         Description:  Comments of Joni Montover (South Padre Island
         Business Owner) re the LNG Facilities under PF15-14 et al.

375.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0049
         Description:  Comments of Idell Fowler re the Brownsville, Texas
         LNG Export Terminals under PF15-14 et al.

376.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0050
         Description:  Comments of Anna Towns re the Brownsville, Texas
         LNG Export Terminals under PF15-14 et al.

**Record**
**Item No.**    **Description**

377.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0051
        Description:  Comments of Norma Raymond re the Brownsville,
        Texas LNG Export Terminals under PF15-14 et al.

378.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0052
        Description:  Comments of Cole Ethridge re the Brownsville, Texas
        LNG Export Terminals under PF15-14 et al.

379.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0053
        Description:  Comments of Robert Murry re the Brownsville, Texas
        LNG Export Terminals under PF15-14 et al.

380.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0054
        Description:  Comments of Mary Jozwiak re the Brownsville, Texas
        LNG Export Terminals under PF15-14 et al.

381.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0055
        Description:  Comments of Alicen Flosi re the Brownsville, Texas
        LNG Export Terminals under PF15-14 et al.

382.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-0056
        Description:  Comments of Gayle Goff re the Brownsville, Texas
        LNG Export Terminals under PF15-14 et al.

| Record<br>Item No. | Description |
|---|---|

383.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0057
Description:  Comments of Arantza Alvarado re the Brownsville,
Texas LNG Export Terminals under PF15-14 et al.

384.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0058
Description:  Comments of Lisa Adam re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

385.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0059
Description:  Comments of Elaine Sanchez re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

386.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0060
Description:  Comments of Paula Wyche re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

387.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0061
Description:  Comments of Sandra Drescher re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

388.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0062
Description:  Comments of Patti Edelman re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

**Record Item No.** **Description**

389.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0063
Description: Comments of Jane Chamberlain re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

390.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0064
Description: Comments of Charis Fleming re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

391.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0065
Description: Comments of Joy McMillin re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

392.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0066
Description: Comments of Lisa Fisher re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

393.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0067
Description: Comments of Linda Cain re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

394.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0068
Description: Comments of Judith Emerson re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

| Record Item No. | Description |
|---|---|

395.

Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0069
Description:  Comments of William Wildfong re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

396.

Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0070
Description:  Comments of Donna Marhoun re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

397.

Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0071
Description:  Comments of Barbara Eckert re the Texas LNG Export Terminals under PF15-15 et al.

398.

Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0072
Description:  Comments of Jodi Goodwin re the Texas LNG Export Terminals under PF15-15 et al.

399.

Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0073
Description:  Comments of Justin Bautista re the Texas LNG Export Terminals under PF15-15 et al.

400.

Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0074
Description:  Comments of Shelva Wood re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**Record
Item No.**          **Description**

401.          Filed By: Individual
              Filed Date:  9/4/2015
              Accession No:  20150904-0075
              Description:  Comments of Leslie Smith re the Brownsville, Texas
              LNG Export Terminals under PF15-15 et al.

402.          Filed By: Individual
              Filed Date:  9/4/2015
              Accession No:  20150904-0076
              Description:  Comments of Leona Diener re the Texas LNG Export
              Terminals under PF15-15 et al.

403.          Filed By: Individual
              Filed Date:  9/4/2015
              Accession No:  20150904-0077
              Description:  Comments of David T. Spencer re the Brownsville,
              Texas LNG Export Terminals under PF15-15 et al.

404.          Filed By: Individual
              Filed Date:  9/4/2015
              Accession No:  20150904-0078
              Description:  Comments of Suzanne Herzing re the Texas LNG
              Export Terminals under PF15-15 et al.

405.          Filed By: Individual
              Filed Date:  9/4/2015
              Accession No:  20150904-0079
              Description:  Comments of Elma Arredondo re the Brownsville,
              Texas LNG Export Terminals under PF15-15 et al.

406.          Filed By: Individual
              Filed Date:  9/4/2015
              Accession No:  20150904-0080
              Description:  Comments of Kate Cleland-Siple re the Texas LNG
              Export Terminals under PF15-15 et al.

69

**Record**
**Item No.**       <u>Description</u>

407.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0081
            Description:  Comments of Alexa Salas re the Texas LNG Export
            Terminals under PF15-15 et al.

408.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0082
            Description:  Comments of James Eggers re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

409.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0083
            Description:  Comments of James Parsons re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

410.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0084
            Description:  Comments of Carol Nichols re the Texas LNG Export
            Terminals under PF15-15 et al.

411.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0085
            Description:  Comments of Carol Swiech re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

412.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0086
            Description:  Comments of Mallory Collin re the Texas LNG Export
            Terminals under PF15-15 et al.

| Record Item No. | Description |
| --- | --- |

413. Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0087
Description:  Comments of Malva Mcintosh re the Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

414. Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0088
Description:  Comments of Robert Carpenter re the Texas LNG
Export Terminals under PF15-15 et al.

415. Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0089
Description:  Comments of Christian Yu re the Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

416. Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0090
Description:  Comments of Laura Rodriguez re the Texas LNG Export
Terminals under PF15-15 et al.

417. Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0091
Description:  Comments of Mark McKim re the Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

418. Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0092
Description:  Comments of Richard Faidley re the Texas LNG Export
Terminals under PF15-15 et al.

**Record**
**Item No.**     **Description**

419.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0093
         Description:  Comments of Vera Givens re the Texas LNG Export
         Terminals under PF15-15 et al.

420.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0094
         Description:  Comments of Shari Zaloski re the Texas LNG Export
         Terminals under PF15-15 et al.

421.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0095
         Description:  Comments of George McKee re the Brownsville, Texas
         LNG Export Terminals under PF15-15 et al.

422.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0096
         Description:  Comments of Ian Cunningham re the Texas LNG Export
         Terminals under PF15-15 et al.

423.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0097
         Description:  Comments of Mrs. K. Taylor re the Texas LNG Export
         Terminals under PF15-15 et al.

424.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0098
         Description:  Comments of Kim Kirby re the Texas LNG Export
         Terminals under PF15-15 et al.

**Record
Item No.**      **Description**

425.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0099
            Description:  Comments of Andre Walter re the Texas LNG Export
            Terminals under PF15-15 et al.

426.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0100
            Description:  Comments of Christine Petty re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

427.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0101
            Description:  Comments of Ellen Katzen re the Texas LNG Export
            Terminals under PF15-15 et al.

428.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0102
            Description:  Comments of Stefan Brunel re the Texas LNG Export
            Terminals under PF15-15 et al.

429.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0103
            Description:  Comments of Franklin Platizky re the Texas LNG
            Export Terminals under PF15-15 et al.

430.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0104
            Description:  Comments of Lellani Valdez re the Texas LNG Export
            Terminals under PF15-15 et al.

| Record Item No. | Description |
|---|---|

431.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0105
Description:  Comments of Felix Valdez re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

432.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0106
Description:  Comments of Patricia Brooks re the Texas LNG Export Terminals under PF15-15 et al.

433.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0107
Description:  Comments of Lisa Silguero re the Texas LNG Export Terminals under PF15-15 et al.

434.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0108
Description:  Comments of Kathryn Craddock re the Texas LNG Export Terminals under PF15-15 et al.

435.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0109
Description:  Comments of Deborah Alvarado re the Texas LNG Export Terminals under PF15-15 et al.

436.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0110
Description:  Comments of Dyan Muse re the Texas LNG Export Terminals under PF15-15 et al.

| Record Item No. | Description |
|---|---|

437.  Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0111
      Description:  Comments of Lisa Alonzo re the Brownsville, Texas
      LNG Export Terminals under PF15-15 et al.

438.  Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0112
      Description:  Comments of Betty Abedor re the Texas LNG Export
      Terminals under PF15-15 et al.

439.  Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0113
      Description:  Comments of Robert Krone re the Brownsville, Texas
      LNG Export Terminals under PF15-15 et al.

440.  Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0114
      Description:  Comments of Benjamin Warfield re the Texas LNG
      Export Terminals under PF15-15 et al.

441.  Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0115
      Description:  Comments of Monica Schatz re the Texas LNG Export
      Terminals under PF15-15 et al.

442.  Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0116
      Description:  Comments of David Zambie re the Brownsville, Texas
      LNG Export Terminals under PF15-15 et al.

| Record Item No. | Description |
|---|---|

443.
Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0117
Description:  Comments of Juanita Bittle re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

444.
Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0118
Description:  Comments of Tina Kerstetter-Kennedy re Texas LNG Export Terminals under PF15-15 et al.

445.
Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0119
Description:  Comments of Bethany Lara re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

446.
Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0120
Description:  Comments of Angela Millis re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

447.
Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0121
Description:  Comments of Juanita Stringfield re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

448.
Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0122
Description:  Comments of Sandra Uribe re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

| Record Item No. | Description |
|---|---|

**449.** Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0123
Description:  Comments of Linda Day re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**450.** Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0124
Description:  Comments of Jannette Ramos re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**451.** Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0125
Description:  Comments of Christina Gonzalez re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**452.** Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0126
Description:  Comments of Jazmin Gonzalez re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**453.** Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0127
Description:  Comments of Marsha Griffin re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**454.** Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0128
Description:  Comments of Emilie Sebesta re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

| Record Item No. | Description |
|---|---|

455.  Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0129
Description: Comments of Yvonne Hansen re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

456.  Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0130
Description: Comments of Miranda van Dalen re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

457.  Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0131
Description: Comments of Rosario Martinez re Brownsville, Texas LNG Export Terminals under PF15-15 et al.

458.  Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0132
Description: Comments of Celestino Gallegos re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

459.  Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-5003
Description: Comment of James Hunter in Docket(s)/Project(s) PF15-14-000. Submission Date: 9/3/2015.

460.  Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-5010
Description: Comment of John M. Laferty in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 9/3/2015.

| Record Item No. | Description |
|---|---|

461.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5017
Description:  Comment of Robert Huff in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 9/3/2015.

462.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5018
Description:  Comment of Robert Huff in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 9/3/2015.

463.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5018
Description:  Comment of Robert Huff in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 9/3/2015.

464.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5030
Description:  Comment of Madeleine Sandefur in Docket(s)/Project(s) PF15-14-000. Submission Date: 9/3/2015.

465.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5037
Description:  Comment of Christine G. Rakestraw in Docket(s)/Project(s) PF15-14-000, PF15-15-000.

466.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5040
Description:  Comment of Patrick Anderson in Docket(s)/Project(s) PF15-14-000.

**Record Item No.** | **Description**

467.    Filed By: Individual
        Filed Date:  9/4/2015
        Accession No:  20150904-5047
        Description:  Comments of Alma G. Leal under PF15-14.

468.    Filed By: Individuals
        Filed Date:  9/4/2015
        Accession No:  20150904-5055
        Description:  Comments of Aaron Seau Gomez and 52 other individuals under PF15-14, PF15-15 and PF15-20.

469.    Filed By: Individuals
        Filed Date:  9/4/2015
        Accession No:  20150904-5074
        Description:  Comment of Gloria McKee and 249 others under PF15-14, et al

470.    Filed By: Individuals
        Filed Date:  9/4/2015
        Accession No:  20150904-5081
        Description:  Comment of Alix Flores and 199 other individuals under PF15-14, et al

471.    Filed By: Individuals
        Filed Date:  9/4/2015
        Accession No:  20150904-5103
        Description:  Comments of Michael Bernard and 249 other individuals under PF15-14, et al

472.    Filed By: Individuals
        Filed Date:  9/4/2015
        Accession No:  20150904-5114
        Description:  Comment of Kat Martinez and 249 other individuals under PF15-14, PF15-15, PF15-20.

| Record Item No. | Description |
|---|---|

473.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5115
Description:  Comment of Rosemarie Rodriguez and 271 other
individuals under PF15-14, PF15-15, and PF15-20.

474.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5117
Description:  Comment of Debbie Anderson under PF15-14, PF15-15,
and PF15-20.

475.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5119
Description:  Comment of Robert Delgado and 3 other individuals
under PF15-14, PF15-15, and PF15-20.

476.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5120
Description:  Comments of Jay Galloway and 9 other individuals
under PF15-14, PF15-15, and PF15-20.

477.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5121
Description:  Comments of Galtry Lang and 9 other individuals under
PF15-14, PF15-15, PF15-20.

478.    Filed By:  Rio Grande Valley Hispanic Chamber of Commerce
Filed Date:  9/4/2015
Accession No:  20150904-5122
Description:  Comment of Rio Grande Valley Hispanic Chamber of
Commerce under PF15-14, et al.

| Record Item No. | Description |
| --- | --- |

479.  Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5123
Description:  Comments of Sharon Taylor and 1 other individual under PF15-14, PF15-15, and PF15-20.

480.  Filed By: Sierra Club - Lower Rio Grande Valley Group
Filed Date:  9/4/2015
Accession No:  20150904-5124
Description:  Comment of Sierra Club - Lower Rio Grande Valley Group under PF15-14, et al.

481.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5133
Description:  Comment of Joseph Linck in Docket(s)/Project(s) PF15-14-000.

482.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5178
Description:  Comment of Richard W. Ramke in Docket(s)/Project(s) PF15-15-000, PF15-14-000.

483.  Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5211
Description:  Comment of Kurt Holmes in Docket(s)/Project(s) PF15-14-000, PF15-15-000.

484.  Filed By: Town of Laguna Vista
Filed Date:  9/4/2015
Accession No:  20150904-5236
Description:  Resolution of Town of Laguna Vista for Annova LNG under PF15-14, et al.

| Record Item No. | Description |
|---|---|

485.    Filed By: Irvine & Conner, PLLC
        Filed Date: 9/4/2015
        Accession No: 20150904-5263
        Description: Comment of Lone Star Chapter of Sierra Club and Save
        RGV from LNG under PF15-14, et al.

486.    Filed By: Individual
        Filed Date: 9/4/2015
        Accession No: 20150904-5304
        Description: Comment of Joni Montover in Docket(s)/Project(s)
        PF15-14-000, PF15-15-000.

487.    Filed By: Individual
        Filed Date: 9/4/2015
        Accession No: 20150904-5320
        Description: Comment of Joni S. Montover under PF15-14, et al.

488.    Filed By: Individual
        Filed Date: 9/4/2015
        Accession No: 20150904-5325
        Description: Comment of Fred Tyre Brown in Docket(s)/Project(s)
        PF15-14-000.

489.    Filed By: Individual
        Filed Date: 9/4/2015
        Accession No: 20150904-5327
        Description: Comment of A. V. Millard in Docket(s)/Project(s) PF15-
        14-000.

490.    Filed By: Individual
        Filed Date: 9/4/2015
        Accession No: 20150904-5369
        Description: Comment of Norma Torres in Docket(s)/Project(s)
        PF15-14-000.

**Record
Item No.**        **Description**

491.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5372
            Description:  Comment of John in Docket(s)/Project(s) PF15-14-000.

492.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5375
            Description:  Comment of Manuel A. Cappella in Docket(s)/Project(s)
            PF15-14-000.

493.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5377
            Description:  Comment of Aida Libby in Docket(s)/Project(s) PF15-
            14-000.

494.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5397
            Description:  Comment of Joni S. Montover under PF15-14, et al.

495.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0026
            Description:  Comments of Calvin R. Byrd re the Texas LNG Project
            et al. under PF15-14 et al.

496.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0030
            Description:  Comments of James Lewis re the Texas LNG Project et
            al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

497.  Filed By: Individual
      Filed Date:  9/8/2015
      Accession No:  20150908-0031
      Description:  Comments of Sue Cardona re the Texas LNG Project et al. under PF15-14 et al.

498.  Filed By: Individual
      Filed Date:  9/8/2015
      Accession No:  20150908-0058
      Description:  Comments of Eduardo Luna re the Texas LNG Project et al. under PF15-14 et al.

499.  Filed By: Individual
      Filed Date:  9/8/2015
      Accession No:  20150908-0059
      Description:  Comments of Flora Cavazos re the Texas LNG Project et al. under PF15-14 et al.

500.  Filed By: Individual
      Filed Date:  9/8/2015
      Accession No:  20150908-0060
      Description:  Comments of Rafael Martinez re the Texas LNG Project et al. under PF15-14 et al.

501.  Filed By: Individual
      Filed Date:  9/8/2015
      Accession No:  20150908-0063
      Description:  Comments of Valeria Gonzalez re the Texas LNG Project et al. under PF15-14 et al.

502.  Filed By: Individual
      Filed Date:  9/8/2015
      Accession No:  20150908-0064
      Description:  Comments of Ann Castales re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

503.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0065
Description:  Comments of Peggy Trahan re the Texas LNG Project et al. under PF15-14 et al.

504.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0066
Description:  Comments of Cody J. Carnesi re the Texas LNG Project et al. under PF15-14 et al.

505.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0067
Description:  Comments of Fabian Vela re the Texas LNG Project et al. under PF15-14 et al.

506.    Filed By: Individuals
Filed Date:  9/8/2015
Accession No:  20150908-0068
Description:  Comments of Dalia Yazmin and Molina Sanchez re the Texas LNG Project et al. under PF15-14 et al.

507.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0069
Description:  Comments of Mary Wantland re the Texas LNG Project et al. under PF15-14 et al.

508.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0070
Description:  Comments of Miguel Sorren re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

509. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0071
Description: Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

510. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0073
Description: Comments of Odilia Jimenez re the Texas LNG Project et al. under PF15-14 et al.

511. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0074
Description: Comments of Blanca Cardoza re the Texas LNG Project et al. under PF15-14 et al.

512. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0075
Description: Comments of Benjamin Gomez re the Texas LNG Project et al. under PF15-14 et al.

513. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0076
Description: Comments of Alfredo L. Mares re the Texas LNG Project et al. under PF15-14 et al.

514. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0077
Description: Comments of Lore Torres re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**       **Description**

515.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0078
           Description:  Comments of Alejandro Sanchez re the Texas LNG
           Project et al. under PF15-14 et al.

516.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0079
           Description:  Comments of Mary F. Gonzalez re the Texas LNG
           Project et al. under PF15-14 et al.

517.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0080
           Description:  Comments of Maria Martinez re the Texas LNG Project
           et al. under PF15-14 et al.

518.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0081
           Description:  Comments of Johanna Jaramillo re the Texas LNG
           Project et al. under PF15-14 et al.

519.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0082
           Description:  Comments of Samantha Garcia re the Texas LNG
           Project et al. under PF15-14 et al.

520.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0084
           Description:  Comments of Gilbert Cardona re the Texas LNG Project
           et al. under PF15-14 et al.

**Record
Item No.**     **Description**

521.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0085
            Description:  Comments of Reymalda Valle re the Texas LNG Project
            et al. under PF15-14 et al.

522.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0086
            Description:  Comments of Gerardo Chavez re the Texas LNG Project
            et al. under PF15-14 et al.

523.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0087
            Description:  Comments of Michelle Jimenez re the Texas LNG
            Project et al. under PF15-14 et al.

524.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0088
            Description:  Comments of Ana Quiroz re the Texas LNG Project et
            al. under PF15-14 et al.

525.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0089
            Description:  Comments of Sandra Castillo re the Texas LNG Project
            et al. under PF15-14 et al.

526.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0090
            Description:  Comments of an individual re the Texas LNG Project et
            al. under PF15-14 et al.

**Record
Item No.**      **Description**

527.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0091
         Description:  Comments of Irma Vera re the Texas LNG Project et al.
         under PF15-14 et al.

528.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0092
         Description:  Comments of Jesse Pizana Jr. re the Texas LNG Project
         et al. under PF15-14 et al.

529.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0093
         Description:  Comments of Jose' Antonio Valle Hernandez re the
         Texas LNG Project et al. under PF15-14 et al.

530.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0094
         Description:  Comments of Marielo Pena re the Texas LNG Project et
         al. under PF15-14 et al.

531.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0095
         Description:  Comments of Arnolfo Chavez re the Texas LNG Project
         et al. under PF15-14 et al.

532.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0096
         Description:  Comments of Severo Ruiz re the Texas LNG Project et
         al. under PF15-14 et al.

**Record**
**Item No.**    **Description**

533.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0097
        Description:  Comments of Gisela Ayala re the Texas LNG Project et
        al. under PF15-14 et al.

534.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0098
        Description:  Comments of Hugo Mota re the Texas LNG Project et
        al. under PF15-14 et al.

535.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0099
        Description:  Comments of Beth Lewis re the Texas LNG Project et
        al. under PF15-14 et al.

536.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0100
        Description:  Comments of Ryan Donovan re the Texas LNG Project
        et al. under PF15-14 et al.

537.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0101
        Description:  Comments of Alma Linda Benavidez re the Texas LNG
        Project et al. under PF15-14 et al.

538.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0102
        Description:  Comments of Ariana Garcia re the Texas LNG Project et
        al. under PF15-14 et al.

**Record
Item No.**     **Description**

539.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0103
         Description:  Comments of Joanna Castillo re the Texas LNG Project
         et al. under PF15-14 et al.

540.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0104
         Description:  Comments of an individual re the Texas LNG Project et
         al. under PF15-14 et al.

541.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0105
         Description:  Comments of Elizabeth Cantu re the Texas LNG Project
         et al. under PF15-14 et al.

542.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0106
         Description:  Comments of Jose Raul Jaramillo re the Texas LNG
         Project et al. under PF15-14 et al.

543.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0107
         Description:  Comments of Yesenia Herrera re the Texas LNG Project
         et al. under PF15-14 et al.

544.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0108
         Description:  Comments of an individual re the Texas LNG Project et
         al. under PF15-14 et al.

**Record
Item No.**     <u>Description</u>

545.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0109
        Description:  Comments of Marisela Maua re the Texas LNG Project
        et al. under PF15-14 et al.

546.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0110
        Description:  Comments of Arely Valerio re the Texas LNG Project
        under PF15-14.

547.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0111
        Description:  Comments of Belda Gomez re the Texas LNG Project et
        al. under PF15-14 et al.

548.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0112
        Description:  Comments of Patrick Rodriguez re the Texas LNG
        Project et al. under PF15-14 et al.

549.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0113
        Description:  Comments of Jose R. Roche re the Texas LNG Project
        et al. under PF15-14 et al.

550.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0114
        Description:  Comments of Belen Aguirre re the Texas LNG Project
        et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

551. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0115
Description: Comments of Diana H. Cortez Castro re the Texas LNG
Project et al. under PF15-14 et al.

552. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0116
Description: Comments of Griseloa V. Ibarra re the Texas LNG
Project et al. under PF15-14 et al.

553. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0117
Description: Comments of Darrell Davila re the Texas LNG Project
et al. under PF15-14 et al.

554. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0118
Description: Comments of Pedro Cantu re the Texas LNG Project et
al. under PF15-14 et al.

555. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0119
Description: Comments of an individual re the Texas LNG Project et
al. under PF15-14 et al.

556. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0120
Description: Comments of Martha A. Martinez re the Texas LNG
Project et al. under PF15-14 et al.

**Record Item No.**      **Description**

557.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0121
        Description:  Comments of Danny Bronin re the Texas LNG Project
        et al. under PF15-14 et al.

558.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0122
        Description:  Comments of Cesar Canchola re the Texas LNG Project
        et al. under PF15-14 et al.

559.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0123
        Description:  Comments of Rebecca Rodriguez re the Texas LNG
        Project et al. under PF15-14 et al.

560.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0124
        Description:  Comments of Zeilha Garcia re the Texas LNG Project et
        al. under PF15-14 et al.

561.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0125
        Description:  Comments of Marie S. Fovar re the Texas LNG Project
        et al. under PF15-14 et al.

562.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0126
        Description:  Comments of Maria L. Garza re the Texas LNG Project
        et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

563.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0127
Description:  Comments of Jesus Gloria Jr. re the Texas LNG Project et al. under PF15-14 et al.

564.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0128
Description:  Comments of M. Freeman re the Texas LNG Project et al. under PF15-14 et al.

565.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0129
Description:  Comments of Reue Medina re the Texas LNG Project et al. under PF15-14 et al.

566.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0130
Description:  Comments of Juan Carlos Garcia re the Texas LNG Project et al. under PF15-14 et al.

567.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0131
Description:  Comments of Bianca Rivas re the Texas LNG Project et al. under PF15-14 et al.

568.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0132
Description:  Comments of Albert Gomez Jr. re the Texas LNG Project et al. under PF15-14 et al.

**Record**
**Item No.**      **Description**

569.        Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0133
           Description:  Comments of Eloisa M. Villarreal re the Texas LNG
           Project et al. under PF15-14 et al.

570.        Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0134
           Description:  Comments of Monica Lee Luna re the Texas LNG
           Project et al. under PF15-14 et al.

571.        Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0135
           Description:  Comments of an individual re the Texas LNG Project et
           al. under PF15-14 et al.

572.        Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0136
           Description:  Comments of Amanda Munez re the Texas LNG Project
           et al. under PF15-14 et al.

573.        Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0137
           Description:  Comments of Lupita Betzmane re the Texas LNG
           Project et al. under PF15-14 et al.

574.        Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0138
           Description:  Comments of Ezekiel Rodriguez re the Texas LNG
           Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

575. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0139
Description: Comments of Ana Fatz re the Texas LNG Project et al. under PF15-14 et al.

576. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0140
Description: Comments of Diana Castro re the Texas LNG Project et al. under PF15-14 et al.

577. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0141
Description: Comments of Lu Gomez re the Texas LNG Project et al. under PF15-14 et al.

578. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0142
Description: Comments of H. Javier Lara re the Texas LNG Project et al. under PF15-14 et al.

579. Filed By: Individual
Filed Date: 9/8/2015
Accession No: 20150908-0143
Description: Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

580. Filed By: Individuals
Filed Date: 9/8/2015
Accession No: 20150908-0144
Description: Comments of Vejoya Verein et al. re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**          **Description**

581.          Filed By: Individual
              Filed Date:  9/8/2015
              Accession No:  20150908-0145
              Description:  Comments of Jazmin Antonez re the Texas LNG Project
              et al. under PF15-14 et al.

582.          Filed By: Individual
              Filed Date:  9/8/2015
              Accession No:  20150908-0146
              Description:  Comments of Amado Chavez re the Texas LNG Project
              et al. under PF15-14 et al.

583.          Filed By: Individual
              Filed Date:  9/8/2015
              Accession No:  20150908-0147
              Description:  Comments of Carmen Alvarez re the Texas LNG Project
              et al. under PF15-14 et al.

584.          Filed By: Individual
              Filed Date:  9/8/2015
              Accession No:  20150908-0148
              Description:  Comments of Thania Gonzalez Garcia re the Texas LNG
              Project et al. under PF15-14 et al.

585.          Filed By: Individual
              Filed Date:  9/8/2015
              Accession No:  20150908-0149
              Description:  Comments of Mario Alvarez re the Texas LNG Project
              et al. under PF15-14 et al.

586.          Filed By: Individual
              Filed Date:  9/8/2015
              Accession No:  20150908-0150
              Description:  Comments of Luis A. Guitron re the Texas LNG Project
              et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

587.    Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0156
         Description:  Comments of Linda Garcia re the Texas LNG Project et al. under PF15-14 et al.

588.    Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0157
         Description:  Comments of Daniela Tabooda re the Texas LNG Project et al. under PF15-14 et al.

589.    Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0158
         Description:  Comments of Elsa Hernandez re the Texas LNG Project et al. under PF15-14 et al.

590.    Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0163
         Description:  Comments of Ethan Kohn re the Texas LNG Project et al. under PF15-14 et al.

591.    Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0164
         Description:  Comments of Mansol Alejos re the Texas LNG Project et al. under PF15-14 et al.

592.    Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0165
         Description:  Comments of Juana Alicia Ruiz re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

593.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-0166
        Description: Comments of Leticia Hernandez re the Texas LNG
        Project et al. under PF15-14 et al.

594.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-0167
        Description: Comments of Santos Delgado re the Texas LNG Project
        et al. under PF15-14 et al.

595.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-0168
        Description: Comments of Saul Ibarra re the Texas LNG Project et al.
        under PF15-14 et al.

596.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-0169
        Description: Comments of Christina Villarreal re the Texas LNG
        Project et al. under PF15-14 et al.

597.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-0170
        Description: Comments of Denise Garza re the Texas LNG Project et
        al. under PF15-14 et al.

598.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-0176
        Description: Comments of an individual re the Texas LNG Project et
        al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

599.      Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0177
Description:  Comments of Fidencio Leal re the Texas LNG Project et al. under PF15-14 et al.

600.      Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0178
Description:  Comments of Maria Antonia Hinojosa re the Texas LNG Project et al. under PF15-14 et al.

601.      Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0179
Description:  Comments of Thomas G. Martinez re the Texas LNG Project et al. under PF15-14 et al.

602.      Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0180
Description:  Comments of David Martinez re the Texas LNG Project under PF15-14 et al.

603.      Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0181
Description:  Comments of Lisa Peters re the Texas LNG Project et al. under PF15-14 et al.

604.      Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0182
Description:  Comments of Xitlali Gonzalex re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

605.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0183
Description:  Comments of Margarita Espinoza re the Texas LNG Project et al. under PF15-14 et al.

606.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0184
Description:  Comments of Caryn Perez re the Texas LNG Project et al. under PF15-14 et al.

607.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0185
Description:  Comments of Tiandre Butler re the Texas LNG Project et al. under PF15-14 et al.

608.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0186
Description:  Comments of Danielle Cabrera re the Texas LNG Project et al. under PF15-14 et al.

609.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0187
Description:  Comments of Elizabeth Villarreal re the Texas LNG Project et al. under PF15-14 et al.

610.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0189
Description:  Comments of Felipa De Jesus Sanchez re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

611.    Filed By: U.S. Army Corps Of Engineers
        Filed Date:  9/8/2015
        Accession No:  20150908-0215
        Description:  U.S. Army Corps of Engineers submits comments
        regarding the Preliminary Drafts of Resource Report 1 and Resource
        Report 10 for the Texas LNG Brownsville Project under PF15-14.

612.    Filed By: Individuals
        Filed Date:  9/8/2015
        Accession No:  20150908-0217
        Description:  Comments of Gloria G. and Milford Koch re the Texas
        LNG Project under PF15-14.

613.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5002
        Description:  Comment of Gracie Garza in Docket(s)/Project(s) PF15-
        14-000. Submission Date: 9/4/2015.

614.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5007
        Description:  Comment of Susan Martinez in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 9/4/2015.

615.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5008
        Description:  Comment of Patti Ayala in Docket(s)/Project(s) PF15-
        14-000. Submission Date: 9/4/2015.

616.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5009
        Description:  Comment of Ida Trevino in Docket(s)/Project(s) PF15-
        14-000. Submission Date: 9/4/2015.

| Record Item No. | Description |
|---|---|

617.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5012
        Description:  Comment of Michael Krzywonski in Docket(s)/
        Project(s) PF15-14-000. Submission Date: 9/4/2015.

618.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5017
        Description:  Comment of SeEtta Moss in Docket(s)/Project(s) PF15-
        14-000. Submission Date: 9/5/2015.

619.    Filed By: Individuals
        Filed Date:  9/8/2015
        Accession No:  20150908-5047
        Description:  Comments of Jerry Whitson and 249 others concerning
        Texas LNG Export Terminals under PF15-14 et al.

620.    Filed By: Individuals
        Filed Date:  9/8/2015
        Accession No:  20150908-5048
        Description:  Comments of Mario Roberto Ramirez and 249 others
        under PF15-14, et al.

621.    Filed By: Individuals
        Filed Date:  9/8/2015
        Accession No:  20150908-5049
        Description:  Comments of Linda B. McGonigle and 256 others under
        PF15-14, et al.

622.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5051
        Description:  Comment of Petra Kanz under PF15-14. I am worried
        about how the proposed LNG facilities in the port of Brownsville will
        affect the wind and kite surfing industries.

| Record Item No. | Description |
|---|---|

623.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5052
        Description:  Comment of Joel I. Parker under PF15-14.

624.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5053
        Description:  Comments of Eddie Lucio, III under PF15-14.

625.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5054
        Description:  Comment of Joni S. Montover under PF15-14, et al.

626.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5055
        Description:  Comment of Stefanie Herweck regarding PF15-14,
        PF15-15, and PF15-20.

627.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5056
        Description:  Comment of Donald L. Hockaday concerning terrorism
        threat mitigation under PF15-14, et al.

628.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-5066
        Description:  Donald L. Hockaday, general scoping comments: PF15-
        14, et al.

| Record Item No. | Description |
|---|---|

629.    Filed By: U.S. National Park Service
        Filed Date:  9/8/2015
        Accession No:  20150909-0019
        Description:  U.S. National Park Service submits comments regarding
        the Texas LNG Project under PF15-14.

630.    Issued By: Office of Energy Projects
        Filed Date:  9/9/2015
        Accession No:  20150909-4006
        Description:  Transcript of the 8/11/15 scoping meeting held in Fort
        Isabel, Texas re the Brownsville LNG Projects under PF15-14 et al.

631.    Issued By: Office of Energy Projects
        Filed Date:  9/9/2015
        Accession No:  20150909-4007
        Description:  Transcript of the 8/11/15 scoping meeting held in Fort
        Isabel, Texas re the Brownsville LNG Projects under PF15-14 et al.

632.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0051
        Description:  Comments of Brenda Hernandez re the Texas LNG
        Project et al. under PF15-14 et al.

633.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0052
        Description:  Comments of Jesus Olivares re the Texas LNG Project
        et al. under PF15-14 et al.

634.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0053
        Description:  Comments of Alvaro A. Ortiz re the Texas LNG Project
        et al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

635.  Filed By: Individual
      Filed Date:  9/10/2015
      Accession No:  20150909-0054
      Description:  Comments of Kathryn Martinez Tijerina re the Texas LNG Project et al. under PF15-14 et al.

636.  Filed By: Individual
      Filed Date:  9/10/2015
      Accession No:  20150909-0055
      Description:  Comments of Cesar Perez re the Texas LNG Project et al. under PF15-14 et al.

637.  Filed By: Individual
      Filed Date:  9/10/2015
      Accession No:  20150909-0056
      Description:  Comments of Ofelia Garza re the Texas LNG Project et al. under PF15-14 et al.

638.  Filed By: Individual
      Filed Date:  9/10/2015
      Accession No:  20150909-0057
      Description:  Comments of Rolando Gonzalez re the Texas LNG Project et al. under PF15-14 et al.

639.  Filed By: Individual
      Filed Date:  9/10/2015
      Accession No:  20150909-0058
      Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

640.  Filed By: Individual
      Filed Date:  9/10/2015
      Accession No:  20150909-0059
      Description:  Comments of Santiago Anekuch re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

641.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0060
        Description:  Comments of Dat Lock re the Texas LNG Project et al. under PF15-14 et al.

642.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0061
        Description:  Comments of Suzanne Villarreal re the Texas LNG Project et al. under PF15-14 et al.

643.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0062
        Description:  Comments of Mabel Hockaday re the Texas LNG Project et al. under PF15-14 et al.

644.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0063
        Description:  Comments of Michelle J. Zamarron re the Texas LNG Project et al. under PF15-14 et al.

645.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0064
        Description:  Comments of Jesus Flores re the Texas LNG Project et al. under PF15-14 et al.

646.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0065
        Description:  Comments of Pippa Brooks re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

647.   Filed By: Individual
       Filed Date:  9/10/2015
       Accession No:  20150909-0066
       Description:  Comments of Armando Morales re the Texas LNG
       Project et al. under PF15-14 et al.

648.   Filed By: Individual
       Filed Date:  9/10/2015
       Accession No:  20150909-0067
       Description:  Comments of Coruhtemul Vargas re the Texas LNG
       Project et al. under PF15-14 et al.

649.   Filed By: Individual
       Filed Date:  9/10/2015
       Accession No:  20150909-0068
       Description:  Comments of Adrion P. Bernal re the Texas LNG
       Project et al. under PF15-14 et al.

650.   Filed By: Individual
       Filed Date:  9/10/2015
       Accession No:  20150909-0069
       Description:  Comments of Vanessa Cavazos re the Texas LNG
       Project et al. under PF15-14 et al.

651.   Filed By: Individual
       Filed Date:  9/10/2015
       Accession No:  20150909-0070
       Description:  Comments of Ha Cruz re the Texas LNG Project et al.
       under PF15-14 et al.

652.   Filed By: Individual
       Filed Date:  9/10/2015
       Accession No:  20150909-0071
       Description:  Comments of Priscila H. Caro re the Texas LNG Project
       et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

653.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0072
Description:  Comments of Beltha Janis re the Texas LNG Project et al. under PF15-14 et al.

654.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0073
Description:  Comments of Brandon Flores re the Texas LNG Project et al. under PF15-14 et al.

655.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0074
Description:  Comments of Jennifer Herrera re the Texas LNG Project et al. under PF15-14 et al.

656.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0075
Description:  Comments of Emily J. Alpert re the Texas LNG Project et al. under PF15-14 et al.

657.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0076
Description:  Comments of Susan Holtzman re the Texas LNG Brownsville Project under PF15-14 et al.

658.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0077
Description:  Comments of Larry Holtzman re the Texas LNG Brownsville Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

659.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0086
        Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

660.    Filed By:  City of Brownsville, Texas
        Filed Date:  9/10/2015
        Accession No:  20150910-4001
        Description:  Rolando L. Garza, Archeologist for the Palo Alto Battlefield National Historical Park, requests the National Park Service to be a Cooperating Agency for the compliance process with the National Environmental Policy Act under PF15-14 et al.

661.    Filed By: Individual
        Filed Date:  9/11/2015
        Accession No:  20150911-5003
        Description:  Comment of Adrian A. Aguilar in Docket(s)/Project(s) PF15-14-000, PF15-15-000. Submission Date: 9/10/2015.

662.    Filed By: Individual
        Filed Date:  9/14/2015
        Accession No:  20150914-0014
        Description:  Comments of Blanca Flores re the Texas LNG Project et al under PF15-14 et al.

663.    Filed By: Individual
        Filed Date:  9/14/2015
        Accession No:  20150914-0019
        Description:  Comments of Carol O'Neil regarding the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
| --- | --- |

664.        Filed By: Individual
            Filed Date:  9/14/2015
            Accession No:  20150914-0036
            Description:  Shasta R. Bray submits comments regarding the
            proposed construction of Liquefied Natural Gas Export Terminal
            Project under PF15-15 et al.

665.        Filed By: U.S. Environmental Protection Agency
            Filed Date:  9/14/2015
            Accession No:  20150914-0038
            Description:  U.S. Environmental Protection Agency submits detailed
            scoping comments re the Notice of Intent to Prepare an Environmental
            Impact Statement for the Planned Texas LNG Export Project under
            PF15-14.

666.        Filed By: Individual
            Filed Date:  9/15/2015
            Accession No:  20150915-0016
            Description:  Comments of Micky Gonzales re the Texas LNG Project
            et al. under PF15-14 et al.

667.        Filed By: Individual
            Filed Date:  9/15/2015
            Accession No:  20150915-0021
            Description:  Comments of Donyce Sprecher re the Texas LNG
            Project et al. under PF15-14 et al.

668.        Filed By: Individual
            Filed Date:  9/15/2015
            Accession No:  20150915-5073
            Description:  Comment of Nirav Shah in Docket(s)/Project(s) PF15-
            14-000, PF15-20-000.

| Record Item No. | Description |
|---|---|

669.    Filed By: Individual
Filed Date:  9/16/2015
Accession No:  20150916-0011
Description:  Comments of Aine DeMoss re the Texas LNG Project et al. under PF15-14 et al.

670.    Filed By: Individual
Filed Date:  9/17/2015
Accession No:  20150917-0019
Description:  Comments of Jesus Vera re the Texas LNG Project et al. under PF15-14 et al.

671.    Filed By: Texas LNG Brownsville LLC
Filed Date:  9/18/2015
Accession No:  20150918-5221
Description:  Response of Texas LNG Brownsville LLC to scoping comments under PF15-14.

672.    Issued By: Chair And Immediate Staff (Chair)
Filed Date:  9/21/2015
Accession No:  20150921-0006
Description:  Response to Texas State Senator Eddie Lucio, Jr. regarding Texas LNG Brownsville LLC's Liquefied Natural Gas Project under PF15-14.

673.    Filed By: Individual
Filed Date:  9/21/2015
Accession No:  20150921-0210
Description:  Comments of Walter Plitt re the proposed LNG Plants and Gas Pipe Line - Port of Brownsville, Texas under PF15-14.

674.    Filed By: Texas LNG Brownsville LLC
Filed Date:  9/24/2015
Accession No:  20150924-5139
Description:  Texas LNG Brownsville LLC Pre-Filing Monthly Status Report for the Period August 16 - September 15, 2015, under PF15-14.

| Record Item No. | Description |
|---|---|

675.  Filed By: Individual
Filed Date:  9/28/2015
Accession No:  20150928-0027
Description:  Comments of Felipe Muncha re the Texas LNG Project et al. under PF15-14 et al.

676.  Filed By: Long Island Association (NY)
Filed Date:  9/28/2015
Accession No:  20150928-0035
Description:  Comments of the Long Island Village Board of Directors re the Texas LNG project et al. under PF15-14 et al.

677.  Filed By: Texas LNG Brownsville LLC
Filed Date:  9/29/2015
Accession No:  20150929-5256
Description:  Draft Resource Report 13 of Texas LNG Brownsville LLC under PF15-14.

678.  Filed By: Texas LNG Brownsville LLC
Filed Date:  9/29/2015
Accession No:  20150929-5257
Description:  Draft Resource Report 13 of Texas LNG Brownsville LLC under PF15-14.

679.  Filed By: Texas LNG Brownsville LLC
Filed Date:  9/29/2015
Accession No:  20150929-5258
Description:  Draft Resource Report 13 of Texas LNG Brownsville LLC under PF15-14.

680.  Filed By: Texas LNG Brownsville LLC
Filed Date:  10/1/2015
Accession No:  20151001-5378
Description:  Draft Resource Report 13 of Texas LNG Brownsville LLC under PF15-14.

| Record Item No. | Description |
|---|---|

681.    Issued By: Office of Energy Projects
Filed Date: 10/2/2015
Accession No: 20151002-3017
Description: Letter informing U.S. Department of Defense Siting Clearinghouse that FERC has begun the review of the Texas LNG Brownsville, LLC's planned Texas LNG Project for the Texas LNG Project under PF15-14.

682.    Filed By: Texas LNG Brownsville LLC
Filed Date: 10/6/2015
Accession No: 20151006-5309
Description: Texas LNG Brownsville LLC submits draft Resource Reports 6 and 12 under PF15-14.

683.    Filed By: Texas LNG Brownsville LLC
Filed Date: 10/6/2015
Accession No: 20151006-5313
Description: Texas LNG Brownsville LLC submits supplemental information for draft Resource Report 4 under PF15-14.

684.    Filed By: Texas LNG Brownsville LLC
Filed Date: 10/8/2015
Accession No: 20151008-5163
Description: Texas LNG Brownsville LLC submits draft Resource Reports 5 and 7 under PF15-14.

685.    Filed By: Individual
Filed Date: 10/13/2015
Accession No: 20151013-0028
Description: Respeta Tu Playa submits comments re the Texas LNG Project et al. under PF15-14 et al.

686.    Issued By: Office of Energy Projects
Filed Date: 10/16/2015
Accession No: 20151016-4092
Description: Meeting notes dated 9/8/15 re the Brownsville LNG Projects under PF15-20 et al.

| Record Item No. | Description |
|---|---|

687.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  10/16/2015
        Accession No:  20151016-5126
        Description:  Texas LNG Brownsville LLC submits draft Resource
        Reports 2 and 10 under PF15-14.

688.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  10/16/2015
        Accession No:  20151016-5334
        Description:  Texas LNG Brownsville LLC submits draft Resource
        Reports 3 and 8 under PF15-14.

689.    Filed By: U.S. Department of the Interior (National Park Service)
        Filed Date:  10/19/2015
        Accession No:  20151019-0045
        Description:  U.S. Department of the Interior (National Park Service)
        submits comments re the Texas LNG Brownsville Project under
        PF15-14.

690.    Filed By: U.S. Senator John Cornyn
        Filed Date:  10/19/2015
        Accession No:  20151020-0015
        Description:  U.S. Senator John Cornyn forwards comments re
        scoping meetings for the LNG Export Terminals under PF15-20 et al.

691.    Filed By: U.S. Senator John Cornyn
        Filed Date:  10/19/2015
        Accession No:  20151020-0016
        Description:  U.S. Senator John Cornyn submits comments on behalf
        his constituent pertaining to the scoping meeting policies and
        practices for the LNG Export Terminals under PF15-20 et al.

692.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  10/21/2015
        Accession No:  20151021-5194
        Description:  Texas LNG Brownsville LLC submits draft Resource
        Report 1 under PF15-14.

**Record**
**Item No.**          **Description**

693.          Filed By: Texas LNG Brownsville LLC
              Filed Date:  10/21/2015
              Accession No:  20151021-5195
              Description:  Texas LNG Brownsville LLC submits draft Resource
              Report 1 under PF15-14.

694.          Filed By: Texas LNG Brownsville LLC
              Filed Date:  10/22/2015
              Accession No:  20151022-5068
              Description:  Texas LNG Brownsville LLC submits its Monthly
              Report for September 16 - October 16, 2015, under PF15-14.

695.          Issued By: Office of Energy Projects
              Filed Date:  10/28/2015
              Accession No:  20151028-4002
              Description:  Interagency Pre-filing Call Notes dated 10/6/2015
              between FERC and U.S. Fish and Wildlife et al. regarding the planned
              Texas LNG Project et al. under PF15-14 et al.

696.          Issued By: Office of Energy Projects
              Filed Date:  10/29/2015
              Accession No:  20151029-4011
              Description:  Memo dated 10/29/2015 from Office of Energy Projects
              re the National Park Service's comments referencing the interagency
              teleconference held on 10/6/2015 for the Texas LNG Project et al.
              under PF15-14 et al.

697.          Filed By: Texas LNG Brownsville LLC
              Filed Date:  10/30/2015
              Accession No:  20151030-5453
              Description:  Texas LNG Brownsville LLC submits draft Resource
              Report 9 under PF15-14.

| Record Item No. | Description |
|---|---|

698.    Issued By: Chair And Immediate Staff (Chair)
Filed Date: 11/3/2015
Accession No: 20151104-0058
Description: Response to U.S. Senator John Cornyn's constituent, Diane Teter's 10/16/15 letter regarding the Texas LNG Project et al. under PF15-14 et al.

699.    Filed By: Texas LNG Brownsville LLC
Filed Date: 11/4/2015
Accession No: 20151104-5030
Description: Texas LNG Brownsville LLC submits draft Resource Report 11 under PF15-14.

700.    Filed By: Texas LNG Brownsville LLC
Filed Date: 11/4/2015
Accession No: 20151104-5031
Description: Texas LNG Brownsville LLC submits draft Resource Report 11 under PF15-14.

701.    Filed By: Texas LNG Brownsville LLC
Filed Date: 11/9/2015
Accession No: 20151109-5018
Description: Texas LNG Brownsville LLC submits the final Geotechnical Investigation Report to Supplement Draft Resource Reports 6 and 13 under PF15-14.

702.    Filed By: Texas LNG Brownsville LLC
Filed Date: 11/20/2015
Accession No: 20151120-5219
Description: Texas LNG Brownsville LLC submits its Monthly Report for October 16 to November 15, 2015, under PF15-14.

703.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0026
Description: Comments of Samantha Reyes re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

704.  Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0027
Description:  Comments of Faustino Lopez III re the Texas LNG
Project et al. under PF15-14 et al.

705.  Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0028
Description:  Comments of Lydia Guerra re the Texas LNG Project et
al. under PF15-14 et al.

706.  Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0029
Description:  Comments of Linda Braune re the Texas LNG Project et
al. under PF15-14 et al.

707.  Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0030
Description:  Comments of Victor Gonzalez re the Texas LNG Project
et al. under PF15-14 et al.

708.  Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0031
Description:  Comments of Sarai Ferreira re the Texas LNG Project et
al. under PF15-14 et al.

709.  Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0032
Description:  Comments of Rosa Linda B. Flores re the Texas LNG
Project et al. under PF15-14 et al.

| Record Item No. | Description |
| --- | --- |

710.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0033
Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

711.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0034
Description:  Comments of Andres Sanchez III re the Texas LNG Project et al. under PF15-14 et al.

712.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0035
Description:  Comments of Alexis Bay re the Texas LNG Project et al. under PF15-14 et al.

713.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0036
Description:  Comments of Cristina Garcia re the Texas LNG Project et al. under PF15-14 et al.

714.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0037
Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

715.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0038
Description:  Comments of Marilyn Otken re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

716.    Filed By: Individual
Filed Date:  11/23/2015
Accession No:  20151123-0039
Description:  Comments of Lynn Vincentnathan re the Texas LNG Project et al. under PF15-14 et al.

717.    Filed By: Individual
Filed Date:  12/3/2015
Accession No:  20151203-0011
Description:  Comments of Lucy Foster re the Texas LNG Project et al. under PF15-14 et al.

718.    Filed By: Texas LNG Brownsville LLC
Filed Date:  12/15/2015
Accession No:  20151215-5007
Description:  Texas LNG Brownsville LLC submits consultations with National Marine Fisheries Service under PF15-14.

719.    Issued By: Office of Energy Projects
Filed Date:  12/16/2015
Accession No:  20151216-3013
Description:  Letter to Texas LNG Brownsville LLC providing comments on Draft Resource Reports 11 and 13 for the Texas LNG Project under PF15-14.

720.    Filed By: U.S. Environmental Protection Agency R6 Wetlands Section
Filed Date:  12/21/2015
Accession No:  20151221-5291
Description:  Comments on Draft Resource Reports by U.S. Environmental Protection Agency R6 Wetlands Section under PF15-14.

| **Record** | |
|---|---|
| **Item No.** | **Description** |

721.    Filed By: Texas LNG Brownsville LLC
Filed Date:  12/22/2015
Accession No:  20151222-5165
Description:  Texas LNG Brownsville LLC submits its Monthly
Report for November 16 to December 15, 2015, under PF15-14.

722.    Filed By: Corps Of Engineers, Galveston District
Filed Date:  12/29/2015
Accession No:  20151229-0016
Description:  U.S. Department of the Army submits comments re the
October 2015 Draft Resource Reports for the Texas LNG Brownsville
Project under PF15-14.

723.    Filed By: Department Of Army Corps Of Engineers
Filed Date:  12/31/2015
Accession No:  20151231-4000
Description:  U.S. Department of Army Corps of Engineers submits
comments re the Texas LNG proposed Texas LNG Brownsville
Project under PF15-14.

724.    Filed By: U.S. Environmental Protection Agency
Filed Date:  1/4/2016
Accession No:  20160104-0029
Description:  U.S. Environmental Protection Agency submits
comments re the draft resource reports for the Texas LNG Project
under PF15-14.

725.    Filed By: U.S. Fish and Wildlife Service
Filed Date:  1/8/2016
Accession No:  20160108-5192
Description:  Comment of U.S. Fish and Wildlife Service under PF15-
14.

| Record Item No. | Description |
|---|---|

726.    Issued By: Office of Energy Projects
Filed Date:  1/11/2016
Accession No:  20160111-3055
Description:  Letter to Texas LNG Brownsville LLC re the comments on Draft Resource Reports 6 and 13 for the Texas LNG Brownsville LNG Project under PF15-14.

727.    Issued By: Office of Energy Projects
Filed Date:  1/12/2016
Accession No:  20160112-3049
Description:  Letter inviting Tonkawa Tribe of Oklahoma to participate in the review of the Texas LNG Project planned by Texas LNG Brownsville LLC in Brownsville, Texas under PF15-14.

728.    Issued By: Office of Energy Projects
Filed Date:  1/12/2016
Accession No:  20160112-3050
Description:  Letter inviting Kiowa Indian Tribe of Oklahoma to participate in the review of the Texas LNG Project planned by Texas LNG Brownsville LLC in Brownsville, Texas under PF15-14.

729.    Issued By: Office of Energy Projects
Filed Date:  1/12/2016
Accession No:  20160112-3051
Description:  Letter inviting Kickapoo Traditional Tribe of Texas to participate in the review of the Texas LNG Project planned by Texas LNG Brownsville LLC in Brownsville, Texas under PF15-14.

730.    Issued By: Office of Energy Projects
Filed Date:  1/12/2016
Accession No:  20160112-3052
Description:  Letter inviting Jicarilla Apache Nation to participate in the review of the Texas LNG Project planned by Texas LNG Brownsville LLC in Brownsville, Texas under PF15-14.

| Record Item No. | Description |
|---|---|

731.      Issued By: Office of Energy Projects
Filed Date:  1/12/2016
Accession No:  20160112-3053
Description:  Letter inviting Comanche Nation to participate in the review of the Texas LNG Project planned by Texas LNG Brownsville LLC in Brownsville, Texas under PF15-14.

732.      Issued By: Office of Energy Projects
Filed Date:  1/12/2016
Accession No:  20160112-3054
Description:  Letter inviting Apache Tribe of Oklahoma to participate in the review of the Texas LNG Project planned by Texas LNG Brownsville LLC in Brownsville, Texas under PF15-14.

733.      Filed By: U.S. Fish And Wildlife Service
Filed Date:  1/27/2016
Accession No:  20160127-0008
Description:  U.S. Fish and Wildlife Service submits comments re the Texas LNG Brownsville Project under PF15-14.

734.      Filed By: Texas LNG Brownsville LLC
Filed Date:  1/28/2016
Accession No:  20160128-5319
Description:  Texas LNG Brownsville LLC submits its Monthly Report for December 16, 2015, through January 15, 2016, under PF15-14.

735.      Filed By: U.S. National Park Service
Filed Date:  2/5/2016
Accession No:  20160205-4008
Description:  NPS Comments on the Texas LNG draft Resource Reports under PF15-14.

| Record Item No. | Description |
|---|---|

736.  Filed By: Individual
Filed Date:  2/16/2016
Accession No:  20160216-0075
Description:  Comments of Otila Delgado re the Annova LNG
Brownsville Project et al. under PF15-15 et al.

737.  Filed By: Individual
Filed Date:  2/16/2016
Accession No:  20160216-0081
Description:  Comments of Iris Castillo re the Texas LNG Project et
al. under PF15-14 et al.

738.  Filed By: Individual
Filed Date:  2/16/2016
Accession No:  20160216-0082
Description:  Comments of Gilberto Delgado re the Texas LNG
Project et al. under PF15-15 et al.

739.  Filed By: Texas LNG Brownsville LLC
Filed Date:  2/18/2016
Accession No:  20160218-5212
Description:  Texas LNG Brownsville LLC submits its Monthly
Report for January 16, 2016, through February 15, 2016, under PF15-
14.

740.  Filed By: Individual
Filed Date:  2/22/2016
Accession No:  20160223-0011
Description:  Comments of Ann J. Paddock re the Texas LNG Project
et al. under PF15-14 et al.

741.  Issued By: Office of Energy Projects
Filed Date:  2/26/2016
Accession No:  20160226-3006
Description:  Letter to Texas LNG Brownsville LLC providing
comments on Draft Resource Reports 1-10 for the Texas LNG Project
under PF15-14.

**Record**
**Item No.**        **Description**

742.        Issued By: Office of Energy Projects
            Filed Date:  3/2/2016
            Accession No:  20160302-3009
            Description:  Letter to Texas LNG Brownsville LLC providing
            comments on Draft Resource Report 11 for the Texas LNG
            Brownsville LNG Project under PF15-14.

743.        Filed By: Individual
            Filed Date:  3/7/2016
            Accession No:  20160308-0077
            Description:  Comments of Kathleen Jaudzenis regarding the Texas
            LNG Project et al. under PF15-14 et al.

744.        Filed By: Individual
            Filed Date:  3/8/2016
            Accession No:  20160309-0088
            Description:  Comments of Gabriel Hernandez re the Annova LNG
            Project et al. under PF15-15 et al.

745.        Filed By: Individual
            Filed Date:  3/24/2016
            Accession No:  20160323-0014
            Description:  Comments of Stan Sterba re the Texas LNG Project et
            al. under PF15-14 et al.

746.        Filed By: Texas LNG Brownsville LLC
            Filed Date:  3/31/2016
            Accession No:  20160331-5062
            Description:  Texas LNG Brownsville LLC submits Section 3
            Application for Authorization for certain facilities which comprise the
            proposed Texas LNG Project under CP16-116.

| Record Item No. | Description |
| --- | --- |

747.     Filed By: Texas LNG Brownsville LLC
Filed Date: 3/31/2016
Accession No: 20160331-5063
Description: Texas LNG Brownsville LLC submits Section 3 Application for Authorization for certain facilities which comprise the proposed Texas LNG Project under CP16-116.

748.     Filed By: Texas LNG Brownsville LLC
Filed Date: 3/31/2016
Accession No: 20160331-5064
Description: Texas LNG Brownsville LLC submits Section 3 Application for Authorization for certain facilities which comprise the proposed Texas LNG Project under CP16-116.

749.     Filed By: Individual
Filed Date: 3/24/2016
Accession No: 20160323-0014
Description: Comments of Stan Sterba re the Texas LNG Project et al. under PF15-14 et al.

750.     Filed By: Individuals
Filed Date: 4/1/2016
Accession No: 20160401-0065
Description: Comments of Lynne and Jim Skripka re the Texas LNG Project et al. under PF15-14 et al.

751.     Filed By: Friends Of Laguna Atascosa National Wildlife Refuge
Filed Date: 4/4/2016
Accession No: 20160404-0046
Description: Comments of Friends of Laguna Atascosa National Wildlife Refuge re the Annova LNG Brownsville Project et al. under PF15-15 et al.

| Record<br>Item No. | Description |
|---|---|

752.    Filed By: Texas LNG Brownsville LLC
Filed Date:  4/4/2016
Accession No:  20160404-5291
Description:  Texas LNG Brownsville LLC submits its Monthly
Report for February 16, 2016, through March 15, 2016, under PF15-
14.

753.    Filed By: Texas LNG Brownsville LLC
Filed Date:  4/8/2016
Accession No:  20160408-5143
Description:  Texas LNG Brownsville LLC submits supplemental
information under CP16-116.

754.    Issued By: Office Of Energy Projects
Filed Date:  4/12/2016
Accession No:  20160412-4007
Description:  Filing Statement for Hazard Modeling Input/Output
Files re the Texas LNG Project under CP16-116.

755.    Issued By: Office of Energy Projects
Filed Date:  4/13/2016
Accession No:  20160413-4023
Description:  Site Visit Summary dated 2/4/16 re the Texas LNG
Project, Annova LNG Project, and Rio Grande LNG Project under
PF15-14 et al.

756.    Issued By: Secretary Of The Commission, FERC
Filed Date:  4/14/2016
Accession No:  20160414-3012
Description:  Notice of Texas LNG Brownsville LLC's 3/31/16 filing
of an application requesting authorization to site, construct, modify,
and operate a new liquefied natural gas export terminal located in the
Port of Brownsville, Texas under CP16-116 et al.

| Record Item No. | Description |
|---|---|

757.    Filed By: Individual
         Filed Date:  4/15/2016
         Accession No:  20160415-5040
         Description:  Comments of Rick Teter under CP16-116.

758.    Filed By: Individual
         Filed Date:  4/18/2016
         Accession No:  20160418-5004
         Description:  Comment of Sharon Almaguer in Docket(s)/Project(s)
         CP16-116-000. Submission Date: 4/15/2016.

759.    Filed By: Individual
         Filed Date:  4/18/2016
         Accession No:  20160418-5010
         Description:  (doc-less) Motion to Intervene of Sarah A. Robledo
         under CP16-116.

760.    Filed By: Individual
         Filed Date:  4/18/2016
         Accession No:  20160418-5021
         Description:  Report of Rick Teter under CP16-116.

761.    Filed By: Individual
         Filed Date:  4/18/2016
         Accession No:  20160418-5024
         Description:  (doc-less) Motion to Intervene of Sharon Almaguer
         under CP16-116.

762.    Filed By: Individual
         Filed Date:  4/18/2016
         Accession No:  20160418-5151
         Description:  Motion to Intervene of Diane Teter under CP16-116.

| Record Item No. | Description |
|---|---|

763.    Filed By: Individual
        Filed Date:  4/19/2016
        Accession No:  20160419-5005
        Description:  (doc-less) Motion to Intervene of Jim Chapman under
        CP16-116.

764.    Filed By: Individual
        Filed Date:  4/19/2016
        Accession No:  20160419-5006
        Description:  (doc-less) Motion to Intervene of Rebekah L. Hinojosa
        under CP16-116.

765.    Filed By: Individual
        Filed Date:  4/19/2016
        Accession No:  20160419-5054
        Description:  Motion to Intervene of Anabela Cruz under CP16-116.

766.    Filed By: Individual
        Filed Date:  4/19/2016
        Accession No:  20160419-5066
        Description:  Comment of Anabela Cruz in Docket(s)/Project(s)
        CP16-116-000.

767.    Filed By: Individual
        Filed Date:  4/19/2016
        Accession No:  20160419-5146
        Description:  (doc-less) Motion to Intervene of Sarah Garza under
        CP16-116.

768.    Filed By: Individual
        Filed Date:  4/20/2016
        Accession No:  20160420-5028
        Description:  (doc-less) Motion to Intervene of Sarah Robles under
        CP16-116.

| Record Item No. | Description |
|---|---|

769.     Filed By: Individual
         Filed Date: 4/20/2016
         Accession No: 20160420-5057
         Description: Comment of Terence M. Garrett in Docket(s)/Project(s) CP16-116-000.

770.     Filed By: Individual
         Filed Date: 4/20/2016
         Accession No: 20160420-5079
         Description: Motion to Intervene by Terence M. Garrett, Ph.D. under CP16-116.

771.     Filed By: Individual
         Filed Date: 4/21/2016
         Accession No: 20160421-0011
         Description: Comments of William E. Kenon re the Texas LNG Project et al. under PF15-14 et al.

772.     Filed By: Individual
         Filed Date: 4/21/2016
         Accession No: 20160421-5012
         Description: (doc-less) Motion to Intervene of Daniella Zarate under CP16-116.

773.     Filed By: Individual
         Filed Date: 4/21/2016
         Accession No: 20160421-5013
         Description: (doc-less) Motion to Intervene of Rebekah Hinojosa under CP16-116.

774.     Filed By: Individual
         Filed Date: 4/21/2016
         Accession No: 20160421-5102
         Description: (doc-less) Motion to Intervene of Larry G. Schroeder under CP16-116.

| Record Item No. | Description |
|---|---|

**775.**

Filed By: Individual
Filed Date:  4/21/2016
Accession No:  20160421-5103
Description:  (doc-less) Motion to Intervene of Maryann R. Schroeder under CP16-116.

**776.**

Filed By: Individual
Filed Date:  4/22/2016
Accession No:  20160422-5032
Description:  (doc-less) Motion to Intervene of Victoria A. Scharen under CP16-116.

**777.**

Filed By: Individual
Filed Date:  4/22/2016
Accession No:  20160422-5062
Description:  (doc-less) Motion to Intervene of William B. Beaty under CP16-116.

**778.**

Filed By: Individual
Filed Date:  4/22/2016
Accession No:  20160422-5157
Description:  (doc-less) Motion to Intervene of Mary E. Volz under CP16-116.

**779.**

Filed By: Individual
Filed Date:  4/25/2016
Accession No:  20160425-0044
Description:  Comments of Rebecca Rodriguez re the Annova LNG Brownsville Project et al. under PF15-15 et al.

**780.**

Filed By: Individual
Filed Date:  4/25/2016
Accession No:  20160425-0058
Description:  Comments of Ester Ybarra re the Annova LNG Brownsville Project et al. under PF15-15 et al.

| Record Item No. | Description |
|---|---|

781.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5012
        Description:  Comment of Alden Ray in Docket(s)/Project(s) CP16-116-000. Submission Date: 4/23/2016.

782.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5014
        Description:  Comment of Bud Sherry in Docket(s)/Project(s) CP16-116-000. Submission Date: 4/23/2016.

783.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5030
        Description:  Comment of Daniella Zarate in Docket(s)/Project(s) PF15-14-000.

784.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5033
        Description:  (doc-less) Motion to Intervene of Sonia Martin under CP16-116.

785.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5034
        Description:  (doc-less) Motion to Intervene of Catherine A. Waller under CP16-116.

786.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5043
        Description:  Motion to Intervene of Madeleine Sandefur under CP16-116.

| Record Item No. | Description |
| --- | --- |

787.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5044
        Description:  (doc-less) Motion to Intervene of Maria Galasso under
        CP16-116.

788.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5045
        Description:  (doc-less) Motion to Intervene of James R. Bathurst
        under CP16-116.

789.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5047
        Description:  (doc-less) Motion to Intervene of Genesis D. Alvarado
        under CP16-116.

790.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5064
        Description:  Motion to Intervene of Rick Teter under CP16-116.

791.    Filed By: Individual
        Filed Date:  4/25/2016
        Accession No:  20160425-5138
        Description:  (doc-less) Motion to Intervene of Marianne Kobie under
        CP16-116.

792.    Filed By: Burnell Marine & Supply
        Filed Date:  4/25/2016
        Accession No:  20160425-5331
        Description:  (doc-less) Motion to Intervene of Burnell Marine &
        Supply under CP16-116.

| Record Item No. | Description |
|---|---|

793.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5011
        Description: Comment of Carolina L. Garcia in Docket(s)/Project(s)
        CP16-116-000. Submission Date: 4/25/2016.

794.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5016
        Description: (doc-less) Motion to Intervene of Michael P. Fillegal
        under CP16-116.

795.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5017
        Description: (doc-less) Motion to Intervene of Stephen W. Johnston
        under CP16-116.

796.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5018
        Description: (doc-less) Motion to Intervene of Myrna E. Wright
        under CP16-116.

797.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5019
        Description: (doc-less) Motion to Intervene of Eric L. Swayder under
        CP16-116.

798.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5020
        Description: (doc-less) Motion to Intervene of Anne B. Weiss under
        CP16-116.

| Record Item No. | Description |
|---|---|

799.    Filed By: Individual
        Filed Date: 4/26/2016
        Accession No: 20160426-5023
        Description: (doc-less) Motion to Intervene of Sandra L. Etter under CP16-116.

800.    Filed By: Individuals
        Filed Date: 4/26/2016
        Accession No: 20160426-5224
        Description: Comment of Alden and Beverly Ray in Docket(s)/Project(s) CP16-116-000.

801.    Filed By: Shrimp Outlet
        Filed Date: 4/26/2016
        Accession No: 20160426-5254
        Description: (doc-less) Motion to Intervene of Shrimp Outlet under CP16-116.

802.    Filed By: Individual
        Filed Date: 4/27/2016
        Accession No: 20160427-5003
        Description: Comment of Eric L. Swayder in Docket(s)/Project(s) CP16-116-000. Submission Date: 4/26/2016.

803.    Filed By: Individual
        Filed Date: 4/27/2016
        Accession No: 20160427-5031
        Description: Motion to Intervene of Selena Ramirez under CP16-116.

804.    Filed By: Individual
        Filed Date: 4/27/2016
        Accession No: 20160427-5070
        Description: (doc-less) Motion to Intervene of Cynthia R. Sturlin under CP16-116.

**Record
Item No.**    **Description**

805.    Filed By: Individual
Filed Date:  4/27/2016
Accession No:  20160427-5075
Description:  (doc-less) Motion to Intervene of Joyce M. Hamilton
under CP16-116.

806.    Filed By: Texas LNG Brownsville LLC
Filed Date:  4/27/2016
Accession No:  20160427-5115
Description:  Texas LNG Brownsville LLC submits its Monthly
Report for March 16, 2016, through April 15, 2016 under PF15-14.

807.    Filed By: Individual
Filed Date:  4/27/2016
Accession No:  20160427-5233
Description:  (doc-less) Motion to Intervene of Marion Mason under
CP16-116.

808.    Filed By: Individual
Filed Date:  4/28/2016
Accession No:  20160428-5217
Description:  (doc-less) Motion to Intervene of Marianne Poythress
under CP16-116.

809.    Filed By: Individual
Filed Date:  4/29/2016
Accession No:  20160429-5031
Description:  (doc-less) Motion to Intervene of Greta J. McBride
under CP16-116.

810.    Filed By: Individual
Filed Date:  4/29/2016
Accession No:  20160429-5051
Description:  (doc-less) Motion to Intervene of Susan Wilkins G. L.
Geery under CP16-116.

| Record Item No. | Description |
|---|---|

811.    Filed By: Individual
        Filed Date:  4/29/2016
        Accession No:  20160429-5054
        Description:  (doc-less) Motion to Intervene of Donna K. Jones under CP16-116.

812.    Filed By: Individual
        Filed Date:  4/29/2016
        Accession No:  20160429-5113
        Description:  (doc-less) Motion to Intervene of Garry Stebbins under CP16-116.

813.    Filed By: Individual
        Filed Date:  4/29/2016
        Accession No:  20160429-5365
        Description:  (doc-less) Motion to Intervene of Bobby G. Davidson under CP16-116.

814.    Filed By: Individual
        Filed Date:  4/29/2016
        Accession No:  20160429-5372
        Description:  Comment of Carol J. Wuis in Docket(s)/Project(s) CP16-116-000.

815.    Filed By: Individual
        Filed Date:  4/29/2016
        Accession No:  20160429-5475
        Description:  (doc-less) Motion to Intervene of Edward N. McBride under CP16-116.

816.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5010
        Description:  Comment of Allen Lunde in Docket(s)/Project(s) CP16-116-000. Submission Date: 5/1/2016.

| Record<br>Item No. | Description |
|---|---|

817.    Filed By: Marine Salvage & Service Inc.
Filed Date:  5/2/2016
Accession No:  20160502-5028
Description:  (doc-less) Motion to Intervene of Marine Salvage &
Service Inc. under CP16-116.

818.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5046
Description:  (doc-less) Motion to Intervene of Michael R. Shelton
under CP16-116.

819.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5049
Description:  (doc-less) Motion to Intervene of Claudia P. Montiel
under CP16-116.

820.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5050
Description:  (doc-less) Motion to Intervene of Mariana Y. Lopez
under CP16-116.

821.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5051
Description:  (doc-less) Motion to Intervene of Marlene Lara under
CP16-116.

822.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5055
Description:  (doc-less) Motion to Intervene of Jamie Sweeden under
CP16-116.

| Record Item No. | Description |
| --- | --- |

823.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5056
        Description:  (doc-less) Motion to Intervene of Malcolm Sweeden
        under CP16-116.

824.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5065
        Description:  (doc-less) Motion to Intervene of Mohammed Jawad
        under CP16-116.

825.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5067
        Description:  (doc-less) Motion to Intervene of Deborah Vann under
        CP16-116.

826.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5073
        Description:  (doc-less) Motion to Intervene of Bernardino Villescas
        under CP16-116.

827.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5078
        Description:  (doc-less) Motion to Intervene of Carol L. Gluntz under
        CP16-116.

828.    Filed By: Individual
        Filed Date:  5/2/2016
        Accession No:  20160502-5083
        Description:  (doc-less) Motion to Intervene of Laurie Gaudi under
        CP16-116.

| Record Item No. | Description |
|---|---|

829.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5096
Description:  (doc-less) Motion to Intervene of Robbie L. Coffman under CP16-116.

830.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5114
Description:  (doc-less) Motion to Intervene of Robbie L. Coffman under CP16-116.

831.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5123
Description:  (doc-less) Motion to Intervene of Warren Winger under CP16-116.

832.    Filed By: Brownsville Navigation District of Cameron County, Texas
Filed Date:  5/2/2016
Accession No:  20160502-5125
Description:  (doc-less) Motion to Intervene of Brownsville Navigation District of Cameron County, Texas under PF15-14.

833.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5192
Description:  (doc-less) Motion to Intervene of Gail F. Tschirhart under CP16-116.

834.    Filed By: Individual
Filed Date:  5/2/2016
Accession No:  20160502-5238
Description:  (doc-less) Motion to Intervene of Roberto J. Robledo, Jr. under CP16-116.

| Record Item No. | Description |
|---|---|

835.  Filed By: Individual
      Filed Date: 5/2/2016
      Accession No: 20160502-5268
      Description: (doc-less) Motion to Intervene of Pedro Moreno, Jr. under CP16-116.

836.  Filed By: Brownsville Navigation District of Cameron County, Texas
      Filed Date: 5/2/2016
      Accession No: 20160502-5340
      Description: (doc-less) Motion to Intervene of Brownsville Navigation District of Cameron County, Texas under CP16-116.

837.  Filed By: Individual
      Filed Date: 5/2/2016
      Accession No: 20160502-5355
      Description: (doc-less) Motion to Intervene of M. Bridget Hagerty under CP16-116.

838.  Filed By: Individual
      Filed Date: 5/2/2016
      Accession No: 20160502-5356
      Description: (doc-less) Motion to Intervene of Geoge A. Gunderson under CP16-116.

839.  Filed By: Individual
      Filed Date: 5/3/2016
      Accession No: 20160503-5004
      Description: (doc-less) Motion to Intervene of Philip I. Parkinson under CP16-116.

840.  Filed By: Individual
      Filed Date: 5/3/2016
      Accession No: 20160503-5007
      Description: (doc-less) Motion to Intervene of Russell D. Petersen under CP16-116.

| **Record Item No.** | **Description** |
|---|---|

841.     Filed By: Individual
         Filed Date:  5/3/2016
         Accession No:  20160503-5009
         Description:  (doc-less) Motion to Intervene of David M. Thurston
         under CP16-116.

842.     Filed By: Individual
         Filed Date:  5/3/2016
         Accession No:  20160503-5010
         Description:  (doc-less) Motion to Intervene of Doris J. Meinerding
         under CP16-116.

843.     Filed By: Individual
         Filed Date:  5/3/2016
         Accession No:  20160503-5018
         Description:  Motion to Intervene of Patrick Anderson under CP16-116.

844.     Filed By: Individual
         Filed Date:  5/3/2016
         Accession No:  20160503-5028
         Description:  (doc-less) Motion to Intervene of Dennis J. Sullivan
         under CP16-116.

845.     Filed By: Individual
         Filed Date:  5/3/2016
         Accession No:  20160503-5049
         Description:  (doc-less) Motion to Intervene of Melvin Poyzer under
         CP16-116.

846.     Filed By: Individual
         Filed Date:  5/3/2016
         Accession No:  20160503-5050
         Description:  (doc-less) Motion to Intervene of Patricia G. Grantom
         under CP16-116-000.

| Record Item No. | Description |
|---|---|

847.    Filed By: Individual
Filed Date:  5/3/2016
Accession No:  20160503-5055
Description:  (doc-less) Motion to Intervene of Doug Snyder under CP16-116.

848.    Filed By: Individual
Filed Date:  5/3/2016
Accession No:  20160503-5061
Description:  (doc-less) Motion to Intervene of Joseph Cantu under CP16-116.

849.    Filed By: Individual
Filed Date:  5/3/2016
Accession No:  20160503-5062
Description:  (doc-less) Motion to Intervene of Charles W. Doughty under CP16-116.

850.    Filed By: Individual
Filed Date:  5/3/2016
Accession No:  20160503-5171
Description:  (doc-less) Motion to Intervene of Robert Severson under CP16-116.

851.    Filed By: Individual
Filed Date:  5/4/2016
Accession No:  20160504-5001
Description:  Comment of Ron Guillot in Docket(s)/Project(s) CP16-116-000. Submission Date: 5/3/2016.

852.    Filed By: Individual
Filed Date:  5/4/2016
Accession No:  20160504-5004
Description:  (doc-less) Motion to Intervene of Theresa Rudolph under CP16-116.

**Record
Item No.**          **Description**

853.          Filed By: Individual
              Filed Date:  5/4/2016
              Accession No:  20160504-5005
              Description:  (doc-less) Motion to Intervene of Julie Edelstein Best
              under CP16-116.

854.          Filed By: Individual
              Filed Date:  5/4/2016
              Accession No:  20160504-5008
              Description:  (doc-less) Motion to Intervene of Richard Conway under
              CP16-116.

855.          Filed By: Individual
              Filed Date:  5/4/2016
              Accession No:  20160504-5009
              Description:  (doc-less) Motion to Intervene of Lucinda K. Wierenga
              under CP16-116.

856.          Filed By: Individual
              Filed Date:  5/4/2016
              Accession No:  20160504-5010
              Description:  (doc-less) Motion to Intervene of Eileen F. Conway
              under CP16-116.

857.          Filed By: Individual
              Filed Date:  5/4/2016
              Accession No:  20160504-5011
              Description:  (doc-less) Motion to Intervene of Debra L. Villescas
              under CP16-116.

858.          Filed By: Individual
              Filed Date:  5/4/2016
              Accession No:  20160504-5013
              Description:  (doc-less) Motion to Intervene of Tawnya L. Woods
              under CP16-116.

| Record Item No. | Description |
|---|---|

859.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5014
        Description:  (doc-less) Motion to Intervene of Madeleine Smither
        under CP16-116.

860.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5015
        Description:  (doc-less) Motion to Intervene of Paul R. Durr, Jr. under
        CP16-116.

861.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5016
        Description:  Motion to Intervene of Mark S. Grantom under CP16-
        116.

862.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5017
        Description:  (doc-less) Motion to Intervene of Laura L. Miniel under
        CP16-116.

863.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5027
        Description:  (doc-less) Motion to Intervene of Jaime R. Leal under
        CP16-116.

864.    Filed By: Friends of Laguna Atascosa National Wildlife Refuge
        Filed Date:  5/4/2016
        Accession No:  20160504-5037
        Description:  (doc-less) Motion to Intervene of Friends of Laguna
        Atascosa National Wildlife Refuge under CP16-116.

| Record Item No. | Description |
|---|---|

865.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5045
        Description:  (doc-less) Motion to Intervene of Javier Ibarra under
        CP16-116.

866.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5052
        Description:  (doc-less) Motion to Intervene of Donna C. Masrhoun
        under CP16-116.

867.    Filed By: Defenders Of Wildlife
        Filed Date:  5/4/2016
        Accession No:  20160504-5053
        Description:  Motion to Intervene of Defenders Of Wildlife under
        CP16-116.

868.    Filed By: Defenders Of Wildlife
        Filed Date:  5/4/2016
        Accession No:  20160504-5053
        Description:  Motion to Intervene of Defenders Of Wildlife under
        CP16-116.

869.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5089
        Description:  (doc-less) Motion to Intervene of Doris A. Adam under
        CP16-116.

870.    Filed By: Individual
        Filed Date:  5/4/2016
        Accession No:  20160504-5099
        Description:  (doc-less) Motion to Intervene of Joanna Ward, BSN,
        MSN, PNP, RN under CP16-116.

| Record<br>Item No. | Description |
|---|---|

871.    Filed By: Individual
        Filed Date: 5/4/2016
        Accession No: 20160504-5104
        Description: (doc-less) Motion to Intervene of Martin G. Olivarez
        under CP16-116.

872.    Filed By: Individual
        Filed Date: 5/4/2016
        Accession No: 20160504-5114
        Description: (doc-less) Motion to Intervene of Glenda M. Stafford
        under CP16-116.

873.    Filed By: Long Island Village Owners Association
        Filed Date: 5/4/2016
        Accession No: 20160504-5121
        Description: (doc-less) Motion to Intervene of Long Island Village
        Owners Association under CP16-116.

874.    Filed By: Individual
        Filed Date: 5/4/2016
        Accession No: 20160504-5143
        Description: (doc-less) Motion to Intervene of Bud Sherry under
        CP16-116.

875.    Filed By: Individual
        Filed Date: 5/4/2016
        Accession No: 20160504-5147
        Description: (doc-less) Motion to Intervene of Selena A. Sierra under
        CP16-116.

876.    Filed By: Individual
        Filed Date: 5/4/2016
        Accession No: 20160504-5171
        Description: (doc-less) Motion to Intervene of Martha J. Griffin-
        Woodward under CP16-116.

| Record Item No. | Description |
|---|---|

877.   Filed By: Individual
       Filed Date:  5/4/2016
       Accession No:  20160504-5172
       Description:  (doc-less) Motion to Intervene of Adam Baker under
       CP16-116.

878.   Filed By: Individual
       Filed Date:  5/4/2016
       Accession No:  20160504-5176
       Description:  (doc-less) Motion to Intervene of Kenneth R. Waller
       under CP16-116.

879.   Filed By: Individual
       Filed Date:  5/4/2016
       Accession No:  20160504-5179
       Description:  (doc-less) Motion to Intervene of Carlos A. Leal under
       CP16-116.

880.   Filed By: Surfrider Foundation South Texas Chapter
       Filed Date:  5/4/2016
       Accession No:  20160504-5188
       Description:  (doc-less) Motion to Intervene of Surfrider Foundation
       South Texas Chapter under CP16-116.

881.   Filed By: Individual
       Filed Date:  5/4/2016
       Accession No:  20160504-5193
       Description:  (doc-less) Motion to Intervene of Jean F. Owen under
       CP16-116.

882.   Filed By: Individual
       Filed Date:  5/5/2016
       Accession No:  20160505-5003
       Description:  Comment of Donald L. Hockaday in Docket(s)/
       Project(s) CP16-116-000. Submission Date: 5/4/2016.

| Record Item No. | Description |
|---|---|

**883.**  Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5016
Description:  (doc-less) Motion to Intervene of Perla M. Leal under CP16-116.

**884.**  Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5017
Description:  (doc-less) Motion to Intervene of Maria M. Garcia under CP16-116.

**885.**  Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5019
Description:  (doc-less) Motion to Intervene of Larry M. Hollmann under CP16-116.

**886.**  Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5021
Description:  (doc-less) Motion to Intervene of Susana Dunlap under CP16-116.

**887.**  Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5022
Description:  (doc-less) Motion to Intervene of Mary E. Hollmann under CP16-116.

**888.**  Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5023
Description:  (doc-less) Motion to Intervene of Rebekah Barrera under CP16-116.

| **Record** | |
|---|---|
| **Item No.** | **Description** |

889.　　Filed By: Individual
　　　　Filed Date:  5/5/2016
　　　　Accession No:  20160505-5025
　　　　Description:  Motion to Intervene of Diana M. Garza under CP16-116.

890.　　Filed By: Individual
　　　　Filed Date:  5/5/2016
　　　　Accession No:  20160505-5027
　　　　Description:  (doc-less) Motion to Intervene of Donald L. Hockaday
　　　　under CP16-116.

891.　　Filed By: Individual
　　　　Filed Date:  5/5/2016
　　　　Accession No:  20160505-5032
　　　　Description:  (doc-less) Motion to Intervene of Charlotte A. Barker-
　　　　Stanton under CP16-116.

892.　　Filed By: Rio Grande Valley Coalition for Healthy Children
　　　　Filed Date:  5/5/2016
　　　　Accession No:  20160505-5033
　　　　Description:  Motion to Intervene of Rio Grande Valley Coalition for
　　　　Healthy Children under CP16-116.

893.　　Filed By: Individual
　　　　Filed Date:  5/5/2016
　　　　Accession No:  20160505-5039
　　　　Description:  (doc-less) Motion to Intervene of La Mon T. Chaney
　　　　under CP16-116.

894.　　Filed By: Individual
　　　　Filed Date:  5/5/2016
　　　　Accession No:  20160505-5040
　　　　Description:  (doc-less) Motion to Intervene of Liz Deitrick under
　　　　CP16-116.

| Record Item No. | Description |
|---|---|

895.    Filed By: Individual
        Filed Date:  5/5/2016
        Accession No:  20160505-5041
        Description:  (doc-less) Motion to Intervene of William C. Best, Jr.
        under CP16-116.

896.    Filed By: City of Port Isabel, Texas
        Filed Date:  5/5/2016
        Accession No:  20160505-5042
        Description:  Motion to Intervene of City of Port Isabel, Texas under
        CP16-116.

897.    Filed By: Individual
        Filed Date:  5/5/2016
        Accession No:  20160505-5045
        Description:  (doc-less) Motion to Intervene of Michael Adam under
        CP16-116.

898.    Filed By: Individual
        Filed Date:  5/5/2016
        Accession No:  20160505-5051
        Description:  (doc-less) Motion to Intervene of Marc W. Gentry under
        CP16-116.

899.    Filed By: Individual
        Filed Date:  5/5/2016
        Accession No:  20160505-5083
        Description:  (doc-less) Motion to Intervene of Martin G. Olivarez, Jr.
        under CP16-116.

900.    Filed By: Individual
        Filed Date:  5/5/2016
        Accession No:  20160505-5094
        Description:  (doc-less) Motion to Intervene of Maria V. Cardenas
        under CP16-116.

| Record Item No. | Description |
|---|---|

901.  Filed By: Individual
      Filed Date:  5/5/2016
      Accession No:  20160505-5112
      Description:  Motion to Intervene of Nancy V. De La Cruz under CP16-116.

902.  Filed By: Individual
      Filed Date:  5/5/2016
      Accession No:  20160505-5113
      Description:  (doc-less) Motion to Intervene of Nicole Ekstrom under CP16-116.

903.  Filed By: Frontera Audubon
      Filed Date:  5/5/2016
      Accession No:  20160505-5134
      Description:  Motion to Intervene of Frontera Audubon under CP16-116.

904.  Filed By: Individual
      Filed Date:  5/5/2016
      Accession No:  20160505-5140
      Description:  (doc-less) Motion to Intervene of John Davis under CP16-116.

905.  Filed By: Individual
      Filed Date:  5/5/2016
      Accession No:  20160505-5148
      Description:  Motion to Intervene of Rudy Salinas, Esq. under CP16-116.

906.  Filed By: Individual
      Filed Date:  5/5/2016
      Accession No:  20160505-5164
      Description:  (doc-less) Motion to Intervene of Judith A. Boris under CP16-116. Individual intervening is residential property owner.

**Record
Item No.**    <u>**Description**</u>

907.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5165
Description:  (doc-less) Motion to Intervene of Flora E. Gunderson
under CP16-116.

908.    Filed By: Friends of the Wildlife Corridor
Filed Date:  5/5/2016
Accession No:  20160505-5172
Description:  Motion to Intervene of Friends of the Wildlife Corridor
under CP16-116.

909.    Filed By: Lower Laguna Madre Foundation
Filed Date:  5/5/2016
Accession No:  20160505-5181
Description:  Motion to Intervene of Lower Laguna Madre
Foundation under CP16-116.

910.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5182
Description:  (doc-less) Motion to Intervene of Sylvia Hatton under
CP16-116.

911.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5198
Description:  (doc-less) Motion to Intervene of Susan E. Smith under
CP16-116.

912.    Filed By: Sierra Club
Filed Date:  5/5/2016
Accession No:  20160505-5202
Description:  Motion to Intervene and Protest of Sierra Club under
CP16-116.

| **Record** **Item No.** | **Description** |
|---|---|

913.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5206
Description:  (doc-less) Motion to Intervene of Rose M. Ouderkirk under CP16-116.

914.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5210
Description:  (doc-less) Motion to Intervene of Kassandra Mendoza under CP16-116.

915.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5218
Description:  (doc-less) Motion to Intervene of Noe Acevedo under CP16-116.

916.    Filed By: Brownsville/Port Isabel Shrimp Association
Filed Date:  5/5/2016
Accession No:  20160505-5221
Description:  (doc-less) Motion to Intervene of Brownsville/Port Isabel Shrimp Association under CP16-116.

917.    Filed By: Sierra Club
Filed Date:  5/5/2016
Accession No:  20160505-5230
Description:  Motion to Intervene of Sierra Club under CP16-116.

918.    Filed By: Individual
Filed Date:  5/5/2016
Accession No:  20160505-5235
Description:  (doc-less) Motion to Intervene of G. Brook Sefton under CP16-116.

| **Record Item No.** | **Description** |
|---|---|

919.   Filed By: Vecinos Para el Bienestar de la Comunidad Costera
Filed Date: 5/5/2016
Accession No: 20160505-5254
Description: Motion to Intervene of Vecinos Para el Bienestar de la Comunidad Costera under CP16-116.

920.   Filed By: Texas Shrimp Association
Filed Date: 5/5/2016
Accession No: 20160505-5255
Description: (doc-less) Motion to Intervene of Texas Shrimp Association under CP16-116.

921.   Filed By: Sierra Club
Filed Date: 5/5/2016
Accession No: 20160505-5257
Description: Protest of Sierra Club under CP16-116-000.

922.   Filed By: Individual
Filed Date: 5/5/2016
Accession No: 20160505-5261
Description: (doc-less) Motion to Intervene of Maria Almaguer under CP16-116.

923.   Filed By: Individual
Filed Date: 5/5/2016
Accession No: 20160505-5265
Description: (doc-less) Motion to Intervene of Natalia G. Hernandez under CP16-116.

924.   Filed By: Individual
Filed Date: 5/5/2016
Accession No: 20160505-5266
Description: (doc-less) Motion to Intervene of Edna Goette under CP16-116.

| **Record Item No.** | **Description** |
|---|---|

925.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5000
        Description:  Comment of John Young in Docket(s)/Project(s) CP16-116-000. Submission Date: 5/5/2016.

926.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5015
        Description:  (doc-less) Motion to Intervene of William Berg under CP16-116.

927.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5018
        Description:  (doc-less) Motion to Intervene of Kathleen E. Lillie under CP16-116.

928.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5023
        Description:  Motion to Intervene of Fatima Fuentes under CP16-116.

929.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5026
        Description:  (doc-less) Motion to Intervene of Ariana Davila under CP16-116.

930.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5029
        Description:  (doc-less) Motion to Intervene of Abel Quintero, III under CP16-116.

| Record Item No. | Description |
|---|---|

931.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5030
        Description:  (doc-less) Motion to Intervene of Joe Barber under
        CP16-116.

932.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5031
        Description:  (doc-less) Motion to Intervene of Rosanna E. Pantin
        under CP16-116.

933.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5033
        Description:  (doc-less) Motion to Intervene of Missy Bruce under
        CP16-116.

934.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5034
        Description:  (doc-less) Motion to Intervene of Renee W. Crouch
        under CP16-116.

935.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5083
        Description:  (doc-less) Motion to Intervene of David Lohse under
        CP16-116.

936.    Filed By: Individual
        Filed Date:  5/6/2016
        Accession No:  20160506-5186
        Description:  (doc-less) Motion to Intervene of Jason Fry under CP16-
        116.

| Record Item No. | Description |
|---|---|

937.    Filed By: National Park Service
        Filed Date:  5/9/2016
        Accession No:  20160509-5120
        Description:  Comments of National Park Service under CP16-116, et al.

938.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  5/11/2016
        Accession No:  20160511-5281
        Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

939.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  5/11/2016
        Accession No:  20160511-5282
        Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

940.    Filed By: Los Fresnos Area Chamber Of Commerce
        Filed Date:  5/12/2016
        Accession No:  20160512-0014
        Description:  Comments of the Los Fresnos Area Chamber of Commerce regarding the Texas LNG Brownsville LLC Project under CP16-116.

941.    Filed By: Individual
        Filed Date:  5/12/2016
        Accession No:  20160512-0015
        Description:  Comments of Mary Lewis re the Texas LNG Brownsville Project under CP16-116.

942.    Filed By: Individual
        Filed Date:  5/12/2016
        Accession No:  20160512-0016
        Description:  Comments of Stella Garcia re the Texas LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

943.    Filed By: Individual
Filed Date: 5/12/2016
Accession No: 20160512-0017
Description: Comments of Charles Lewis re the Texas LNG
Brownsville Project under CP16-116.

944.    Filed By: Town of Laguna Vista
Filed Date: 5/17/2016
Accession No: 20160517-5162
Description: Motion to Intervene of Town of Laguna Vista under
CP16-116.

945.    Issued By: Secretary Of The Commission, FERC
Filed Date: 5/19/2016
Accession No: 20160519-3002
Description: Notice of Rio Grande LNG, LLC's 5/5/16 filing of an
application requesting authorization to site, construct, modify, and
operate a natural gas liquefaction facility and liquefied natural gas
export and truck loading terminal, etc. under CP16-454 et al.

946.    Filed By: Texas LNG Brownsville LLC
Filed Date: 5/20/2016
Accession No: 20160520-5133
Description: Answer of Texas LNG Brownsville LLC to Public
Comments and Motion for Leave to Answer and Answer to Motions
to Intervene and Protests under CP16-116, et al.

947.    Filed By: Individual
Filed Date: 5/23/2016
Accession No: 20160523-5027
Description: Comment of Rick Teter in Docket(s)/Project(s) CP16-
116-000. Submission Date: 5/22/2016.

| Record Item No. | Description |
|---|---|

948.    Filed By: Individual
        Filed Date: 5/23/2016
        Accession No: 20160523-5037
        Description: (doc-less) 2nd Motion to Intervene of Rick Teter under
        CP16-116.

949.    Filed By: Individual
        Filed Date: 5/23/2016
        Accession No: 20160523-5263
        Description: (doc-less) 2nd Motion to Intervene of Rick Teter under
        CP16-116.

950.    Filed By: Individual
        Filed Date: 5/26/2016
        Accession No: 20160526-5005
        Description: Comment of Frances Wessel in Docket(s)/Project(s)
        PF15-14-000. Submission Date: 5/25/2016.

951.    Filed By: Individual
        Filed Date: 5/31/2016
        Accession No: 20160531-5034
        Description: Comment of Diane Teter in Docket(s)/Project(s) CP16-
        116-000. Submission Date: 5/29/2016.

952.    Filed By: Los Fresnos Area Chamber Of Commerce
        Filed Date: 6/2/2016
        Accession No: 20160602-0007
        Description: The Los Fresnos Area Chamber of Commerce submits
        comments re the Texas LNG Brownsville LLC Project under CP16-
        116.

953.    Filed By: Individual
        Filed Date: 6/2/2016
        Accession No: 20160602-0008
        Description: Texas Southmost College submits comments re the
        Texas LNG Brownsville Project under CP16-116.

| Record Item No. | Description |
|---|---|

**954.**  Filed By: Individual
Filed Date: 6/2/2016
Accession No: 20160602-0009
Description: Comments of Monte Schwarz re the Texas LNG Brownsville Project under CP16-116.

**955.**  Filed By: Individual
Filed Date: 6/2/2016
Accession No: 20160602-0010
Description: Comments of Mike Willis re the Texas LNG Brownsville Project under CP16-116.

**956.**  Filed By: Individual
Filed Date: 6/2/2016
Accession No: 20160602-0011
Description: Comments of the South Padre Island Chamber of Commerce in support of the Texas LNG Brownsville Project under CP16-116.

**957.**  Filed By: South Padre Island, Chamber Of Commerce
Filed Date: 6/6/2016
Accession No: 20160606-0008
Description: The City of South Padre Island submits a Motion to Intervene re Texas LNG Brownsville, LLC under CP16-116.

**958.**  Filed By: Texas LNG Brownsville LLC
Filed Date: 6/6/2016
Accession No: 20160606-0151
Description: Texas LNG Brownsville LLC submits the Design Spill Package for the Texas LNG Liquefaction Project under CP16-116.

**959.**  Filed By: Texas LNG Brownsville LLC
Filed Date: 6/6/2016
Accession No: 20160606-0152
Description: Texas LNG Brownsville LLC submits the Design Spill Package for the Texas LNG Liquefaction Project under CP16-116.

| Record Item No. | Description |
|---|---|

960.    Filed By: Texas State Lieutenant Governor Dan Patrick
        Filed Date: 6/6/2016
        Accession No: 20160606-0199
        Description: Texas State Lieutenant Governor Dan Patrick submits
        comments re the Texas LNG Brownsville Project under CP16-116.

961.    Filed By: K&L Gates LLP
        Filed Date: 6/6/2016
        Accession No: 20160606-4008
        Description: Texas LNG Brownsville LLC's CD containing
        supplemental information re the Design Spill Package under CP16-
        116.

962.    Filed By: Sea Turtle, Incorporated
        Filed Date: 6/6/2016
        Accession No: 20160606-5106
        Description: Motion to Intervene of Sea Turtle, Incorporated under
        CP16-116.

963.    Filed By: Individual
        Filed Date: 6/7/2016
        Accession No: 20160607-5208
        Description: (doc-less) Motion to Intervene of Bradley Willis under
        CP16-116.

964.    Filed By: Individual
        Filed Date: 6/8/2016
        Accession No: 20160608-5003
        Description: (doc-less) Motion to Intervene of Sara Stephens under
        CP16-116, et al.

965.    Filed By: Individual
        Filed Date: 6/8/2016
        Accession No: 20160608-5068
        Description: Comment of Stephen R. Sinclair in Docket(s)/Project(s)
        PF15-14-000.

| Record Item No. | Description |
|---|---|

966.    Filed By: City of South Padre Island, Texas
        Filed Date:  6/8/2016
        Accession No:  20160608-5154
        Description:  Motion to Intervene of City of South Padre Island, Texas under CP16-455, CP16116, et al.

967.    Filed By: Individual
        Filed Date:  6/9/2016
        Accession No:  20160609-5022
        Description:  (doc-less) Motion to Intervene of John M. Laferty under CP16-116.

968.    Filed By: Individual
        Filed Date:  6/9/2016
        Accession No:  20160609-5026
        Description:  (doc-less) Motion to Intervene of Bebe L. Jowell under CP16-116 to object to construction of pipelines in the Rio Grande Valley with the already inundated state of Texas leading the country in leaking underground storage and transmission lines.

969.    Filed By: Individual
        Filed Date:  6/9/2016
        Accession No:  20160609-5040
        Description:  (doc-less) Motion to Intervene of Cathy Laferty under CP16-116.

970.    Filed By: Individual
        Filed Date:  6/9/2016
        Accession No:  20160609-5073
        Description:  (doc-less) Motion to Intervene of Sarah A. Robledo under CP16-116.

971.    Filed By: Individual
        Filed Date:  6/9/2016
        Accession No:  20160609-5281
        Description:  (doc-less) Motion to Intervene of Jodi A. Burch under CP16-116.

**Record**
**Item No.**     **Description**

972.        Filed By: Individual
            Filed Date: 6/10/2016
            Accession No: 20160610-5040
            Description: (doc-less) Motion to Intervene of Patricia A. Celaya
            under CP16-116.

973.        Filed By: U.S. Senator John Cornyn
            Filed Date: 6/20/2016
            Accession No: 20160620-5090
            Description: Comment of U.S. Senator John Cornyn under CP16-116.

974.        Filed By: Individual
            Filed Date: 6/22/2016
            Accession No: 20160623-0008
            Description: Comments in Support of the Port Isabel Chamber of
            Commerce re the Texas LNG Brownsville Project under CP16-116.

975.        Filed By: Individual
            Filed Date: 6/22/2016
            Accession No: 20160623-0010
            Description: Non-Decisional: Comments of Felipe Saenz re the Texas
            LNG Brownsville Project under CP16-116.

976.        Filed By: State of Texas Senator Eddie Lucio, Jr.
            Filed Date: 6/22/2016
            Accession No: 20160624-0016
            Description: Comments of State of Texas Senator Eddie Lucio, Jr. re
            the Texas LNG Brownsville Project under CP16-116.

977.        Filed By: Individual
            Filed Date: 6/23/2016
            Accession No: 20160623-5002
            Description: Comment of Rebekah Hinojosa in Docket(s)/Project(s)
            CP16-116-000, CP16-454-000. Submission Date: 6/22/2016.

**Record Item No.**    **Description**

978.        Filed By: Associated General Contractors Of America (All Chapters)
            Filed Date:  6/27/2016
            Accession No:  20160627-0007
            Description:  Comments of the RGV Chapter-Associated General
            Contractors regarding the Texas LNG Project under CP16-116.

979.        Issued By: Chair And Immediate Staff (Chair)
            Filed Date:  7/5/2016
            Accession No:  20160707-0007
            Description:  Response to Lieutenant Governor of Texas Dan Patrick's
            5/16/16 letter regarding the Texas LNG Brownsville Project under
            CP16-116.

980.        Filed By: Texas LNG Brownsville LLC
            Filed Date:  7/7/2016
            Accession No:  20160707-5211
            Description:  Texas LNG Brownsville LLC submits an updated
            Landowner List under CP16-116.

981.        Filed By: Texas LNG Brownsville LLC
            Filed Date:  7/7/2016
            Accession No:  20160707-5212
            Description:  Texas LNG Brownsville LLC submits an updated
            Landowner List under CP16-116.

982.        Issued By: Office Of Energy Projects
            Filed Date:  7/8/2016
            Accession No:  20160708-3045
            Description:  Letter requesting David L. Wochner to file a complete
            response within 20 days re the engineering information request to
            assist in the analysis of the application for the Texas LNG Project
            under CP16-116.

| Record Item No. | Description |
|---|---|

983.    Issued By: Chair And Immediate Staff (Chair)
        Filed Date:  7/13/2016
        Accession No:  20160715-0008
        Description:  Response to Texas State Senator Eddie Lucio, Jr's 6/14/16 letter regarding the Texas LNG Brownsville Project under CP16-116.

984.    Filed By: Individual
        Filed Date:  7/18/2016
        Accession No:  20160718-5017
        Description:  (doc-less) Motion to Intervene of Jennifer Mendoza under CP16-116.

985.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  7/29/2016
        Accession No:  20160729-5014
        Description:  Response of Texas LNG Brownsville LLC to July 8, 2016 Engineering Data Request under CP16-116.

986.    Filed By: Texas LNG Brownsville LLC
        Filed Date:  7/29/2016
        Accession No:  20160729-5015
        Description:  Response of Texas LNG Brownsville LLC to July 8, 2016 Engineering Data Request under CP16-116.

987.    Filed By: Individual
        Filed Date:  8/15/2016
        Accession No:  20160815-5127
        Description:  (doc-less) Motion to Intervene of Gerardo Ruiz under CP16-116.

988.    Filed By: Save RGV from LNG
        Filed Date:  8/17/2016
        Accession No:  20160817-5152
        Description:  Comments of E. Silva and 49 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455), and Annova LNG (CP16-480).

| Record Item No. | Description |
|---|---|

989.    Filed By: Save RGV from LNG
        Filed Date:  8/17/2016
        Accession No:  20160817-5155
        Description:  Comments of E. Elizondo and 99 other individuals on
        Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo
        Pipeline (CP16-455), and Annova LNG (CP16-480).

990.    Filed By: Save RGV from LNG
        Filed Date:  8/17/2016
        Accession No:  20160817-5163
        Description:  Comments of Rebekah Hamilton and 29 other
        individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454),
        Rio Bravo Pipeline (CP16-455), and Annova LNG (CP16-480).

991.    Filed By: Save RGV from LNG
        Filed Date:  8/17/2016
        Accession No:  20160817-5165
        Description:  Comments of Robert Severson and 19 other individuals
        on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo
        Pipeline (CP16-455), and Annova LNG (CP16-480).

992.    Filed By: Save RGV from LNG
        Filed Date:  8/17/2016
        Accession No:  20160817-5172
        Description:  Comments of Brenda Sanchez and 48 other individuals
        on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo
        Pipeline (CP16-455), and Annova LNG (CP16-480).

993.    Filed By: Save RGV from LNG
        Filed Date:  8/17/2016
        Accession No:  20160817-5174
        Description:  Comment of E. Ortiz and 99 other individuals on Texas
        LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline
        (CP16-455), and Annova LNG (CP16-480).

| Record Item No. | Description |
|---|---|

994.    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5225
Description:  Comment of P. Ramos and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455), and Annova LNG (CP16-480).

995.    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5237
Description:  Comment of R. Ruvalcaba and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455), and Annova LNG (CP16-480).

996.    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5241
Description:  Comments of L. Garcia and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455), and Annova LNG (CP16-480).

997.    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5249
Description:  Comments of Beth Tysl and 11 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455), and Annova LNG (CP16-480).

998.    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5283
Description:  Comments of B. Willis and 26 other individuals on Texas LNG (CP16-116-000), Rio Grande LNG (CP16-454-000), Rio Bravo Pipeline (CP16-455-000), and Annova LNG (CP16-480-000).

| Record Item No. | Description |
|---|---|

**999.**  Filed By: Save RGV from LNG
Filed Date:  8/19/2016
Accession No:  20160819-5066
Description:  Comment of Victoria Salazar, Savannah Rugg, Teresa Saldivar, Azucena Salinas, Rocio Hernandez, Elizabeth Pearl, Maria Bowen under CP16-116, et al.

**1000.**  Issued By: Office of Energy Projects
Filed Date:  8/26/2016
Accession No:  20160826-3009
Description:  Letter requesting K&L Gates to provide additional information within 30 days re environmental information on Resource Reports 1 through 10 to assist in the analysis of the application for the Texas LNG Project under CP16-116.

**1001.**  Issued By: Office of Energy Projects
Filed Date:  9/8/2016
Accession No:  20160908-3037
Description:  Letter requesting K&L Gates to file a complete response within 20 days to assist in the analysis of the application for the Texas LNG Project under CP16-116.

**1002.**  Issued By: Office of Energy Projects
Filed Date:  9/15/2016
Accession No:  20160915-4001
Description:  Meeting Summary dated 8/18/16 from Office of Energy Projects re Federal Aviation Administration Information Session re the Texas LNG Brownsville, LLC Project et al. under CP16-116.

**1003.**  Filed By: Corps Of Engineers, Galveston District
Filed Date:  9/28/2016
Accession No:  20160928-0035
Description:  Correspondence from US Corps of Engineers, Galveston District to Texas LNG Brownsville LLC re the Texas LNG Brownsville Project under PF15-14.

| Record Item No. | Description |
|---|---|

**1004.**    Filed By: Corps Of Engineers
Filed Date:  9/28/2016
Accession No:  20160928-4006
Description:  Corps of Engineers submits comments re the Texas LNG proposed Texas LNG Brownsville Project under PF15-14.

**1005.**    Filed By: Texas LNG Brownsville LLC
Filed Date:  9/28/2016
Accession No:  20160928-5118
Description:  Texas LNG Brownsville LLC responds to the September 8, 2016 Engineering Information Request under CP16-116.

**1006.**    Filed By: Texas LNG Brownsville LLC
Filed Date:  9/28/2016
Accession No:  20160928-5119
Description:  Texas LNG Brownsville LLC responds to the September 8, 2016 Engineering Information Request under CP16-116.

**1007.**    Filed By: Texas LNG Brownsville LLC
Filed Date:  9/28/2016
Accession No:  20160928-5176
Description:  Texas LNG Brownsville LLC responds to the August 26, 2016 Environmental Information Request under CP16-116.

**1008.**    Filed By: Texas LNG Brownsville LLC
Filed Date:  9/28/2016
Accession No:  20160928-5177
Description:  Texas LNG Brownsville LLC responds to the August 26, 2016 Environmental Information Request under CP16-116.

**1009.**    Issued By: Secretary Of The Commission, FERC
Filed Date:  9/29/2016
Accession No:  20160929-3067
Description:  Notice Granting Late Interventions re Texas LNG Brownsville LLC under CP16-116.

**Record**
**Item No.**          **Description**

1010.          Issued By: Office of Energy Projects
               Filed Date:  10/27/2016
               Accession No:  20161027-3008
               Description:  Letter requesting Texas LNG Brownsville, LLC to
               provide a response within 90 days re the information request on
               impact analysis and use of third-party review organization for the
               Texas LNG Project under CP16-116.

1011.          Filed By: Texas LNG Brownsville LLC
               Filed Date:  11/15/2016
               Accession No:  20161115-5012
               Description:  Texas LNG Brownsville LLC files supplemental
               response to August 26, 2016 environmental information requests
               under CP16-116.

1012.          Filed By: Texas LNG Brownsville LLC
               Filed Date:  11/21/2016
               Accession No:  20161121-4004
               Description:  Texas LNG Brownsville, LLC CD containing files
               corresponding to the Air Dispersion and Air Quality Analysis report
               for the Texas LNG Brownsville LNG Project under CP16-116.

1013.          Filed By: Texas LNG Brownsville LLC
               Filed Date:  11/21/2016
               Accession No:  20161122-0006
               Description:  Texas LNG Brownsville LLC submits the Air
               Dispersion Analysis and Air Quality Impact Analysis for the Texas
               LNG Brownsville LNG Project under CP16-116.

1014.          Filed By: Texas LNG Brownsville LLC
               Filed Date:  11/22/2016
               Accession No:  20161122-5113
               Description:  Texas LNG Brownsville LLC submits its Air Dispersion
               and Air Quality Impact Analysis -- Input/Output Files under CP16-
               116.

| Record Item No. | Description |
|---|---|

1015.    Filed By: Individual
Filed Date:  11/29/2016
Accession No:  20161130-0008
Description:  Comments of Olivia Duplessis re the liquefied natural gas facilities under PF15-14, et al.

1016.    Issued By: Office of Energy Projects
Filed Date:  11/30/2016
Accession No:  20161130-0023
Description:  Summary of the 9/23/16 telephone conversation with Brownsville Navigation District for the Texas LNG Project, et al. under CP16-116, et al.

1017.    Filed By: Defenders Of Wildlife
Filed Date:  12/14/2016
Accession No:  20161214-5246
Description:  Request to Update Information of Defenders Of Wildlife under CP16-116.

1018.    Filed By: Texas LNG Brownsville LLC
Filed Date:  12/20/2016
Accession No:  20161220-5363
Description:  Texas LNG Brownsville LLC submits supplemental information regarding the design spill package under CP16-116.

1019.    Filed By: Texas LNG Brownsville LLC
Filed Date:  12/20/2016
Accession No:  20161220-5364
Description:  Texas LNG Brownsville LLC submits supplemental information regarding the design spill package under CP16-116.

1020.    Filed By: Texas LNG Brownsville LLC
Filed Date:  1/12/2017
Accession No:  20170112-5179
Description:  Texas LNG Brownsville LLC submits a supplemental response to the August 26, 2016 Environmental Information Request under CP16-116.

| Record Item No. | Description |
|---|---|

1021.    Filed By: Texas LNG Brownsville LLC
Filed Date:  1/18/2017
Accession No:  20170118-5077
Description:  Texas LNG Brownsville LLC submits correspondence
with the U.S. Army Corps of Engineers under CP16-116.

1022.    Filed By: Texas LNG Brownsville LLC
Filed Date:  1/26/2017
Accession No:  20170126-5012
Description:  Texas LNG Brownsville LLC submits a response to
FERC's October 27, 2016 Engineering Information Request under
CP16-116.

1023.    Filed By: Defenders Of Wildlife
Filed Date:  1/26/2017
Accession No:  20170126-5055
Description:  Request to Update Information of Defenders Of Wildlife
under CP16-116.

1024.    Filed By: Individual
Filed Date:  2/24/2017
Accession No:  20170224-5005
Description:  Comment of Katherine Perez Feuerbacher in
Docket(s)/Project(s) CP16-454-000, CP16-116-000.

1025.    Filed By: Texas LNG Brownsville LLC
Filed Date:  3/2/2017
Accession No:  20170302-5203
Description:  Texas LNG files documents responsive to item 1 of the
Engineering Information Request issued by FERC on October 27,
2016, under CP16-116.

**Record
Item No.**    **Description**

1026.    Filed By: Texas LNG Brownsville LLC
Filed Date: 3/2/2017
Accession No: 20170302-5204
Description: Texas LNG files documents responsive to item 1 of the
Engineering Information Request issued by FERC on October 27,
2016, under CP16-116.

1027.    Filed By: Texas House of Representatives
Filed Date: 3/9/2017
Accession No: 20170310-0092
Description: Texas Representative Rene Oliveira submits comments
re the Texas LNG Brownsville Project under CP16-116.

1028.    Issued By: Office of Energy Projects
Filed Date: 3/20/2017
Accession No: 20170320-3030
Description: Letter informing K&L Gates that Millennium has been
selected as the third-party contractor for the Texas LNG Project under
CP16-116.

1029.    Issued By: Office of Energy Projects
Filed Date: 3/21/2017
Accession No: 20170321-3074
Description: Letter requesting Texas LNG Brownsville LLC to
provide a complete response within 30 days re the environmental
information request on Resource Reports 1 through 10 to assist in the
analysis of the application for the Texas LNG Project under CP16-
116.

1030.    Filed By: Texas LNG Brownsville LLC
Filed Date: 4/14/2017
Accession No: 20170414-5091
Description: Texas LNG Brownsville LLC submits supplemental
response to October 27, 2016 Engineering Information Request under
CP16-116.

| Record Item No. | Description |
|---|---|

1031.     Filed By: Texas LNG Brownsville LLC
Filed Date:  4/14/2017
Accession No:  20170414-5092
Description:  Texas LNG Brownsville LLC submits supplemental response to October 27, 2016 Engineering Information Request under CP16-116.

1032.     Filed By: Texas LNG Brownsville LLC
Filed Date:  4/27/2017
Accession No:  20170427-5039
Description:  Texas LNG Brownsville LLC responds to March 21, 2017 Environmental Information Request under CP16-116

1033.     Filed By: Texas LNG Brownsville LLC
Filed Date:  5/1/2017
Accession No:  20170501-5018
Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

1034.     Issued By: Federal Energy Regulatory Commission
Filed Date:  5/5/2017
Accession No:  20170505-4001
Description:  Memo of Understanding between FERC and Texas LNG et al. re the Texas LNG Brownsville Project under CP16-116.

1035.     Filed By: Texas LNG Brownsville LLC
Filed Date:  6/22/2017
Accession No:  20170622-0016
Description:  Texas LNG Brownsville LLC submits a response to FERC's comments re the revised report and the associated input/output modeling files etc. for the Texas LNG Brownsville LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1036.  Filed By: Texas LNG Brownsville LLC
       Filed Date:  6/22/2017
       Accession No:  20170622-4004
       Description:  Texas LNG Brownsville LLC CD containing a response to FERC's comments re the revised report and the associated input/output modeling files etc. for the Texas LNG Brownsville LNG Project under CP16-116.

1037.  Filed By: Texas LNG Brownsville LLC
       Filed Date:  6/22/2017
       Accession No:  20170622-5032
       Description:  Texas LNG Brownsville LLC submits supplemental response to FERC's March 21, 2017 Environmental Information Request under CP16-116.

1038.  Issued By: Office of Energy Projects
       Filed Date:  6/23/2017
       Accession No:  20170623-3029
       Description:  Letter requesting Texas LNG Brownsville LLC to provide a complete response within 20 days re the engineering information request to assist in the analysis of the application for the Texas LNG Project under CP16-116.

1039.  Issued By: Office of Energy Projects
       Filed Date:  7/7/2017
       Accession No:  20170707-3018
       Description:  Letter requesting Texas LNG Brownsville LLC to provide a complete response within 10 days re the environmental information request on Resource Reports 1 through 10 re the Texas LNG Project under CP16-116.

1040.  Filed By: Texas LNG Brownsville LLC
       Filed Date:  7/14/2017
       Accession No:  20170714-5024
       Description:  Texas LNG Brownsville LLC responds to June 23, 2017 Engineering Information Request under CP16-116.

| Record Item No. | Description |
|---|---|

1041.    Filed By: Texas LNG Brownsville LLC
Filed Date:  7/14/2017
Accession No:  20170714-5025
Description:  Texas LNG Brownsville LLC responds to June 23, 2017
Engineering Information Request under CP16-116.

1042.    Filed By: Texas LNG Brownsville LLC
Filed Date:  7/25/2017
Accession No:  20170725-5094
Description:  Texas LNG Brownsville LLC responds to FERC July 7,
2017 Environmental Information Request under CP16-116.

1043.    Issued By: Office of Energy Projects
Filed Date:  8/2/2017
Accession No:  20170802-3007
Description:  Letter requesting Texas LNG Brownsville LLC to
provide a complete response within 20 days re the engineering
information request to assist in the analysis of the application for the
Texas LNG Project under CP16-116.

1044.    Filed By: Texas LNG Brownsville LLC
Filed Date:  8/10/2017
Accession No:  20170810-5086
Description:  Texas LNG Brownsville LLC submits a supplemental
response to FERC's July 7, 2017 environmental information request
under CP16-116.

1045.    Filed By: Texas LNG Brownsville LLC
Filed Date:  8/22/2017
Accession No:  20170822-5115
Description:  Texas LNG Brownsville LLC responds to August 2,
2017 data request under CP16-116.

| Record Item No. | Description |
|---|---|

1046.    Filed By: Texas LNG Brownsville LLC
Filed Date: 8/22/2017
Accession No: 20170822-5116
Description: Texas LNG Brownsville LLC responds to August 2, 2017 data request under CP16-116.

1047.    Issued By: Office of Energy Projects
Filed Date: 8/25/2017
Accession No: 20170825-3017
Description: Letter requesting Texas LNG Brownsville LLC to provide a complete response within 20 days re the Environmental Information Request on Resource Reports 1 through 10 for the Texas LNG Project under CP16-116.

1048.    Filed By: U.S. Corps Of Engineers, Galveston District
Filed Date: 8/28/2017
Accession No: 20170828-0054
Description: Correspondence from U.S. Corps of Engineers, Galveston District to Texas LNG Brownsville LLC re the Texas LNG Brownsville Project under CP16-116.

1049.    Filed By: Individual
Filed Date: 9/15/2017
Accession No: 20170915-5085
Description: Comment of Mary Angela Branch in Docket(s)/ Project(s) PF15-14-000, PF15-20-000.

1050.    Filed By: Texas LNG Brownsville LLC
Filed Date: 9/28/2017
Accession No: 20170928-0008
Description: Texas LNG Brownsville LLC submits revised Air Dispersion Modeling and Air Analysis and Air Quality Analysis response for the Texas LNG Brownsville LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1051.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  9/28/2017
        Accession No:  20170928-4002
        Description:  Texas LNG Brownsville LLC's CD containing revised
        Air Dispersion Modeling and Air Analysis and Air Quality Analysis
        response for the Texas LNG Brownsville LNG Project under CP16-
        116.

1052.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  9/28/2017
        Accession No:  20170928-5165
        Description:  Texas LNG Brownsville LLC's responses to FERC's
        August 25, 2017 data requests under CP16-116.

1053.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  10/18/2017
        Accession No:  20171018-5170
        Description:  Texas LNG Brownsville LLC supplements response to
        environmental information request under CP16-116.

1054.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  10/20/2017
        Accession No:  20171020-0007
        Description:  Texas LNG Brownsville LNG submits the modeling
        archive and ArcGIS shapefiles associated with the modeling analysis
        for the Texas LNG Brownsville LNG Project under CP16-116.

1055.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  10/20/2017
        Accession No:  20171020-4005
        Description:  Texas LNG Brownsville LNG submits the modeling
        archive and ArcGIS shape files associated with the modeling analysis
        for the Texas LNG Brownsville LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1056.　Filed By: Texas LNG Brownsville LLC
Filed Date:  10/20/2017
Accession No:  20171020-5234
Description:  Texas LNG Brownsville LLC submits a supplemental response to the August 25, 2017 Environmental Information Request under CP16-116.

1057.　Issued By: Office of Energy Projects
Filed Date:  11/16/2017
Accession No:  20171116-3008
Description:  Letter requesting Partner K&L Gates to file Environmental Information response within 20 days for the Texas LNG Project under CP16-116.

1058.　Filed By: Texas LNG Brownsville LLC
Filed Date:  12/7/2017
Accession No:  20171207-4002
Description:  Texas LNG Brownsville LLC submits CD containing updated air dispersion modeling, air quality impact analysis and operational noise model for the Texas LNG Brownville LNG Project under CP16-116.

1059.　Filed By: Texas LNG Brownsville LLC
Filed Date:  12/7/2017
Accession No:  20171208-0006
Description:  Texas LNG Brownsville LLC submits updated air dispersion modeling, air quality impact analysis and operational noise model for the Texas LNG Brownville LNG Project under CP16-116.

1060.　Filed By: Texas LNG Brownsville LLC
Filed Date:  12/12/2017
Accession No:  20171212-5161
Description:  Texas LNG Brownsville LLC responds to environmental information request under CP16-116.

| Record Item No. | Description |
|---|---|

1061.    Issued By: Office of Energy Projects
Filed Date:  1/5/2018
Accession No:  20180105-3032
Description:  Letter requesting U.S. Environmental Protection
Agency, Region 6 to provide assistance re Cooperating Agency in the
preparation of the environmental impact statements for the Rio
Grande LNG Project, et al. under CP16-454, et al.

1062.    Issued By: Office of Energy Projects
Filed Date:  2/6/2018
Accession No:  20180206-3024
Description:  Memo dated 2/06/18 from Gertrude Johnson from
Office of Energy Project re the Rio Grande LNG Project, et al. under
CP16-454, et al.

1063.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/7/2018
Accession No:  20180207-5016
Description:  Texas LNG Brownsville LLC files response to PHMSA
information request under CP16-116.

1064.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/7/2018
Accession No:  20180207-5017
Description:  Texas LNG Brownsville LLC files response to PHMSA
information request under CP16-116.

1065.    Filed By: Save RGV from LNG
Filed Date:  2/7/2018
Accession No:  20180207-5133
Description:  Comment of 20 individuals under CP16-116, et al.

1066.    Filed By: Save RGV from LNG
Filed Date:  2/7/2018
Accession No:  20180207-5134
Description:  Comment of 16 individuals submitted by Save RGV
from LNG under CP16-116, et al.

| **Record Item No.** | **Description** |
|---|---|

1067.    Filed By: Save RGV from LNG
         Filed Date:  2/7/2018
         Accession No:  20180207-5135
         Description:  Comment of 27 individuals submitted by Save RGV
         from LNG under CP16-116, et al.

1068.    Filed By: Save RGV from LNG
         Filed Date:  2/7/2018
         Accession No:  20180207-5136
         Description:  Comment of 30 individuals submitted by Save RGV
         from LNG under CP16-116, et al.

1069.    Filed By: Save RGV from LNG
         Filed Date:  2/7/2018
         Accession No:  20180207-5140
         Description:  Comment of 24 individuals submitted by Save RGV
         from LNG under CP16-454, et al.

1070.    Filed By: Save RGV from LNG
         Filed Date:  2/7/2018
         Accession No:  20180207-5144
         Description:  Comment of 23 individuals submitted on by Save RGV
         from LNG under CP16-116, et al.

1071.    Filed By: Save RGV from LNG
         Filed Date:  2/7/2018
         Accession No:  20180207-5145
         Description:  Comment of 35 individuals submitted by Save RGV
         from LNG under CP16-116, et al.

1072.    Filed By: Save RGV from LNG
         Filed Date:  2/7/2018
         Accession No:  20180207-5149
         Description:  Comment of 24 individuals submitted by Save RGV
         from LNG under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1073.   Issued By: Federal Energy Regulatory Commission
Filed Date:  2/8/2018
Accession No:  20180208-4000
Description:  Conference Call Notes from the 01/30/18 telephone call between FERC Staff and Texas LNG re the Texas LNG Project under CP16-116.

1074.   Issued By: Individual
Filed Date:  2/9/2018
Accession No:  20180209-4003
Description:  Non-Decisional: Email from Randolph Delay re the LNG project in Texas under CP16-116 et al.

1075.   Filed By: U.S. Environmental Protection Agency Region 10
Filed Date:  2/12/2018
Accession No:  20180213-0009
Description:  The U.S. Environmental Protection Agency Region 10 submits comments re the Texas LNG Project under CP16-116.

1076.   Filed By: Texas LNG Brownsville LLC
Filed Date:  2/13/2018
Accession No:  20180213-5159
Description:  Texas LNG Brownsville LLC submits revised Resource Report 11 under CP16-116.

1077.   Filed By: Texas LNG Brownsville LLC
Filed Date:  2/26/2018
Accession No:  20180226-5125
Description:  Texas LNG Brownsville LLC submits a copy of the U.S. Coast Guard's Letter of Recommendation under CP16-116.

1078.   Filed By: Texas LNG Brownsville LLC
Filed Date:  3/6/2018
Accession No:  20180306-5024
Description:  Texas LNG Brownsville LLC submits comments from the U.S. Fish and Wildlife Service regarding Texas LNG Biological Assessment under CP16-116.

| Record Item No. | Description |
|---|---|

1079.    Filed By: Texas LNG Brownsville LLC
Filed Date:  3/7/2018
Accession No:  20180307-5008
Description:  Texas LNG Brownsville LLC submits updated Air
Dispersion Modeling and Air Quality Impact Analysis under CP16-
116.

1080.    Filed By: Texas LNG Brownsville LLC
Filed Date:  3/23/2018
Accession No:  20180323-5169
Description:  Texas LNG Brownsville LLC submits response to data
request from U.S. Army Corps of Engineers under CP16-116.

1081.    Filed By: Texas LNG Brownsville LLC
Filed Date:  3/29/2018
Accession No:  20180329-5318
Description:  Request of Texas LNG Brownsville LLC to Update
Official Service List under CP16-116.

1082.    Filed By: Texas LNG Brownsville LLC
Filed Date:  4/27/2018
Accession No:  20180427-5260
Description:  Texas LNG Brownsville LLC files supplemental
information under CP16-116.

1083.    Filed By: Texas LNG Brownsville LLC
Filed Date:  4/27/2018
Accession No:  20180427-5261
Description:  Texas LNG Brownsville LLC files supplemental
information under CP16-116.

1084.    Issued By: Department Of Defense
Filed Date:  6/6/2018
Accession No:  20180606-3021
Description:  Response Letter from Department of Defense for the
Texas LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1085.    Filed By: Texas LNG Brownsville LLC
Filed Date: 6/13/2018
Accession No: 20180613-5060
Description: Texas LNG Brownsville LLC submits copies of submission to PHMSA under CP16-116.

1086.    Filed By: Texas LNG Brownsville LLC
Filed Date: 6/13/2018
Accession No: 20180613-5061
Description: Texas LNG Brownsville LLC submits copies of submission to PHMSA under CP16-116.

1087.    Issued By: Office of Energy Projects
Filed Date: 6/21/2018
Accession No: 20180621-3069
Description: Letter requesting K&L Gates to file the provisions of the Commission's Rules of Practice and Procedure within 20 days of the date of this letter under CP16-116.

1088.    Issued By: Office of Energy Projects
Filed Date: 6/27/2018
Accession No: 20180627-3009
Description: Letter requesting Texas LNG Brownsville LLC to file a complete response within 20 days under CP16-116.

1089.    Issued By: Office of Energy Projects
Filed Date: 6/28/2018
Accession No: 20180628-3052
Description: Letter requesting for Texas LNG Brownsville LLC to consider a Third Party Contractor for the Texas LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1090.    Issued By: Office of Energy Projects
Filed Date:  6/29/2018
Accession No:  20180629-3018
Description:  Memo dated 6/29/18 forwarded from Steven Kusy, Office of Energy Project re the Letter on Texas LNG's Design Spill Methodology under CP16-116.

1091.    Issued By: Office of Energy Projects
Filed Date:  6/29/2018
Accession No:  20180629-3041
Description:  Letter to Texas LNG Brownsville LLC re the Incorrect Addressee in Request for Third Party Contractor for the Texas LNG Project under CP16-116.

1092.    Issued By: Federal Energy Regulatory Commission
Filed Date:  7/18/2018
Accession No:  20180718-3118
Description:  Memo dated July 17, 2018 re FERC Third Party Contractor Fire Protection Review Clarification under CP17-178 et al.

1093.    Filed By: Individual
Filed Date:  8/6/2018
Accession No:  20180806-5049
Description:  Comment of John Young under CP16-116.  Two killer questions about Texas LNG's feedgas plans

1094.    Filed By: Texas LNG Brownsville LLC
Filed Date:  8/16/2018
Accession No:  20180816-5111
Description:  Texas LNG Brownsville LLC responds to June 27, 2018 Information Request under CP16-116.

1095.    Filed By: Texas LNG Brownsville LLC
Filed Date:  8/16/2018
Accession No:  20180816-5112
Description:  Texas LNG Brownsville LLC responds to June 27, 2018 Information Request under CP16-116.

| Record Item No. | Description |
|---|---|

1096.    Filed By: Texas LNG Brownsville LLC
Filed Date:  8/22/2018
Accession No:  20180822-5090
Description:  Texas LNG Brownsville LLC submits agency correspondence under CP16-116.

1097.    Filed By: Texas LNG Brownsville LLC
Filed Date:  8/28/2018
Accession No:  20180828-5133
Description:  Texas LNG Brownsville LLC responses to environmental information request under CP16-116.

1098.    Issued By: Secretary Of The Commission, FERC
Filed Date:  8/31/2018
Accession No:  20180831-3062
Description:  Notice of Schedule for Environmental Review of the Texas LNG Project re Texas LNG Brownsville LLC under CP16-116.

1099.    Issued By: FERC
Filed Date:  8/31/2018
Accession No:  20180831-3076
Description:  News Release - FERC Issues Environmental Schedules for 12 LNG Terminal Applications under CP17-470.

1100.    Filed By: Save RGV from LNG
Filed Date:  8/31/2018
Accession No:  20180831-5011
Description:  Comments of 525 individuals submitted by the Save RGV from LNG organization under CP16-116, et al.

1101.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0007
Description:  Comments of Leonel Becerra re the Texas LNG Project, et al. under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1102.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0008
Description:  Comments of Gloria Garcia re the Texas LNG Project, et al. under CP16-116, et al.

1103.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0009
Description:  Comments of Ernesto Garcia re the Texas LNG Project, et al. under CP16-116, et al.

1104.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0010
Description:  Comments of Debra Ayala re the Texas LNG Project, et al. under CP16-116, et al.

1105.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0011
Description:  Comments of an individual re the Texas LNG Project, et al under CP16-116, et al.

1106.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0012
Description:  Comments of Orlando Lopez re the Texas LNG Project, et al. under CP16-116, et al.

1107.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0013
Description:  Comments of Rogelio Villegas re the Texas LNG Project, et al. under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1108.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0014
Description:  Comments of Todd Hanby re the Texas LNG Project, et al. under CP16-116, et al.

1109.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0015
Description:  Comments of Victoria Gonzalez re the Texas LNG Project, et al. under CP16-116, et al.

1110.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0016
Description:  Comments of David Menchaca re the Texas LNG Project, et al. under CP16-116, et al.

1111.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0017
Description:  Comments of David Sanchez re the Texas LNG Project, et al. under CP16-116, et al.

1112.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0018
Description:  Comments of Matt Rivas re the Texas LNG Project, et al. under CP16-116, et al.

1113.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0019
Description:  Comments of Marco Amzaldua re the Texas LNG Project, et al. under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1114.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0020
Description:  Comments of Jean Mendore re the Texas LNG Project, et al. under CP16-116, et al.

1115.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0021
Description:  Comments of Ninfa Aleman re the Texas LNG Project, et al. under CP16-116, et al.

1116.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0022
Description:  Comments of Vanessa Ortega re the Texas LNG Project, et al. under CP16-116, et al.

1117.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0023
Description:  Comments of Kathy Bassert-Webb re the Texas LNG Project, et al. under CP16-116, et al.

1118.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0024
Description:  Comments of B. Elisa Filippne re the Texas LNG Project, et al. under CP16-116, et al.

1119.  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0025
Description:  Comments of Rebecca Folse re the Texas LNG Project, et al. under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1120.     Filed By: Individuals
          Filed Date:  9/5/2018
          Accession No:  20180906-0006
          Description:  Mass Mailing Comments of Deborah James and 106
          other individuals re the proposed Port of Brownsville LNG Export
          Terminal Texas LNG under CP16-116.

1121.     Issued By: Office of Energy Projects
          Filed Date:  9/18/2018
          Accession No:  20180918-3039
          Description:  Letter requesting K&L Gates to file Engineering
          Information within 10 days of this letter date re Texas LNG Project
          under CP16-116.

1122.     Filed By: Federal Emergency Management Agency
          Filed Date:  9/26/2018
          Accession No:  20180926-0008
          Description:  Federal Emergency Management Agency submits letter
          re the notice of schedule for Environmental review for the Texas LNG
          Project under CP16-116.

1123.     Filed By: Individual
          Filed Date:  9/28/2018
          Accession No:  20181002-0006
          Description:  Comments of Teresa Nunez re the proposed Port of
          Brownsville LNG Export Terminals, et al. under CP16-116, et al.

1124.     Filed By: Individual
          Filed Date:  9/28/2018
          Accession No:  20181002-0007
          Description:  Comments of Monica Ochoa re the Proposed Port
          Brownsville LNG Export Terminals, et al., under CP16-116, et al.

| **Record** | |
|:--|:--|
| **Item No.** | **Description** |

1125.    Filed By: Individual
Filed Date:  9/28/2018
Accession No:  20181002-0008
Description:  Comments of Danya Rivera re the Proposed Port of
Brownsville LNG Export Terminals, et al., under CP16-116, et al.

1126.    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0009
Description:  Mass Mailing Comments of Jesus Tomas Medina and 23
others re the proposed Port of Brownsville LNG Export Terminals, et
al., under CP16-116, et al.

1127.    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0010
Description:  Mass Mailing Comments of Lilly Lewis and 25 others re
the Proposed Port of Brownsville LNG Export Terminals, et al., under
CP16-116, et al.

1128.    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0011
Description:  Mass Mailing Comments of Jessica Roberts and 24
Others re the Proposed Port of Brownsville LNG Export Terminals, et
al., under CP16-116, et al.

1129.    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0012
Description:  Mass Mailing Comments of Vicco Harr and 26 other
individuals on the Port Brownsville LNG Export Terminals, et al.,
under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1130.    Filed By: Individuals
         Filed Date:  9/28/2018
         Accession No:  20181002-0013
         Description:  Mass Mailing Comments of Maryann Schroeder and 25
         other individuals re the proposed Port of Brownsville LNG Export
         Terminals et al., under CP16-116, et al.

1131.    Filed By: Individuals
         Filed Date:  9/28/2018
         Accession No:  20181002-0014
         Description:  Rulemaking comments for Diego Martin Reyes and 18
         individuals on the Port of Brownsville LNG Export Terminals, Texas
         LNG etc. under CP16-116 et al.

1132.    Filed By: Individuals
         Filed Date:  9/28/2018
         Accession No:  20181002-0015
         Description:  Mass Mailing Comments of Edward Garcia and 29
         others re the Proposed Port of Brownsville LNG Export Terminals, et
         al., under CP16-116, et al.

1133.    Issued By: Office of Energy Projects
         Filed Date:  10/5/2018
         Accession No:  20181005-3023
         Description:  Memo dated 10/05/18 re FERC Third Party Contractor
         Fire Protection Review Clarification for the Texas LNG Project under
         CP16-116.

1134.    Filed By: Texas LNG Brownsville LLC
         Filed Date:  10/12/2018
         Accession No:  20181012-5003
         Description:  Texas LNG Brownsville LLC submits response to
         September 18, 2018 Engineering Information Request under CP16-
         116.

**Record**
**Item No.**        **Description**

1135.        Filed By: Texas LNG Brownsville LLC
             Filed Date:  10/12/2018
             Accession No:  20181012-5004
             Description:  Texas LNG Brownsville LLC submits response to
             September 18, 2018 Engineering Information Request under CP16-
             116.

1136.        Filed By: Individual
             Filed Date:  10/12/2018
             Accession No:  20181012-5014
             Description:  Comment of John Young under CP16-116 critiquing
             Coast Guard Letter of Recommendation for Texas LNG

1137.        Issued By: Office of Energy Projects
             Filed Date:  10/26/2018
             Accession No:  20181026-3000
             Description:  Draft Environmental Impact Statement for Texas LNG
             Brownsville, LLC's Texas LNG Project under CP16-116.

1138.        Issued By: Secretary Of The Commission, FERC
             Filed Date:  10/26/2018
             Accession No:  20181026-3023
             Description:  Notice of Availability of the Draft Environmental
             Impact Statement for the Proposed Texas LNG Project re Texas LNG
             Brownsville, LLC under CP16-116.

1139.        Issued By: Office of Energy Projects
             Filed Date:  10/30/2018
             Accession No:  20181030-3019
             Description:  Letter to NOAA National Marine Fisheries Service re
             the Section 7 Consultation of the Texas LNG Project under CP16-116.

1140.        Issued By: Office of Energy Projects
             Filed Date:  10/30/2018
             Accession No:  20181030-3020
             Description:  Letter to Texas LNG Brownsville, LLC re the Essential
             Fish Habitat Assessment of the Texas LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1141.    Issued By: Office of Energy Projects
         Filed Date: 10/30/2018
         Accession No: 20181030-3021
         Description: Letter to U.S. Fish and Wildlife Service re Section 7
         Consultation of the Texas LNG Project under CP16-116.

1142.    Filed By: Individual
         Filed Date: 11/13/2018
         Accession No: 20181113-5008
         Description: Comment of Ramsey Lawson in Docket(s)/Project(s)
         CP16-116-000. Submission Date: 11/11/2018.

1143.    Filed By: Individual
         Filed Date: 11/13/2018
         Accession No: 20181113-5009
         Description: Comment of Dickie Hurta in Docket(s)/Project(s) CP16-
         116-000. Submission Date: 11/12/2018.

1144.    Filed By: Individual
         Filed Date: 11/13/2018
         Accession No: 20181113-5015
         Description: Comment of Dewayne Davis in Docket(s)/Project(s)
         CP16-116-000. Submission Date: 11/12/2018.

1145.    Filed By: Individual
         Filed Date: 11/13/2018
         Accession No: 20181113-5247
         Description: Comment of Kenneth Teague under CP16-116.

1146.    Filed By: Individual
         Filed Date: 11/20/2018
         Accession No: 20181120-0054
         Description: Comments of individual re the Rio Grande Project, et al.
         under CP16-454 et al.

| Record<br>Item No. | Description |
|---|---|

1147.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0055
Description:  Comments of Josette A. Cruz re Rio Grande Project, et al. under CP16-454, et al.

1148.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0056
Description:  Comments of an individual re the Rio Grande Project, et al. under CP16-454 et al.

1149.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0057
Description:  Comments of Rebekah Gomez Herrera re the Rio Grande Project, et al. under CP16-454, et al.

1150.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0058
Description:  Comments of Rich Cruz re the Rio Grande Project, et al. under CP16-45 et al.

1151.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0059
Description:  Comments of Michael Baguio re the Rio Grande Project, et al. under CP16-454, et al.

1152.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0060
Description:  Comments of Laura Baguio re the Ro Grande Project, et al. under CP16-454 et al.

| Record Item No. | Description |
|---|---|

1153.      Filed By: Individual
           Filed Date:  11/20/2018
           Accession No:  20181120-0061
           Description:  Comments of Christopher Haron re the Rio Grande
           Project, et al. under CP16-454 et al.

1154.      Filed By: Individual
           Filed Date:  11/20/2018
           Accession No:  20181120-0062
           Description:  Comments of Javiar Gonzalez re the Rio Grande Project,
           et al. under CP16-454, et al.

1155.      Filed By: Individual
           Filed Date:  11/20/2018
           Accession No:  20181120-0063
           Description:  Comments of Doug Faircloth re the Rio Grande Project,
           et al. under CP16-454 et al.

1156.      Filed By: Individual
           Filed Date:  11/20/2018
           Accession No:  20181120-0064
           Description:  Comments of Mary Helen Flores re the Rio Grande
           Project, et al. under CP16-454, et al.

1157.      Filed By: Individual
           Filed Date:  11/20/2018
           Accession No:  20181120-0065
           Description:  Comments of Britney Marutan re the Rio Grande
           Project, et al. under CP16-454, et al.

1158.      Filed By: Individual
           Filed Date:  11/20/2018
           Accession No:  20181120-0066
           Description:  Comments of Ivy Hinson re the Rio Grande Project, et
           al. under CP16-454, et al.

| Record Item No. | Description |
|---|---|

1159.    Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0067
Description: Comments of Ava Leal re the Rio Grande Project, et al. under CP16-454, et al.

1160.    Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0068
Description: Comments of an individual re the Rio Grande Project, et al. under CP16-454, et al.

1161.    Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0069
Description: Comments of Donna Mehaffey re the Rio Grande Project, et al. under CP16-454, et al.

1162.    Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0070
Description: Comments of Peter Owen re the Rio Grande Project, et al. under CP16-454, et al.

1163.    Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0071
Description: Comments of Otilia Castio re the Rio Grande Project, et al. under CP16-454, et al.

1164.    Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0072
Description: Comments of Jared Haclama re the Rio Grande Project, et al. under CP16-454, et al.

| Record<br>Item No. | Description |
|---|---|

1165.　　Filed By: Individual
　　　　　Filed Date:  11/20/2018
　　　　　Accession No:  20181120-0073
　　　　　Description:  Comments of Mark K. Bruner re the Rio Grande Project,
　　　　　et al. under CP16-454, et al.

1166.　　Filed By: Individual
　　　　　Filed Date:  11/20/2018
　　　　　Accession No:  20181120-0074
　　　　　Description:  Comments of Tommy J. Saenz re the Rio Grande
　　　　　Project, et al. under CP16-454, et al.

1167.　　Filed By: Individual
　　　　　Filed Date:  11/20/2018
　　　　　Accession No:  20181120-0075
　　　　　Description:  Comments of Daniel S. Griffen re the Rio Grande
　　　　　Project, et al. under CP16-454, et al.

1168.　　Filed By: Individual
　　　　　Filed Date:  11/20/2018
　　　　　Accession No:  20181120-0076
　　　　　Description:  Comments Ellen M. Tyma re the Rio Grande Project, et
　　　　　al. under CP16-454, et al.

1169.　　Filed By: Individual
　　　　　Filed Date:  11/20/2018
　　　　　Accession No:  20181120-0077
　　　　　Description:  Comments of Marcas Munoz re the Rio Grande Project,
　　　　　et al. under CP16-454, et al.

1170.　　Filed By: Individual
　　　　　Filed Date:  11/20/2018
　　　　　Accession No:  20181120-0078
　　　　　Description:  Comments of Deborah Curtin re the Rio Grande Project,
　　　　　et al. under CP16-454, et al.

**Record**
**Item No.**     **Description**

1171.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0079
Description:  Comments of Rafael Salazar III re the Rio Grande
Project, et al. under CP16-454, et al.

1172.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0080
Description:  Comments of Beverly Ray re the Rio Grande Project, et
al. under CP16-454, et al.

1173.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0081
Description:  Comments of Ken Orgera re the Rio Grande Project, et
al. under CP16-454, et al.

1174.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0082
Description:  Comments of Javier Ibarea re the Rio Grande Project, et
al. under CP16-454, et al.

1175.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0083
Description:  Comments of Glen Boward re the public comment on
Rio Grande LNG Draft Environmental Impact Statement under CP16-
116.

1176.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0085
Description:  Comments of Lydia E. Caballero re the Rio Grande
Project, et al. under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**1177.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0086
Description: Comments of Jesse Maniaz re the Rio Grande Project, et al. under CP16-454, et al.

**1178.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0087
Description: Comments of Mary Voltz re the Rio Grande Project, et al. under CP16-454, et al.

**1179.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0088
Description: Comments of Ed McBride re the Rio Grande Project, et al. under CP16-454, et al.

**1180.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0089
Description: Comments of Christina Salazar re the Rio Grande Project, et al. under CP16-454, et al.

**1181.** Filed By: Individual
Filed Date: 11/23/2018
Accession No: 20181123-5044
Description: Comment of Donald Gonzales in Docket(s)/Project(s) CP16-116.

**1182.** Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5000
Description: Comment of Francisco J. Hinojosa, Jr. in Docket(s)/Project(s) CP16-116-000. Submission Date: 11/30/2018.

| Record Item No. | Description |
|---|---|

1183.    Filed By: Individual
         Filed Date:  12/3/2018
         Accession No:  20181203-5049
         Description:  Comment of Mary Volz under CP16-454, et al.

1184.    Filed By: Individual
         Filed Date:  12/3/2018
         Accession No:  20181203-5052
         Description:  Comment of Lessie Spindle under CP16-116, et al.

1185.    Filed By: Individual
         Filed Date:  12/3/2018
         Accession No:  20181203-5053
         Description:  Comment of Monica Escobedo under CP16-116, et al.

1186.    Filed By: Individual
         Filed Date:  12/3/2018
         Accession No:  20181203-5055
         Description:  Comment of Joyce Hamilton under CP16-116, CP16-454, CP16-455, et al.

1187.    Filed By: Individual
         Filed Date:  12/3/2018
         Accession No:  20181203-5072
         Description:  Comment of Patricia Crunk under CP16-116, CP16-454, CP16-455, et al.

1188.    Filed By: Individual
         Filed Date:  12/3/2018
         Accession No:  20181203-5073
         Description:  Comment of Barry Zavah under CP16-116, CP16-454, CP16-455, et al.

| Record Item No. | Description |
|---|---|

1189.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5074
Description:  Comment of Sandra Ayala under CP16-116, CP16-454, CP16-455, et al.

1190.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5076
Description:  Comment of Josette Cruz under CP16-116, CP16-454, CP16-455, et al.

1191.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5077
Description:  Comment of Bonnie Clements under CP16-116, CP16-454, CP16-455, et al.

1192.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5078
Description:  Comment of Nora Solis under CP16-116, CP16-454, CP16-455, et al.

1193.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5079
Description:  Comment of Victoria Scharen under CP16-116, CP16-454, CP16-455, et al.

1194.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5126
Description:  Comment of Saundra Thomas under CP16-116, CP16-454, CP16-455, et al.

| Record Item No. | Description |
|---|---|

**Record Item No.**   **Description**

1195.   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5130
Description:  Comment of Carlos Galvan under CP16-116, CP16-454, CP16-455, et al.

1196.   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5133
Description:  Comment of Norma Ramos under CP16-116, CP16-454, CP16-455, et al.

1197.   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5136
Description:  Comment of Lauren Bendiksen under CP16-116, CP16-454, CP16-455-000, et al.

1198.   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5137
Description:  Comment of Mario Garza Jr. under CP16-116, CP16-454, CP16-455, et al.

1199.   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5138
Description:  Comment of Bruce Hix under CP16-116, CP16-454, CP16-455, et al.

1200.   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5140
Description:  Comment of Catherine Faver under CP16-116, CP16-454, CP16-455, et al.

| Record<br>Item No. | Description |
|---|---|

1201.   Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5141
        Description:  Comment of Margo MacKinnon under CP16-116,
        CP16-454, CP16-455 et al.

1202.   Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5143
        Description:  Comment of Martha Saavedra under CP16-116 CP16-
        454, CP16-455, et al.

1203.   Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5145
        Description:  Comment of Laura Baguio under CP16-116, CP16-454,
        CP16-455, et al.

1204.   Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5146
        Description:  Comment of Crystal Wilson under CP16-116, CP16-
        454, CP16-455, et al.

1205.   Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5147
        Description:  Comment of John D'Angelo under CP16-116, CP16-
        454, CP16-455, et al.

1206.   Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5150
        Description:  Comment of Letty Roerig under CP16-116, CP16-454,
        CP16-455, et al.

| Record<br>Item No. | Description |
|---|---|

1207.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5154
Description:  Comment of Danielle Swopes under CP16-116, CP16-454, CP16-455, et al.

1208.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5155
Description:  Comment of Michele Gardner under CP16-116, CP16-454, CP16-455, et al.

1209.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5158
Description:  Comment of Amy Cummins under CP16-116, CP16-454, CP16-455, et al.

1210.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5161
Description:  Comment of Bradley Willis under CP16-116, CP16-454, CP16-455, et al.

1211.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5195
Description:  Comment of Herbert Montalvo under CP16-116, CP16-454, CP16-455, et al.

1212.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5197
Description:  Comment of Rebecca Wittenburg under CP16-116, CP16-454, CP16-455, et al.

| **Record Item No.** | **Description** |
|---|---|

1213.        Filed By: Individual
             Filed Date:  12/3/2018
             Accession No:  20181203-5200
             Description:  Comment of Kent Wittenburg under CP16-116, CP16-454, CP16-455, et al.

1214.        Filed By: Individual
             Filed Date:  12/3/2018
             Accession No:  20181203-5203
             Description:  Comment of Glenn Boward under CP16-116, CP16-454, CP16-455, et al.

1215.        Filed By: Individual
             Filed Date:  12/3/2018
             Accession No:  20181203-5210
             Description:  Comment of Jean Mendoza under CP16-116, CP16-454, CP16-455, et al.

1216.        Filed By: Individual
             Filed Date:  12/3/2018
             Accession No:  20181203-5211
             Description:  Comment of Sandra Stark under CP16-116, CP16-454, CP16-455, et al.

1217.        Filed By: Individual
             Filed Date:  12/3/2018
             Accession No:  20181203-5213
             Description:  Comment of Mia Trevino under CP16-116, CP16-454, CP16-455, et al.

1218.        Filed By: Individual
             Filed Date:  12/3/2018
             Accession No:  20181203-5215
             Description:  Comment of Carmen Grammer under CP16-116, CP16-454, CP16-455, et al.

| Record Item No. | Description |
|---|---|

1219.    Filed By: Individual
         Filed Date: 12/3/2018
         Accession No: 20181203-5220
         Description: Comment of Mary Elizabeth Hollmann under CP16-116, CP16-454, CP16-455, et al.

1220.    Filed By: Individual
         Filed Date: 12/3/2018
         Accession No: 20181203-5223
         Description: Comment of Larry Hollmann under CP16-116, CP16-454, CP16-455, et al.

1221.    Filed By: Individual
         Filed Date: 12/3/2018
         Accession No: 20181203-5225
         Description: Comment of Rebelah Gomez under CP16-116, CP16-454, CP16-455, et al.

1222.    Filed By: Individual
         Filed Date: 12/3/2018
         Accession No: 20181203-5228
         Description: Comment of Karen Boward under CP16-116, CP16-454, CP16-455, et al.

1223.    Filed By: Individual
         Filed Date: 12/3/2018
         Accession No: 20181203-5229
         Description: Comment of LaNell Gerlach under CP16-116, CP16-454, CP16-455, et al.

1224.    Filed By: Individual
         Filed Date: 12/3/2018
         Accession No: 20181203-5231
         Description: Comment of Mary Angela Branch in Docket(s)/ Project(s) CP16-454-000, CP16-116-000.

| **Record Item No.** | **Description** |
|---|---|
| 1225. | Filed By: Individual<br>Filed Date: 12/3/2018<br>Accession No: 20181203-5240<br>Description: Comment of Danny Wilson in Docket(s)/Project(s) CP16-454-000, CP16-116-000. |
| 1226. | Filed By: Individual<br>Filed Date: 12/3/2018<br>Accession No: 20181203-5255<br>Description: Comment of Robert Severson in Docket(s)/Project(s) CP16-116-000. |
| 1227. | Filed By: Individual<br>Filed Date: 12/3/2018<br>Accession No: 20181203-5257<br>Description: Comment of Marta Pena under CP16-116, CP16-454, CP16-455, et al. |
| 1228. | Filed By: Individual<br>Filed Date: 12/3/2018<br>Accession No: 20181203-5263<br>Description: Comment of Diane Teter in Docket(s)/Project(s) CP16-116-000. |
| 1229. | Filed By: Individual<br>Filed Date: 12/3/2018<br>Accession No: 20181203-5264<br>Description: Comment of Edna Goette under CP16-116, CP16-454, CP16-455, et al. |
| 1230. | Filed By: Friends of Laguna Atascosa National Wildlife Refuge<br>Filed Date: 12/3/2018<br>Accession No: 20181203-5275<br>Description: Comment of Friends of Laguna Atascosa National Wildlife Refuge under CP16-116, CP16-454, CP16-455, et al. |

| Record Item No. | Description |
|---|---|

1231.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5282
Description:  Comment of Henry Goette under CP16-116, CP16-454, CP16-455, et al.

1232.    Filed By: Individual
Filed Date:  12/4/2018
Accession No:  20181204-5018
Description:  Comment of William E Kenon, Jr. under CP16-455, et al.

1233.    Filed By: Individual
Filed Date:  12/4/2018
Accession No:  20181204-5019
Description:  Comment of Patrick Anderson under CP16-116, et al.

1234.    Filed By: Individual
Filed Date:  12/4/2018
Accession No:  20181204-5049
Description:  Comment of Kenneth Teague under CP16-116.

1235.    Filed By: Individual
Filed Date:  12/10/2018
Accession No:  20181210-0044
Description:  Comments of Julie Edelstein - Best re the Rio Grande Project et al. under CP16-454 et al.

1236.    Filed By: Individual
Filed Date:  12/10/2018
Accession No:  20181210-5003
Description:  Comment of Tom A. Sagona in Docket(s)/Project(s) CP16-116-000. Submission Date: 12/8/2018.

| Record Item No. | Description |
|---|---|

1237.
Filed By: Individual
Filed Date: 12/12/2018
Accession No: 20181212-5179
Description: Comment of Sarah S. Merrill under CP16-116. Opposes TX LNG due to its violation of Native American Graves Act and its clear risk of major explosion from pooling of gas above sites: Space X is within ten miles and will launch with live rocket fuel.

1238.
Filed By: Save RGV from LNG
Filed Date: 12/12/2018
Accession No: 20181212-5338
Description: Motion to Intervene Out-of-Time of Save RGV from LNG under CP16-116.

1239.
Filed By: U.S. Environmental Protection Agency Region 10
Filed Date: 12/17/2018
Accession No: 20181217-0010
Description: The U.S. Environmental Protection Agency submits additional information re the Draft Environmental Impact Statement for the Texas LNG Project under CP16-116.

1240.
Filed By: Individuals
Filed Date: 12/17/2018
Accession No: 20181217-0013
Description: Comments of Bill Holt, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1241.
Filed By: Individual
Filed Date: 12/17/2018
Accession No: 20181217-5023
Description: Comment of Teresa Saldivar in Docket(s)/Project(s) CP16-116-000.

| Record Item No. | Description |
|---|---|

1242.        Filed By: Individual
            Filed Date:  12/17/2018
            Accession No:  20181217-5038
            Description:  Comment of Jim Chapman under CP16-116, CP16-454, CP16-455, et al.

1243.        Filed By: Sierra Club - Austin TX Chapter
            Filed Date:  12/17/2018
            Accession No:  20181217-5046
            Description:  First of 24 comments of members of Sierra Club, Austin Chapter regarding CP16-116.

1244.        Filed By: Sierra Club - Austin TX Chapter
            Filed Date:  12/17/2018
            Accession No:  20181217-5057
            Description:  Comments 2-5 of Sierra Club - Austin TX Chapter under CP16-116.

1245.        Filed By: Sierra Club - Austin TX Chapter
            Filed Date:  12/17/2018
            Accession No:  20181217-5058
            Description:  Comments 6-10 of 24 of Sierra Club - Austin TX Chapter under CP16-116.

1246.        Filed By: Individual
            Filed Date:  12/17/2018
            Accession No:  20181217-5062
            Description:  Comment of Christopher Basaldu under CP16-116, CP16-454, CP16-455, et al.

1247.        Filed By: Sierra Club - Austin TX Chapter
            Filed Date:  12/17/2018
            Accession No:  20181217-5064
            Description:  Comments 11-15 of 24 of Sierra Club - Austin TX Chapter under CP16-116.

**Record Item No.**      **Description**

1248.       Filed By: Sierra Club - Austin TX Chapter
Filed Date:  12/17/2018
Accession No:  20181217-5065
Description:  Comments 16-20 of 24, Sierra Club - Austin TX Chapter under CP16-116.

1249.       Filed By: Sierra Club - Austin TX Chapter
Filed Date:  12/17/2018
Accession No:  20181217-5068
Description:  Comments 21-24 of 24, Sierra Club - Austin TX Chapter under CP16-116.

1250.       Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5071
Description:  Comment of Laurel Steinberg under CP16-116, CP16-454, CP16-455.

1251.       Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5073
Description:  Comment of Karen Saunders under CP16-116, CP16-454, CP16-455.

1252.       Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5074
Description:  Comment of Janie Martinez under CP16-116, CP16-454, CP16-455.

1253.       Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5078
Description:  Comment of Bebe Jowell under CP16-116, CP16-454, CP16-455.

| Record Item No. | Description |
| --- | --- |

1254.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5080
         Description:  Comment of Claudia Montemayor under CP16-116,
         CP16-454, CP16-455.

1255.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5081
         Description:  Comment of Bob Radnik under CP16-116, CP16-454,
         CP16-455.

1256.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5082
         Description:  Comment of Albert Cantua under CP16-116, CP16-454,
         CP16-455.

1257.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5083
         Description:  Comment of Bebe Jowell under CP16-116, CP16-454,
         CP16-455.

1258.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5085
         Description:  Comment of Christina Patino Houle under CP16-116,
         CP16-454, CP16-455.

1259.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5087
         Description:  Comment of Rob Gardner on CP16-116, CP16-454,
         CP16-455.

| Record Item No. | Description |
|---|---|

1260.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5088
         Description:  Comment of Sandra Gonzalez on CP16-116, CP16-454, CP16-455.

1261.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5089
         Description:  Comment of Mary Elizabeth Hollmann under CP16-116, CP16-454, CP16-455.

1262.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5090
         Description:  Comment of Alan Diaz under CP16-116, CP16-454, CP16-455.

1263.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5092
         Description:  Comment of Jose Sanchez on Texas LNG DEIS CP16-116.

1264.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5101
         Description:  Comment of Lucinda Wierenga on Texas LNG DEIS under CP16-116.

1265.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5102
         Description:  Comment of Nancy Patterson on Texas LNG DEIS under CP16-116.

| Record Item No. | Description |
|---|---|

1266.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5104
         Description:  Comment of Griff Mangan on Texas LNG DEIS under CP16-116.

1267.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5105
         Description:  Comment of Volker Imschweiler on Texas LNG DEIS under CP16-116.

1268.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5106
         Description:  Comment of Connie Lopez on Texas LNG DEIS under CP16-116.

1269.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5108
         Description:  Comment of Alison Kirsch on Texas LNG under CP16-116.

1270.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5110
         Description:  Comment of Jesus Medina on Texas LNG DEIS under CP16-116.

1271.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5112
         Description:  Comment of Virginia Gelineau on Texas LNG DEIS under CP16-116.

| Record Item No. | Description |
|---|---|

1272.     Filed By: Individual
          Filed Date: 12/17/2018
          Accession No: 20181217-5124
          Description: Comment of Jim Mehis on Texas LNG DEIS under CP16-116.

1273.     Filed By: Individual
          Filed Date: 12/17/2018
          Accession No: 20181217-5125
          Description: Comment of Heather Ramon Texas LNG DEIS under CP16-116.

1274.     Filed By: Individual
          Filed Date: 12/17/2018
          Accession No: 20181217-5128
          Description: Comment of Walter Kittelberger Texas LNG DEIS under CP16-116.

1275.     Filed By: Individual
          Filed Date: 12/17/2018
          Accession No: 20181217-5130
          Description: Comment of M. J. Shelton on Texas LNG DEIS under CP16-116.

1276.     Filed By: Individual
          Filed Date: 12/17/2018
          Accession No: 20181217-5133
          Description: Comment of Mary Shelton on Texas LNG DEIS under CP16-116.

1277.     Filed By: Individual
          Filed Date: 12/17/2018
          Accession No: 20181217-5136
          Description: Comment of Roger Barrus on Texas LNG DEIS under CP16-116.

| Record Item No. | Description |
| --- | --- |

1278.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5137
         Description:  Comment of Christian Barajas on Texas LNG DEIS
         under CP16-116.

1279.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5140
         Description:  Comment of Javier Martinez on Texas LNG DEIS under
         CP16-116.

1280.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5194
         Description:  Comment of Terrence Garrett on Texas LNG DEIS
         under CP16-116.

1281.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5197
         Description:  Comment of Tim Speee on Texas LNG DEIS under
         CP16-116.

1282.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5200
         Description:  Comment of Nohemi Benitez on Texas LNG DEIS
         under CP16-116.

1283.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5203
         Description:  Comment of Martha Estes on Texas LNG DEIS under
         CP16-116.

| Record Item No. | Description |
|---|---|

1284.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5205
         Description:  Comment of Rosemary Hendricks on Texas LNG DEIS
         under CP16-116.

1285.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5206
         Description:  Comment of Mary Brach on Texas LNG DEIS under
         CP16-116.

1286.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5208
         Description:  Comment of Elke Baitis on Texas LNG DEIS under
         CP16-116.

1287.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5210
         Description:  Comment of Cindy Spoon on Texas LNG DEIS under
         CP16-116.

1288.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5211
         Description:  Comment of Edward McBride on Texas LNG DEIS
         under CP16-116.

1289.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5212
         Description:  Comment of Victoria Scharen on Texas LNG DEIS
         under CP16-116.

| Record Item No. | Description |
|---|---|

1290.    Filed By: Individual
         Filed Date: 12/17/2018
         Accession No: 20181217-5213
         Description: Comment of Gail Tschirhart on Texas LNG DEIS under
         CP16-116.

1291.    Filed By: Individual
         Filed Date: 12/17/2018
         Accession No: 20181217-5214
         Description: Comment of Dianne Johnson on Texas LNG DEIS
         under CP16-116.

1292.    Filed By: Individual
         Filed Date: 12/17/2018
         Accession No: 20181217-5215
         Description: Comment of Glen Boward on Texas LNG DEIS under
         CP16-116.

1293.    Filed By: Individual
         Filed Date: 12/17/2018
         Accession No: 20181217-5217
         Description: Comment of Sally Nold on Texas LNG DEIS under
         CP16-116.

1294.    Filed By: Individual
         Filed Date: 12/17/2018
         Accession No: 20181217-5224
         Description: Comment of Karen Boward on Texas LNG DEIS under
         CP16-116.

1295.    Filed By: Individual
         Filed Date: 12/17/2018
         Accession No: 20181217-5231
         Description: Comment of Michael Turner on Texas LNG DEIS under
         CP16-116.

| Record Item No. | Description |
|---|---|

1296.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5233
Description:  Comment of Elizabeth Watts on Texas LNG DEIS under CP16-116.

1297.    Filed By: Friends of Laguna Atascosa National Wildlife Refuge
Filed Date:  12/17/2018
Accession No:  20181217-5235
Description:  Comment of Friends of Laguna Atascosa National Wildlife Refuge on Texas LNG DEIS under CP16-116.

1298.    Filed By: Center For Liquefied Natural Gas
Filed Date:  12/17/2018
Accession No:  20181217-5264
Description:  Comment of Center For Liquefied Natural Gas under CP16-116.

1299.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5267
Description:  Comment of Maria M. Galasso in Docket(s)/Project(s) CP16-116-000.

1300.    Filed By: Texas Parks & Wildlife Department
Filed Date:  12/17/2018
Accession No:  20181217-5281
Description:  Comment of Texas Parks & Wildlife Department under CP16-116.

1301.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5306
Description:  Comment of Patrick Anderson on Texas LNG DEIS under CP16-116.

| Record Item No. | Description |
|---|---|

1302.    Filed By: Sierra Club et al.
Filed Date:  12/17/2018
Accession No:  20181217-5317
Description:  Comment and exhibits of Sierra Club et al. under CP16-116.

1303.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5355
Description:  Comment of William E. Kenon, Jr. under CP16-116.

1304.    Filed By: Texas LNG Brownsville LLC
Filed Date:  12/17/2018
Accession No:  20181217-5371
Description:  Comment of Texas LNG Brownsville LLC regarding the Draft Environmental Impact Statement under CP16-116.

1305.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5374
Description:  Comment of Alma Gloria Leal in Docket(s)/Project(s) CP16-116-000.

1306.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5375
Description:  Comment of Friends of the Wildlife Corridor in Docket(s)/Project(s) CP16-116-000.

1307.    Filed By: Individuals
Filed Date:  12/17/2018
Accession No:  20181219-0008
Description:  Comments of Elizabeth Grimsley et al. for the Port at Brownsville LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1308.    Filed By: Individuals
Filed Date:  12/17/2018
Accession No:  20181219-0009
Description:  Comments of Suzanne Taylor et al. for the Texas LNG
Project under CP16-116.

1309.    Filed By: Individuals
Filed Date:  12/17/2018
Accession No:  20181219-0010
Description:  Comments of Cindy Symington et al. for the Texas LNG
Project under CP16-116.

1310.    Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181219-0011
Description:  Comments of Ana Reza re the proposed Texas LNG
Project under CP16-116.

1311.    Filed By: Individuals
Filed Date:  12/17/2018
Accession No:  20181219-0012
Description:  Comments of Naomi Dove and 25 other individuals re
the Proposed Port of Brownsville LNG export terminal Texas LNG
under CP16-116.

1312.    Filed By: Individuals
Filed Date:  12/17/2018
Accession No:  20181219-0013
Description:  Comments of Kathleen Younghans, et al. re the
proposed Port of Brownsville LNG export terminal Texas LNG under
CP16-116.

| Record Item No. | Description |
|---|---|

1313.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0014
         Description:  Comments of Richard Schlenk, et al. re the proposed
         Port of Brownsville LNG export terminal Texas LNG under CP16-
         116.

1314.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0015
         Description:  Comments of Linda Hahus, et al. re the proposed Port of
         Brownsville LNG export terminal Texas LNG under CP16-116.

1315.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0016
         Description:  Comments of Camilla Figueroa, et al. re the proposed
         Port of Brownsville LNG export terminal Texas LNG under CP16-
         116.

1316.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0017
         Description:  Comments of Sara Straube, et al. re the proposed Port of
         Brownsville LNG export terminal Texas LNG under CP16-116.

1317.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0018
         Description:  Comments of Pam Sohan, et al. re the proposed Port of
         Brownsville LNG export terminal Texas LNG under CP16-116.

1318.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0019
         Description:  Comments of Gary Kasper, et al. re the proposed Port of
         Brownsville LNG export terminal Texas LNG under CP16-116.

226

| Record Item No. | Description |
|---|---|

1319.  Filed By: Individuals
Filed Date: 12/17/2018
Accession No: 20181219-0020
Description: Comments of Robert Gary, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1320.  Filed By: Individuals
Filed Date: 12/17/2018
Accession No: 20181219-0021
Description: Comments of Margaret Little, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1321.  Filed By: Individuals
Filed Date: 12/17/2018
Accession No: 20181219-0022
Description: Comments of Gwynne Carosella, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1322.  Filed By: Individuals
Filed Date: 12/17/2018
Accession No: 20181219-0023
Description: Comments of Diane and Michael Wonio, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1323.  Filed By: Individuals
Filed Date: 12/17/2018
Accession No: 20181219-0024
Description: Comments of Cima Malkhassian, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

| Record<br>Item No. | Description |
|---|---|

1324.     Filed By: Individuals
    Filed Date:  12/17/2018
    Accession No:  20181219-0025
    Description:  Comments of Monique Mcintyre, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1325.     Filed By: Individuals
    Filed Date:  12/17/2018
    Accession No:  20181219-0026
    Description:  Comments of Emily Garza, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

1326.     Filed By: Individual
    Filed Date:  12/17/2018
    Accession No:  20181219-0027
    Description:  Comments of Terry Burns re the proposed Port of Brownsville LNG under CP16-116.

1327.     Filed By: Individuals
    Filed Date:  12/17/2018
    Accession No:  20181219-0028
    Description:  Comments of Thomas Garcia and 26 other individuals re the proposed Port of Brownsville LNG export terminal of the Texas LNG Project under CP16-116.

1328.     Filed By: Individuals
    Filed Date:  12/17/2018
    Accession No:  20181219-0029
    Description:  Comments of Charmaine Berry, et al. re the proposed Port of Brownsville LNG export terminal Texas LNG under CP16-116.

| Record Item No. | Description |
|---|---|

1329.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0030
         Description:  Comments of Jill Buchanan and 27 individuals re the
         proposed Port of Brownsville LNG under CP16-116.

1330.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0031
         Description:  Comments of Turney Maurer et al. for the Texas LNG
         Project under CP16-116.

1331.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0032
         Description:  Comments of Stanley Wright and 24 individuals re the
         proposed Port of Brownsville LNG under CP16-116.

1332.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181219-0033
         Description:  Comments of Nanette Gordon re the proposed Texas
         LNG Project under CP16-116.

1333.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181219-0034
         Description:  Comments of Rick Provencio re the Texas LNG Project
         under CP16-116.

1334.    Filed By: Individuals
         Filed Date:  12/17/2018
         Accession No:  20181219-0035
         Description:  Comments of Juli Kring, et al. re the proposed Port of
         Brownsville LNG export terminal Texas LNG under CP16-116.

**Record Item No.** | **Description**

1335.     Filed By: Individuals
Filed Date:  12/17/2018
Accession No:  20181219-0036
Description:  Comments of Karen Naumann and 24 other individuals re the proposed Port of Brownsville LNG export terminal of the Texas LNG Project under CP16-116.

1336.     Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181219-0037
Description:  Comments of Christina Scattergood re the proposed Port of Brownsville LNG under CP16-116.

1337.     Filed By: Carrizo Comecrudo Tribe of Texas
Filed Date:  12/18/2018
Accession No:  20181218-5010
Description:  Comment of Carrizo Comecrudo Tribe of Texas under CP16-116. Texas LNG Draft Environmental Impact Statement.

1338.     Filed By: Department of the Interior - OEPC
Filed Date:  12/18/2018
Accession No:  20181218-5031
Description:  Comment of Department of the Interior - OEPC under CP16-116.

1339.     Filed By: Individual
Filed Date:  12/18/2018
Accession No:  20181218-5034
Description:  Comment of John Young under CP16-116.

1340.     Filed By: Individual
Filed Date:  12/18/2018
Accession No:  20181218-5035
Description:  Comment of William Berg under CP16-116.

| Record Item No. | Description |
|---|---|

1341.   Filed By: U.S. Fish And Wildlife Service
        Filed Date:  12/27/2018
        Accession No:  20181228-0014
        Description:  The U.S. Fish and Wildlife Service submits letter re the
        Rio Grande LNG LLC and Rio Bravo Pipeline LLC under CP16-116
        et al.

1342.   Issued By: Federal Energy Regulatory Commission
        Filed Date:  1/2/2019
        Accession No:  20190102-4002
        Description:  Transcript dated November 13, 2018 of a Scoping
        Meeting held in Kingsville, Texas for the Rio Grande Project et al.
        under CP16-454 et al.

1343.   Issued By: Federal Energy Regulatory Commission
        Filed Date:  1/2/2019
        Accession No:  20190102-4003
        Description:  Transcript dated November 14, 2018 of a Scoping
        Meeting held in Raymondville, Texas for the Rio Grande Project et al.
        under CP16-454 et al.

1344.   Issued By: Federal Energy Regulatory Commission
        Filed Date:  1/2/2019
        Accession No:  20190102-4005
        Description:  Transcript dated November 15, 2018 of a Scoping
        Meeting held in Port Isabel, Texas for the Rio Grande Project et al.
        under CP16-454 et al.

1345.   Filed By: Individual
        Filed Date:  1/14/2019
        Accession No:  20190114-5009
        Description:  Comment of Justin Vosburg in Docket(s)/Project(s)
        PF15-14-000, PF15-15-000.

| Record Item No. | Description |
|---|---|

**1346.**   Issued By: Secretary Of The Commission, FERC
Filed Date:  1/18/2019
Accession No:  20190118-3060
Description:  Notice Granting Intervention re Texas LNG Brownsville LLC under CP16-116.

**1347.**   Filed By: Texas LNG Brownsville LLC
Filed Date:  1/30/2019
Accession No:  20190130-5224
Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

**1348.**   Filed By: Texas LNG Brownsville LLC
Filed Date:  1/30/2019
Accession No:  20190130-5225
Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

**1349.**   Filed By: Texas LNG Brownsville LLC
Filed Date:  2/1/2019
Accession No:  20190201-5218
Description:  Texas LNG Brownsville LLC submits supplemental information

**1350.**   Filed By: Texas LNG Brownsville LLC
Filed Date:  2/1/2019
Accession No:  20190201-5219
Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

**1351.**   Filed By: Individual
Filed Date:  2/4/2019
Accession No:  20190204-5088
Description:  Comment of John Young under CP17-19-000: Questions regarding Texas LNG and/or Annova LNG receiving feedgas from Valley Crossing Pipeline .

232

| Record Item No. | Description |
|---|---|

1352.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  2/5/2019
        Accession No:  20190205-5093
        Description:  Texas LNG Brownsville LLC submits supplemental
        information under CP16-116.

1353.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  2/5/2019
        Accession No:  20190205-5094
        Description:  Texas LNG Brownsville LLC submits supplemental
        information under CP16-116.

1354.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  2/5/2019
        Accession No:  20190205-5095
        Description:  Texas LNG Brownsville LLC submits supplemental
        information under CP16-116.

1355.   Filed By: NOAA Fisheries Service, Southeast Region
        Filed Date:  2/6/2019
        Accession No:  20190206-5005
        Description:  Report of NOAA Fisheries Service, Southeast Region
        under CP16-116. EFH Consultation letter.

1356.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  2/6/2019
        Accession No:  20190206-5104
        Description:  Texas LNG Brownsville LLC submits supplemental
        information under CP16-116.

1357.   Filed By: Texas LNG Brownsville LLC
        Filed Date:  2/6/2019
        Accession No:  20190206-5105
        Description:  Texas LNG Brownsville LLC submits supplemental
        information under CP16-116.

| Record Item No. | Description |
|---|---|

1358.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/8/2019
Accession No:  20190208-5130
Description:  Texas LNG Brownsville LLC submits supplemental
information under CP16-116.

1359.    Issued By: Office of Energy Projects
Filed Date:  2/12/2019
Accession No:  20190212-3011
Description:  Letter to the Advisory Council on Historic Preservation
re a Notification of Adverse Effect for the Texas LNG Project and
requesting a response within 15 days under CP16-116.

1360.    Issued By: Office of Energy Projects
Filed Date:  2/14/2019
Accession No:  20190214-3002
Description:  Memo dated 2/14/19 forwarded from Steven Kusy of the
Office of Energy Project re the 49 CFR, Part 193, Subpart B, Siting -
Letter of Determination for the Texas LNG Project under CP16-116.

1361.    Issued By: Office of Energy Projects
Filed Date:  2/15/2019
Accession No:  20190215-3105
Description:  Letter requesting Texas LNG Brownsville LLC to
submit a complete response re the Environmental Information to assist
in the analysis within 5 days under CP16-116.

1362.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/15/2019
Accession No:  20190215-5164
Description:  Texas LNG Brownsville LLC submits supplemental
information under CP16-116.

| Record Item No. | Description |
|---|---|

**1363.**     Filed By: Texas LNG Brownsville LLC
Filed Date:  2/15/2019
Accession No:  20190215-5165
Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

**1364.**     Filed By: Texas LNG Brownsville LLC
Filed Date:  2/22/2019
Accession No:  20190222-5060
Description:  Response of Texas LNG Brownsville LLC to February 15, 2019 Data Requests under CP16-116.

**1365.**     Filed By: Individual
Filed Date:  2/25/2019
Accession No:  20190225-5009
Description:  Comment of Tom A. Sagona in Docket(s)/Project(s) CP16-116-000. Submission Date: 2/24/2019.

**1366.**     Filed By: Texas LNG Brownsville LLC
Filed Date:  2/25/2019
Accession No:  20190225-5109
Description:  Texas LNG Brownsville LLC submits the Follow-On Waterway Suitability Assessment for the Texas LNG Project under CP16-116.

**1367.**     Filed By: Texas LNG Brownsville LLC
Filed Date:  2/25/2019
Accession No:  20190225-5110
Description:  Texas LNG Brownsville LLC submits the Follow-On Waterway Suitability Assessment for the Texas LNG Project under CP16-116.

| Record Item No. | Description |
|---|---|

1368.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/26/2019
Accession No:  20190226-0010
Description:  Texas LNG Brownsville, LLC submits copies of submission to the PHMSA for the Texas LNG Liquefaction Project under CP16-116.

1369.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/26/2019
Accession No:  20190226-0012
Description:  Texas LNG Brownsville, LLC submits copies of submission to the PHMSA for the Texas LNG Liquefaction Project under CP16-116.

1370.    Filed By: U.S. Fish And Wildlife Service
Filed Date:  2/27/2019
Accession No:  20190227-4000
Description:  The U.S. Fish and Wildlife Service submits letter re Texas LNG Brownsville, LLC's request to initiate Section 7 Consultation for Authorization to construct, install operate and maintain structures and equipment under CP16-116.

1371.    Filed By: Texas LNG Brownsville LLC
Filed Date:  2/27/2019
Accession No:  20190227-5181
Description:  Texas LNG Brownsville LLC submits Annual Review of Waterway Suitability Assessment under CP16-116.

1372.    Filed By: Texas LNG Brownsville LLC
Filed Date:  3/4/2019
Accession No:  20190304-5142
Description:  Texas LNG Brownsville LLC submits supplemental information under CP16-116.

| **Record Item No.** | **Description** |
|---|---|

1373.    Issued By: Office of Energy Projects
         Filed Date:  3/15/2019
         Accession No:  20190315-3030
         Description:  Final Environmental Impact Statement Volume I for the
         Texas LNG Project under CP16-116.

1374.    Issued By: Office of Energy Projects
         Filed Date:  3/15/2019
         Accession No:  20190315-3053
         Description:  Final Environmental Impact Statement for the Texas
         LNG Brownsville LLC's Texas LNG Project under CP16-116.

1375.    Issued By: Secretary Of The Commission, FERC
         Filed Date:  3/15/2019
         Accession No:  20190315-3061
         Description:  Notice of Availability of the Final Environmental
         Impact Statement for the Proposed Texas LNG Project re Texas LNG
         Brownsville, LLC under CP16-116.

1376.    Filed By: Individual
         Filed Date:  3/15/2019
         Accession No:  20190315-5033
         Description:  Comment of John Young under CP16-116 on Texas
         LNG's iffy Valley Crossing interconnect claim and flawed Waterway
         Suitability Assessment.

1377.    Filed By: Individual
         Filed Date:  3/20/2019
         Accession No:  20190320-5017
         Description:  Comment of Kenneth Teague under CP16-116.
         Comment on FEIS.

| Record Item No. | Description |
|---|---|

1378.    Issued By: Office of Energy Projects
         Filed Date: 3/25/2019
         Accession No: 20190325-3036
         Description: Letter to U.S. Fish and Wildlife Service re the Revised
         Determination of Effect and Request for Consultation for the Texas
         LNG Project under CP16-116.

1379.    Filed By: Defenders Of Wildlife
         Filed Date: 3/26/2019
         Accession No: 20190326-5054
         Description: Defenders of Wildlife's Request to Update Service List
         under CP16-116.

1380.    Filed By: Texas LNG Brownsville LLC
         Filed Date: 4/2/2019
         Accession No: 20190402-5190
         Description: Texas LNG Brownsville LLC submits documents from
         the Texas Commission on Environmental Quality under CP16-116.

1381.    Filed By: City of South Padre Island, Texas
         Filed Date: 4/19/2019
         Accession No: 20190419-5077
         Description: Report of City of South Padre Island, Texas under
         CP16-116. Resolution No. 2015-29. During the April 17, 2019, City
         Council meeting, Council voted to continue its opposition to LNG
         development at the Port of Brownsville, Texas.

1382.    Filed By: U.S. Environmental Protection Agency R6
         Filed Date: 4/22/2019
         Accession No: 20190422-5006
         Description: Comment of U.S. Environmental Protection Agency R6
         under CP16-116.

| Record Item No. | Description |
|---|---|
| 1383. | Filed By: City of South Padre Island, Texas, South Padre Island Business Owners Association<br>Filed Date:  4/22/2019<br>Accession No:  20190422-5149<br>Description:  Supplemental Information of City of South Padre Island, Texas under CP16-116, et al. The City of South Padre Island has updated the contacts for the official service list. |
| 1384. | Filed By: U.S. Environmental Protection Agency<br>Filed Date:  4/23/2019<br>Accession No:  20190423-0045<br>Description:  U.S. Environmental Protection Agency submits response to the Final Environmental Impact Statement for the Texas LNG Project under CP16-116. |
| 1385. | Filed By: Individual<br>Filed Date:  6/11/2019<br>Accession No:  20190611-5114<br>Description:  Comment of Erika Garzoria in Docket(s)/Project(s) CP16-116-000, CP16-454-000. |
| 1386. | Filed By: U.S. Fish And Wildlife Service<br>Filed Date:  8/7/2019<br>Accession No:  20190807-4000<br>Description:  U.S. Fish and Wildlife Service submits response to Texas LNG Biological Assessment under CP16-116. |
| 1387. | Filed By: National Marine Fisheries Service<br>Filed Date:  8/22/2019<br>Accession No:  20190822-4001<br>Description:  National Marine Fisheries Service submits their responds to the requests for consultation pursuant to Section 7 of the Endangered Species Act for the LNG Terminal and Pipeline Project et al. under CP16-454 et al. |

| Record Item No. | Description |
|---|---|

1388.   Filed By: Texas LNG Brownsville LLC
        Filed Date: 10/4/2019
        Accession No: 20191004-5040
        Description: Texas LNG Brownsville LLC's Request for Prompt
        Issuance of Commission Order under CP16-116.

1389.   Issued By: Office Of External Affairs
        Filed Date: 11/21/2019
        Accession No: 20191121-3059
        Description: News Release - FERC Approves Four LNG Export
        Projects under CP16-116 et al.

1390.   Filed By: Individual
        Filed Date: 11/21/2019
        Accession No: 20191121-5007
        Description: Comment of John Young in Docket(s)/Project(s) CP16-
        116-000, CP16-480-000.

1391.   Issued By: Secretary Of The Commission, FERC, Commissioners &
        Immediate Staff (The Commission)
        Filed Date: 11/22/2019
        Accession No: 20191122-3048
        Description: Order Granting Authorization under Section 3 of the
        Natural Gas Act re Texas LNG Brownsville LLC under CP16-116.
        Commissioner Glick is dissenting with a separate statement attached.

1392.   Filed By: Texas LNG Brownsville LLC
        Filed Date: 12/13/2019
        Accession No: 20191213-5054
        Description: Texas LNG Brownsville LLC accepts FERC's
        authorization under CP16-116.

1393.   Filed By: Texas LNG Brownsville LLC
        Filed Date: 12/19/2019
        Accession No: 20191219-5042
        Description: Texas LNG Brownsville LLC files an errata to its
        December 13, 2019 submission under CP16-116.

| Record Item No. | Description |
|---|---|

1394.    Filed By: Sierra Club, et al.
Filed Date:  12/23/2019
Accession No:  20191226-5066
Description:  Request for Rehearing of Sierra Club, et al. of the
November 22, 2019 Order under CP16-116 et, al.

1395.    Filed By: Texas LNG Brownsville LLC
Filed Date:  1/7/2020
Accession No:  20200107-5138
Description:  Texas LNG Brownsville LLC files a Motion to Strike;
Motion for Leave to Answer, and Answer to Request for Rehearing;
and Answer to Motion to Stay under CP16-116.

1396.    Issued By: Secretary Of The Commission, FERC
Filed Date:  1/21/2020
Accession No:  20200121-3045
Description:  Order Granting Rehearing for Further Consideration re
Texas LNG Brownsville LLC under CP16-116.

1397.    Filed By: Texas LNG Brownsville LLC
Filed Date:  1/21/2020
Accession No:  20200121-5180
Description:  Texas LNG Brownsville LLC submits its
Implementation Plan under CP16-116.

1398.    Filed By: Texas LNG Brownsville LLC
Filed Date:  1/21/2020
Accession No:  20200121-5181
Description:  Texas LNG Brownsville LLC submits its
Implementation Plan under CP16-116.

1399.    Filed By: Sierra Club, et al.
Filed Date:  1/21/2020
Accession No:  20200121-5202
Description:  Answer to motion to strike of Sierra Club, et al. under
CP16-116.

| **Record Item No.** | **Description** |

1400.    Filed By: Texas LNG Brownsville LLC
         Filed Date:  2/10/2020
         Accession No:  20200210-5027
         Description:  Texas LNG Brownsville LLC submits its monthly report
         under CP16-116.

1401.    Filed By: Texas State Historic Preservation Office
         Filed Date:  2/14/2020
         Accession No:  20200214-4001
         Description:  Signed Memorandum of Agreement with the Texas
         State Historic Preservation Office re the Texas Liquefied Natural Gas
         Project in Cameron County, Texas under CP16-116.

1402.    Filed By: Texas LNG Brownsville LLC
         Filed Date:  2/18/2020
         Accession No:  20200218-5077
         Description:  Texas LNG Brownsville LLC submits its annual review
         of its Waterway Suitability Assessment under CP16-116.

1403.    Issued By: Secretary Of The Commission, FERC, Commissioners &
         Immediate Staff (The Commission)
         Filed Date:  2/21/2020
         Accession No:  20200221-3023
         Description:  Order on Rehearing and Stay re Texas LNG Brownsville
         LLC under CP16-116. Commissioner Glick is dissenting with a
         separate statement attached. Commissioner McNamee is concurring
         with a separate statement attached.

         In witness whereof I have hereunto subscribed and
         caused the seal of the Federal Energy Regulatory
         Commission to be affixed this 14th day of May, 2020, at
         Washington, DC.

*Kimberly D. Bose*
Kimberly D. Bose,
Secretary.

242

*Vecinos para el Bienestar de la Comunidad*        **Docket Nos. PF15-14,**
  *Costera, Sierra Club, City of Port Isabel*              **CP16-116**
  *and Save RGV from LNG v. FERC*
**D.C. Cir. No. 20-1094**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 14, 2020, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's

system.

*/s/ Scott R. Ediger*
Scott R. Ediger
Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-8509
Fax: (202) 273-0901
Email: scott.ediger@ferc.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 27, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


<u>/s/ Robert M. Kennedy</u>
Robert M. Kennedy
Senior Attorney