# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1175**                                                              **September Term, 2023**

FERC-CP16-116-002

Filed On: March 5, 2024 [2043511]

City of Port Isabel and Sierra Club,

     Petitioners

    v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

Texas LNG Brownsville, LLC,
     Intervenor

------------------------------

Consolidated with 23-1222

## O R D E R

Upon consideration of petitioners' unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Deferred Appendix | March 15, 2024 |
| Final Briefs | March 26, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk