# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1174**  September Term, 2023

FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-454-000
FERC-CP16-116-002
FERC-CP20-481-000

**Filed On: May 7, 2024** [2053218]

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

    Intervenors

------------------------------

Consolidated with 23-1221

**No. 23-1175**

FERC-CP16-116-002

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1174**                                                      **September Term, 2023**

Texas LNG Brownsville, LLC,
                Intervenor

------------------------------

Consolidated with 23-1222

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these related cases scheduled for May 17, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondent | - | 15 Minutes (to be divided with intervenors as the parties deem appropriate) |

The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Childs and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 9, 2024.

### Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                    BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)