# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1175**   September Term, 2023

FERC-CP16-116-002

**Filed On: May 17, 2024** [2055033]

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
    Intervenor

------------------------------

Consolidated with 23-1222

    **BEFORE:**    Chief Judge Srinivasan and Circuit Judges Childs and Garcia

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, May 17, 2024 at 9:31 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Nathan Matthews, counsel for Petitioners.

    Robert M. Kennedy (FERC), counsel for Respondent.

    Varu Chilakamarri, counsel for Intervenor Rio Grande LNG.

    Michael R. Pincus, counsel for Intervenor Texas LNG Brownsville.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Anne A. Rothenberger
Deputy Clerk