No. 23-1175(L), 23-1222

**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

CITY OF PORT ISABEL, *et al.*,

*Petitioners*, v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

_____

On Petition for Review of Orders of the

Federal Energy Regulatory Commission

_____

**Notice of Withdrawal of**

**Tom Gosselin as Co-Counsel for Petitioners**

Tom Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78723
424-346-3276
tom.gosselin@sierraclub.org

Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

*Attorneys for Sierra Club and Vecinos para el Bienestar de la Comunidad Costera*

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Attorney for City of Port Isabel*

Please take notice that Tom Gosselin withdraws his appearance as counsel for Petitioners Sierra Club and Vecinos para el Bienestar de la Comunidad Costera in the above captioned matter. As of July 3, 2024, Tom Gosselin will no longer be with Sierra Club. Nathan Matthews remains as counsel for those Petitioners; and Gilberto Hinojosa remains as counsel for the City of Port Isabel.

Dated June 11, 2024              Respectfully submitted,

                                 */s/ Tom Gosselin*
                                 Tom Gosselin
                                 Sierra Club
                                 P.O. Box 4998
                                 Austin, TX 78723
                                 424-346-3276
                                 tom.gosselin@sierraclub.org

                                 Nathan Matthews
                                 Sierra Club
                                 2101 Webster St., Suite 1300
                                 Oakland, CA 94612
                                 415-977-5695
                                 nathan.matthews@sierraclub.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2024, I have served the foregoing Notice on all registered counsel through the Court's electronic filing system (ECF).

*/s/ Tom Gosselin*
Tom Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78723
424-346-3276
tom.gosselin@sierraclub.org