# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-1174**  **September Term, 2023**
FILED ON: AUGUST 6, 2024

CITY OF PORT ISABEL, ET AL.,
    PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
    RESPONDENT

RIO BRAVO PIPELINE COMPANY, LLC AND RIO GRANDE LNG, LLC,
    INTERVENORS

---

Consolidated with 23-1221

On Petitions for Review of Orders of the
Federal Energy Regulatory Commission

---

**No. 23-1175**

CITY OF PORT ISABEL AND SIERRA CLUB,
    PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
    RESPONDENT

TEXAS LNG BROWNSVILLE, LLC,
    INTERVENOR

---

Consolidated with 23-1222

On Petitions for Review of Orders of the
Federal Energy Regulatory Commission

---

Before: SRINIVASAN, *Chief Judge*, CHILDS and GARCIA, *Circuit Judges*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-1174　　　　　　　　　　　　　　　September Term, 2023
No. 23-1175

### J U D G M E N T

These causes came to be heard on the petitions for review of orders of the Federal Energy Regulatory Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be granted in part and denied in part; both reauthorizations be vacated; and the cases be remanded to the Commission for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

BY:　　/s/

　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: August 6, 2024

Opinion for the court filed by Circuit Judge Garcia.