# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1175** | **September Term, 2023** |
| | FERC-CP16-116-002 |
| | **Filed On: August 6, 2024** [2068434] |

City of Port Isabel and Sierra Club,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Texas LNG Brownsville, LLC,
              Intervenor

------------------------------

Consolidated with 23-1222

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk