# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** City of Port Isabel, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 23-1175

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ◯ Appellee(s)/Respondent(s)  ⦿ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Texas LNG Brownsville, LLC

### Counsel Information

**Lead Counsel:** Varu Chilakamarri

**Direct Phone:** ( 202 ) 778-9165  **Fax:** (____) _____  **Email:** varu.chilakamarri@klgates.com

**2nd Counsel:** David Leonard Wochner

**Direct Phone:** ( 202 ) 778-9000  **Fax:** (____) _____  **Email:** david.wochner@klgates.com

**3rd Counsel:**

**Direct Phone:** (____) _____  **Fax:** (____) _____  **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (____) _____  **Fax:** (____) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)