# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1175**                                                 **September Term, 2024**

**FERC-CP16-116-002**

**Filed On:** September 10, 2024

City of Port Isabel and Sierra Club,

        Petitioners

      v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Texas LNG Brownsville, LLC,
               Intervenor
------------------------------

Consolidated with 23-1222

      **BEFORE:**    Srinivasan, Chief Judge; and Childs and Garcia, Circuit Judges

### O R D E R

      Upon consideration of Intervenor Texas LNG Brownsville, LLC's motion for a 30-day extension of time within which to file a petition for rehearing or petition for rehearing en banc, the joint opposition thereto, and the reply, it is

      **ORDERED** that the motion be granted. Any petition for rehearing is now due by October 21, 2024.

### Per Curiam

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                   BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk