# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1175** | **September Term, 2024** |
| | **FERC-CP16-116-002** |
| | **Filed On:** October 23, 2024 |

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
              Intervenor

------------------------------

Consolidated with 23-1222

## O R D E R

Upon consideration of the petition for rehearing en banc filed by intervenor for respondent Texas LNG Brownsville, LLC, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioners and respondent file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                 BY:    /s/
                                             Daniel J. Reidy
                                             Deputy Clerk