





Guillermo (Will) S. Treviño*
Jennifer M. Avendaño*
Alyssa Castillon
Lena C. Chaisson-Muñoz*
Criselda (Cris) Ivon Rincón -Flores*
Alfredo Padilla+

*Texas Bar College Member
+Of Counsel

# Office of the City Attorney

October 28, 2024

***Via appellate CM/ECF system***
Mark Langer
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW,
Washington, DC 20001

**RE: Nos. 23-1175(L), 23-1222; *City of Port Isabel, et al., v. Federal Energy Regulatory Commission, Texas LNG Brownsville, LLC***

To the Honorable Clerk:

The City of Brownsville, Texas, along with Cameron County, Texas, Greater Brownsville Incentives Corporation, Brownsville Community Improvement Corporation, Brownsville Chamber of Commerce, City of Los Fresnos, Texas, Town of Rancho Viejo, Texas, Town of Indian Lake, Texas, and the City of Edinburg, Texas, filed a Motion for Invitation to File Brief as *Amici Curiae* and an *Amici Curiae* Brief in Nos. 23-1174 (L), 23-1221; *City of Port Isabel, et al., v. Federal Energy Regulatory Commission, Rio Bravo Pipeline Company, LLC; Rio Grande LNG, LLC*.

Because the ruling and subsequent impact on Amici and their communities are vastly similar, we respectfully request that the Court consider the arguments presented by Amici in Texas LNG Brownsville, LLC's petition for rehearing and rehearing en banc.

Please contact me with any questions. Thank you in advance for your assistance.

Respectfully,

/s/Guillermo (Will) Trevino
City Attorney
DC Circuit Bar No. 65535
Texas State Bar No. 24044743
City of Brownsville
1001 E. Elizabeth Street
Brownsville, Texas 78520
Phone: 956-548-6070
will.trevino@brownsvilletx.gov
litigation@brownsvilletx.gov