# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1175** | **September Term, 2024** |
| | FERC-CP16-116-002 |
| | **Filed On:** November 5, 2024 |

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
    Intervenor

------------------------------

Consolidated with 23-1222

    **BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of respondent's unopposed motion for 30-day extension of time to respond to the petitions for rehearing, it is

**ORDERED** that the motion be granted. Any responses are now due by December 9, 2024.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
         Daniel J. Reidy
         Deputy Clerk