# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1175**                                      **September Term, 2024**

FERC-CP16-116-002

**Filed On:** November 12, 2024

City of Port Isabel and Sierra Club,

      Petitioners

      v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Texas LNG Brownsville, LLC,
               Intervenor

------------------------------

Consolidated with 23-1222

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for invitation to file an *amicus curiae* brief in support of intervenor Texas LNG Brownsville, LLC's petition for panel rehearing and rehearing en banc, filed by Brownsville Navigation District of Cameron County, Texas, and the lodged *amicus curiae* brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged *amicus curiae* brief.

### Per Curiam

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                              BY:     /s/
                                             Daniel J. Reidy
                                             Deputy Clerk