# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1175**                      **September Term, 2024**

FERC-CP16-116-002

**Filed On:** December 10, 2024

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
            Intervenor

------------------------------

Consolidated with 23-1222

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motions for invitation to participate as amici curiae in support of respondent intervenors' petitions for panel rehearing and rehearing en banc, and the lodged briefs amici curiae, it is

**ORDERED** that the motions be granted. The Clerk is directed to file the lodged amici briefs.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk