**[DECIDED AUGUST 6, 2024]**

No. 23-1174 (L), 23-1221

*and*

No. 23-1175 (L), 23-1222

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

CITY OF PORT ISABEL, *et al.*,

*Petitioners,*

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

_____

On Petition for Review of Orders of the
Federal Energy Regulatory Commission

_____

**PETITIONERS' JOINT OPPOSITION TO RIO GRANDE LNG, RIO BRAVO PIPELINE COMPANY, AND TEXAS LNG's MOTION FOR LEAVE TO FILE REPLY**

Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

Rebecca McCreary
Staff Attorney
1650 38th Street, Suite 103W
Boulder, CO 80301
(303) 449-5595 ext. 103
rebecca.mccreary@sierraclub.org

*Attorneys for Carrizo Comecrudo Tribe of Texas, Sierra Club, and Vecinos para el Bienestar de la Comunidad Costera*

***Additional counsel listed on inside cover.***

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Attorney for City of Port Isabel*

Dated December 23, 2024

**PETITIONERS' JOINT OPPOSITON TO INTEVERVENORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PETITIONS FOR REHEARING OR REHEARING EN BANC**

The Court should deny intervenors' request to file a reply. The Federal Rules of Appellate Procedure contemplate responses to petitions for rehearing, but not replies, and intervenors have not identified anything exceptional about this case.

Intervenors' request is particularly absurd given the existing disparity in briefing. Intervenors have already filed three petitions, at nearly 3,900 words each, for 11,700 words total. Rio Grande LNG and Texas LNG then filed two FRAP 28(j) letters, at 350 words each, arguing that *Marin Audubon* supported their positions. Intervenors are further supported by *eight* amicus briefs and another 3,900 words of support from FERC. Against this mountain of briefing, Petitioners filed a single 3,900-word response. A reply would unfairly exaggerate this disparity.

Petitioners' arguments opposing rehearing could have and should have been foreseen by Intervenors. Intervenors' failure to anticipate these issues and address them in their voluminous briefing to date does not justify an otherwise-prohibited reply.

1

Even if *some* reply was warranted, the one Intervenors seek to file here is hardly "concise." Mot. at 4. Replies are normally limited to half the length of the document they reply to. For Petitioners' 3,900-word response, that would be 1,950 words. Intervenors seek to exceed that by 40%, with a 2,717-word reply. The Court should reject this overlong and superfluous reply outright.

Dated: December 23, 2024

                                                   Respectfully submitted,

*/s/ Nathan Matthews*
Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

Rebecca McCreary
Staff Attorney
1650 38th Street, Suite 103W
Boulder, CO 80301
(303) 449-5595 ext. 103
rebecca.mccreary@sierraclub.org

*Attorneys for Carrizo Comecrudo Tribe of Texas, Sierra Club, and*

2

*Vecinos para el Bienestar de la Comunidad Costera*

<u>*/s/ Gilberto Hinojosa*</u>
Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 554-4218
ghinojosa@ghinojosalaw.net
Attorney for City of Port Isabel

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 215 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in proportionally spaced typeface using Microsoft Word for Windows Office 365 in 14-point Century Schoolbook.

> */s/ Nathan Matthews*
> Nathan Matthews
> Sierra Club
> 2101 Webster St., Suite 1300
> Oakland, CA 94612
> 415-977-5695
> nathan.matthews@sierraclub.org
> *Attorney for Carrizo Comecrudo Tribe of Texas, Vecinos para el Bienestar de la Comunidad Costera, and Sierra Club*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, I have served the foregoing Joint Opposition for Leave to File a Reply on all registered counsel through the Court's electronic filing system (ECF).

<u>*/s/ Nathan Matthews*</u>
Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

*Attorney for Carrizo Comecrudo Tribe of Texas, Vecinos para el Bienestar de la Comunidad Costera, and Sierra Club*