# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1175** | **September Term, 2024** |
| | FERC-CP16-116-002 |
| | **Filed On:** March 18, 2025 |

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
    Intervenor

------------------------------

Consolidated with 23-1222

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of intervenors' joint motion for leave to file a reply in support of the petitions for rehearing or rehearing en banc, the joint opposition thereto, and the lodged joint reply, it is

**ORDERED** that the motion for leave to file a reply be denied. The clerk is directed to note the docket accordingly.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                      BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk