# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1175**  **September Term, 2024**

FERC-CP16-116-002

**Filed On:** March 18, 2025

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
    Intervenor

------------------------------

Consolidated with 23-1222

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the petition of intervenor for respondent Texas LNG Brownsville, LLC for rehearing en banc, filed October 21, 2024; the responses thereto; the 28(j) letters; and the issuance today of an opinion and an amended judgment, it is

**ORDERED** that the petition for rehearing en banc be dismissed as moot.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY: /s/
    Daniel J. Reidy
    Deputy Clerk