# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1175**     **September Term, 2024**

**FERC-CP16-116-002**

**Filed On: March 26, 2025** [2107776]

City of Port Isabel and Sierra Club,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Texas LNG Brownsville, LLC,
            Intervenor

------------------------------

Consolidated with 23-1222

## **M A N D A T E**

    In accordance with the judgment of March 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                      BY:   /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the amended judgment filed March 18, 2025