# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1175**                                           **September Term, 2022**

FERC-CP16-116-002

Filed On: July 13, 2023 [2007642]

City of Port Isabel and Sierra Club,

      Petitioners

   v.

Federal Energy Regulatory Commission,

      Respondent

## O R D E R

The petition for review in this case was filed and docketed on July 10, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Due Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | August 14, 2023 |
| Docketing Statement Form | August 14, 2023 |
| Procedural Motions, if any | August 14, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 14, 2023 |
| Statement of Issues to be Raised | August 14, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | August 14, 2023 |
| Dispositive Motions, if any | August 28, 2023 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1175**                                            September Term, 2022

| | |
|---|---|
| Entry of Appearance Form | August 14, 2023 |
| Procedural Motions, if any | August 14, 2023 |
| Certified Index to the Record | August 28, 2023 |
| Dispositive Motions, if any | August 28, 2023 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases